WHATLEY KALLAS LLP
Alan M. Mansfield (SBN 125998)
amansfield@whatleykallas.com
1 Sansome Street, 35th Fl., PMB # 131
San Francisco, CA  94104
Tel: (415) 860-2503
Fax: (888) 331-9633

10200 Willow Creek Rd., Suite 160
San Diego, CA 92131
Tel: (619) 308-5034
Fax: (855) 274-1888

WIGGINS CHILDS PANTAZIS FISHER GOLDFARB
Dennis G. Pantazis (*To Apply Pro Hac Vice*)
dgp@wigginschilds.com
The Kress Building
301 Nineteenth Street North
Birmingham, AL  35203
Tel: (205) 314-0500
Fax: (205) 314-0757

*Attorneys for Plaintiff*
*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW OSTROWSKI, individually and on behalf of all others similarly situated,** | **CASE NO.:** |
| | **CLASS ACTION** |
| **Plaintiff,** | **COMPLAINT FOR:** |
| **v.** | **1) VIOLATION OF CAL. BUS. & PROF. CODE §§ 17200, *ET SEQ.* (UNFAIR BUSINESS PRACTICES);** |
| **NVIDIA CORPORATION and GIGABYTE GLOBAL BUSINESS CORPORATION D/B/A GIGA-BYTE TECHNOLOGY CO. LTD.,** | **2) VIOLATION OF CAL. BUS. & PROF. CODE §§ 17200, *ET SEQ.* (DECEPTIVE BUSINESS PRACTICES);** |
| **Defendants.** | **3) VIOLATION OF CAL. BUS & PROF. CODE §§ 17200, *ET SEQ.* (UNLAWFUL BUSINESS PRACTICES);** |
| | **4) VIOLATION OF CAL. BUS. & PROF. CODE 17500, *ET SEQ.* (MISLEADING ADVERTISING)** |
| | **DEMAND FOR JURY TRIAL** |

COMES NOW the Plaintiff, Andrew Ostrowski ("Plaintiff"), on behalf of himself and all others similarly situated, by and through his undersigned counsel, and hereby files this Class Action Complaint against Defendants Nvidia Corporation and Gigabyte Global Business Corporation d/b/a Giga-Byte Technology Co. Ltd. (collectively "the Defendants"), and alleges as follows on information and belief except for information identified as being based on personal knowledge, which other allegations are likely to have evidentiary support after a reasonable opportunity for further investigation and discovery:

## JURISDICTION AND VENUE

1.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(d) because the amount in controversy exceeds $5,000,000 exclusive of interest and costs, there are more than one hundred Class members, and minimal diversity exists because Plaintiff and numerous members of the Class are citizens of different states than Defendants.  This Court also has subject matter jurisdiction pursuant to 28 U.S.C. 1332(a) because the amount in controversy exceeds $75,000 and the lawsuit is between citizens of different states.

2.      This Court has personal jurisdiction over Defendants because Defendants have sufficient minimum contacts with California and/or Defendants have otherwise purposely availed themselves of the markets in California through the promotion, marketing, and sale of their products and services in California to render the exercise of jurisdiction by this Court permissible under traditional notions of fair play and substantial justice.

3.      Venue is proper under 28 U.S.C. § 1391(a) because (1) Defendants are subject to personal jurisdiction in this District, and (2) a substantial part of the events or omissions giving rise to these claims occurred in this District.  Defendants engaged in the extensive promotion, marketing, distribution, and sales of the products at issue in this District, and at least one Defendant has their corporate headquarters in this District.

## NATURE OF THE ACTION

4.      This is a nationwide class action brought on behalf of all consumers who purchased graphics or video card devices incorporating the Nvidia GeForce GTX 970 graphics processing units ("GPU") (hereinafter "GTX 970" or "GTX 970 devices"), which were sold based on the misleading

representation that the GTX 970 operates with a full 4GB of VRAM at GDDR5 (not a less performant 3.5 GB with a less performant and decoupled .5 GB spillover), 64 ROPs (as opposed to 56 ROPs), and an L2 cache capacity of 2048KB (as opposed to 1792 KB), or omitted material facts to the contrary.

5.     The Defendants engaged in a scheme to mislead consumers nationwide about the characteristics, qualities and benefits of the GTX 970 by stating that the GTX 970 provides a true 4GB of VRAM, 64 ROPs, and 2048 KB of L2 cache capacity, when in fact it does not.   Defendants' marketing of the GTX 970 was intended to and did create the perception among purchasers that the product was, in fact, able to conform with the specifications as advertised.  This deception has already resulted in a petition of over 8,100 purchasers who have requested that the FTC take action against Nvidia and asking for full refunds[1].

6.     Each Defendant was involved in the creation and dissemination of the misleading marketing regarding the GTX 970 and/or each Defendant was involved in or profited from the sales of same, and were likely aware that their marketing representations regarding the GTX 970 specifications were inaccurate.  Further, each Defendant concealed material facts concerning the truth about the GTX 970's capabilities.  Nvidia's own Senior VP of GPU Engineering, Jonah Alben, has admitted that the GTX 970 does not possess the specifications as advertised or performs as advertised[2].  Thus, consumers were exposed to Defendants' marketing scheme and paid a price premium for GTX 970 devices.  Plaintiff and the Class he seeks to represent suffered injury as a result.   This is an action for injunctive and equitable relief, attorney's fees and costs and other relief pursuant to California Business and Professions Code §§ 17200, *et seq.* and §§ 17500*, et seq.*

## PARTIES

7.     On personal knowledge, Plaintiff is a citizen of Michigan and resides in Cass County, Michigan.  Plaintiff purchased two Gigabyte GeForce GTX 970 video and graphics cards online[3] for approximately $370.00 each during the below defined Class period.

---

[1]  https://www.change.org/p/nvidia-refund-for-gtx-970

[2]  http://www.pcper.com/reviews/Graphics-Cards/NVIDIA-Discloses-Full-Memory-Structure-and-Limitations-GTX-970

[3]  Plaintiff purchased one unit from www.amazon.com in late December of 2014, and one unit on www.newegg.com in early January of 2015.  Attached are versions of advertisements, similar to the

8.     On personal knowledge, Plaintiff purchased these products for personal use, and to use them for college classes in video editing and rendering, as well as video game design.  Upon seeing the Nvidia and Gigabyte website advertisements such as those attached hereto as Exhibits C and D, respectively, and incorporated herein by reference, the third party reviews (such as Guru3d and OC3d, *see*,     e.g.,     http://www.guru3d.com/articles_pages/nvidia_geforce_gtx_970_and_980_reference_ review,1.html) repeating the specifications provided by Nvidia in the manufacturer generated reviewer's guide, and retailer websites such as those included in Exhibits A and B, that similarly repeated manufacturer specifications as detailed on the product's packaging during the period between September 2014 to the present, and reaffirmed by the product packaging itself that this device operated at 4GB GDDR5 (such as in Ex. E, which is incorporated by reference), Plaintiff purchased and installed the devices in question.  Soon after installing these devices in his personal computer, Plaintiff noticed that when using a high resolution monitor, the devices caused applications to slow, sputter, and cease working.  He also noticed that video games requiring higher levels of performance would not work properly.   Subsequently, Plaintiff learned that this was due to the material misrepresented or undisclosed fact that the alleged 4GB GDDR5 (Graphic Double Data Rate x 5 Memory) capability of the GPU, in actuality, only uses 3.5GB at the GDDR5 operating speed, while the remaining 500MB operates 80% slower, therefore not qualifying as actual GDDR5 memory capability device.  Moreover, the device had less ROPs and L2 cache than advertised, further lessening the capabilities, uses and benefits of the GTX 970.  In January of 2015, Plaintiff contacted both Nvidia and Gigabyte and spoke with company representatives about the ability to return the devices, but was told by both companies that there was no refund option.  Plaintiff was told by Newegg (the retailer) that returns of the device were only available if the item was damaged.  Because Defendants refused to offer Plaintiff a full refund when he made such a request, Plaintiff now owns two GTX 970 devices that he must either sell at a loss or use for purposes other than that which he bought them for.  He thus has suffered a loss of money or property as a result of Defendants' illegal business acts and practices.

///

ones he saw when purchasing the products, on both web pages as Exhibits A and B respectively, which are incorporated herein by reference.

9.      Defendant Nvidia Corporation (hereinafter "Nvidia") is a corporation organized and existing under the laws of the State of Delaware and whose principal place of business and headquarters is in the State of California and in this District.  Nvidia is engaged in the business of designing, manufacturing, selling and distributing computer equipment and GPUs, including the GTX 970.  Defendant ships its products, including the GTX 970, to purchasers, resellers and distributors in and from California, maintains a direct sales force in California, sells its products in retail outlets in California, and creates the specifications and advertisements for its products in and disseminates them from California.

10.      Defendant Gigabyte Global Business Corporation (hereinafter "Gigabyte"), doing business as Giga-Byte Technology Co. Ltd. and/or Gigabyte, is a corporation organized and existing under the laws of the State of California and whose principal place of business is located in California is engaged in the business of designing, manufacturing, selling and distributing computer equipment, including its Gigabyte graphics card that incorporates and promotes the inclusion of the GTX 970.  Defendant ships products, including the Gigabyte graphics card that incorporates the GTX 970, to direct purchasers and distributors in and from California, maintains a direct sales force in California, sells its products in retail outlets in California, and advertises its products in and from California.

## **FACTS**

11.      Defendant Nvidia designed, developed, manufactured, marketed, and sold the GTX 970.  Defendant Gigabyte incorporated the GTX 970 into the Gigabyte Graphics Card, and marketed and sold it as well.  These devices first hit the United States consumer market in September 2014.

12.      Since September 2014 and continuing through February 2015, Defendants have uniformly marketed, advertised, sold, and disseminated information that represents  the GTX 970 to have specific capabilities when it does not.   Defendants directly through their direct sales force and through their retailers utilize the following material representations, *inter alia*, to market devices with the GTX 970:

     a.   Nvidia lists specifications on its website stating the GTX 970 the "Standard Memory Config" is "4 GB" and the "Memory Interface" is "GDDR5".  An example is attached hereto as Exhibit C and incorporated herein by reference.

b.   Gigabyte states on its website that the GV-970IXOC-4GD is "integrated with industry's best 4GB GDDR5 memory 256-bit memory interface".  An example is attached hereto as Exhibit D and incorporated herein by reference.

c.   In the Nvidia GTX 970 Reviewer's Guide, sent to all media intended to review, repeat the specifications of, describe, and promote the GTX 970, Nvidia stated that the GTX 970 had 2MB L2 Cache, and 64 ROPs.[4]

d.   The product packaging for the Gigabyte GTX 970 devices represents the product is a "4GB GDDR5" device.  An example is attached as Exhibit E and incorporated herein by reference.

13.   Despite Defendants' uniform representations to the contrary, the GTX 970 does not provide these advertised specifications in actual use.

14.   Defendants failed to disclose the true specifications of the GTX 970, despite having evidence to the contrary in their exclusive possession and control prior to sale.  Coupled with their affirmative statements to the contrary, Defendants' material omission that the GTX 970 actually does not perform as represented, would be likely to, and did, mislead reasonable consumers who would purchase these products.

15.   Because Defendants' claims were included in advertisements, marketing, and sales presentations, a reasonable consumer who would purchase these products would likely be misled into believing the GTX 970 functioned using a full 4GB of VRAM, 64 ROPs, and 2048 KB of L2 cache, when that is not in fact the case.  Defendants' misrepresentations and omissions alleged herein are the type that would be material to typical product purchasers, *i.e.*, a reasonable person interested in these types of devices would attach importance to them and would be induced to act on the information in making purchase decisions.

16.   In response to Defendants' deceptive marketing scheme, the Class members were exposed to Defendants' misleading representations and purchased devices containing the GTX 970.  As

---

[4]   The   Nvidia   Reviewer's   Guide   can   be   viewed   in   detail   here: http://www.anandtech.com/show/8935/geforce-gtx-970-correcting-the-specs-exploring-memory-allocation.

CLASS ACTION COMPLAINT

1    he purchased these devices in substantial part on the false belief that the device would function as

2    advertised, such claims were a substantial factor in the decision of Plaintiff and others to do so.

3        17.    2014 was a banner profit year for Nvidia, as according to published reports "revenue

4    grew 13 percent to $4.68 billion".  In fact, "[r]evenue increased 9 percent year over year to a record

5    $1.25 billion for the quarter".  Nvidia's Chief Financial Officer noted that "[g]rowth was driven by the

6    full quarter availability of our Maxwell™ GeForce® GPUs for gaming and by strength in accelerated

7    computing GPUs . . . ."  In other words, Nvidia's record profits were driven in part by the sale of the

8    company's flagship GTX 970 GPUs, which is likely why it did not want to disclose the material

9    limitations at issue herein until after it had made millions of dollars in sales of such products.

10        18.    On January 25, 2015, Nvidia's Senior VP of GPU Engineering, Jonah Alben, admitted

11    that while the GTX 970 technically features 4GB of VRAM, the final 512MB part runs at a far slower

12    rate than the first 3.5GB.  This is not a technical glitch, as from a practical standpoint this means that

13    when a purchaser uses the GTX 970, when a true 4GB of VRAM is needed, once 3.5 GB is reached,

14    the program will slow down or sputter as the graphics card is not capable of operating as a true 4GB

15    card.   The device does not function as if it has 4GB of VRAM, which was and is a key selling point for

16    the device.

17        19.    Alben also admitted that the ROPs (Raster Operating Pipelines) are not the 64 ROPs as

18    advertised, but instead are 56 ROPs.  And further, the L2 cache was not the 2048KB advertised, but

19    1792KB instead.

20        20.    Despite this admission, Defendant Nvidia and Defendant Gigabyte both continue to

21    advertise and market the devices in this manner on their websites and through third party retailers and

22    repeat this misleading representation contained herein.  *See* Exs. C and D.

23        21.    Based on the above, Plaintiff and the Class were sold products that do not perform or

24    possess the capabilities advertised and represented.   As such, they should be provided appropriate

25    relief, as all consumers who purchased a GTX 970 device have been injured by Defendants' wrongful

26    conduct, as they did not receive the product they paid for in terms of possessing the characteristics set

27    forth above.

28    ///

CLASS ACTION COMPLAINT

## **CLASS ACTION ALLEGATIONS**

22.     Plaintiff brings this class action on behalf of himself and all others similarly situated as members of a proposed class defined as follows:

> All persons residing in the United States who purchased a graphics or video card that contains a GTX 970 GPU (including the GV-n970G1 Gaming-4GD) at retail and not solely for purposes of resale or distribution since September 2014 (the "Class Period").

The proposed subclass is as follows:

> All persons residing in the United States who purchased a graphics or video card manufactured by Gigabyte that contains a GTX 970 GPU (including the GV-n970G1 Gaming-4GD) at retail and not solely for purposes of resale or distribution since September 2014.

The Class and Subclass are defined as the "Class".  Excluded from the Class are the following:

a.   All judicial officers in the United States and their families through the third degree of relationship;

b.   Defendants and any of their officers, directors, and employees, and any person or entities who has already settled or otherwise compromised similar claims against the defendant;

c.   Plaintiff's counsel, anyone working at the direction of Plaintiff's counsel, and/or any of their immediate family members; and

d.   Anyone who has pending against a named defendant on the date of the Court's final certification order any individual action wherein the recovery sought is based in whole or in part on the type of claims asserted herein.

23.     This action is brought and may properly be maintained as a class action pursuant to Federal Rules of Civil Procedure 23(b)(2), 23(b)(3) and (c)(4).  This action satisfies the numerosity, commonality, typicality, adequacy, predominance, and superiority requirements of these rules.

24.     The Class is so numerous that the individual joinder of all members is impracticable. While the exact number of Class members is currently unknown and can only be ascertained through appropriate discovery, Plaintiff believes that the Class includes tens of thousands of individuals.

///

25. Common legal and factual questions exist and predominate over any questions affecting only individual Class members. These common questions, which do not vary among Class members and which may be determined without reference to any Class member's individual circumstances, include, but are not limited to:

a. Whether Defendants' representations regarding the GTX 970 as set forth above were false and misleading or reasonably likely to deceive customers targeted by such statements;

b. Whether Defendants had adequate substantiation for their claims prior to making them;

c. Whether Defendants' failure to disclose that the GTX 970 did not perform as advertised and represented was material and would be likely to mislead a reasonable consumer;

d. Whether the GTX 970 performs as advertised and represented;

e. Whether Defendants charged a price premium for the GTX 970 devices;

f. Whether Defendants engaged in unfair, unlawful, and/or deceptive business practices regarding the GTX 970 in violation of Cal. Bus. & Prof. Code §§ 17200;

g. Whether Defendants represented, through their words or conduct, that the GTX 970 provided performance benefits that it did not actually have in violation of Cal. Bus. & Prof. Code §§ 17200, *et seq*. and §§ 17500, *et seq*.;

h. Whether Defendants' conduct alleged herein violates public policy; and

i. Whether Plaintiff and the Class have been injured by the wrongs complained of herein, and if so, whether Plaintiff and the Class are entitled to injunctive and/ or other equitable relief, including restitution, disgorgement, and if so, the nature and amount of such relief.

26. Plaintiff's claims are typical of the Class members' claims. Defendants' common course of conduct caused Plaintiff and all Class members the same harm. Likewise, Plaintiff and other Class members can prove the same facts in order to establish the same claims.

27. Plaintiff is an adequate Class representative because he is a member of the Class he seeks to represent and his interests do not irreconcilably conflict with other Class members' interests. Plaintiff has retained counsel competent and experienced in consumer protection class actions, and

Plaintiff and his counsel intend to prosecute this action vigorously for the Class's benefit. Plaintiff and his counsel will fairly and adequately protect the Class members' interests.

28.    The Class may be properly maintained under Rule 23(b)(2).  Defendants have acted or refused to act, with respect to some or all issues presented in this Complaint, on grounds generally applicable to the Class, thereby making appropriate final injunctive relief with respect to the Class as a whole.

29.    The Class can be properly maintained under Rule 23(b)(3) and (c)(4).  A class action is superior to other available methods for the fair and efficient adjudication of this litigation because individual litigation of each Class member's claim is impracticable. Even if each Class member could afford to bring individual actions, the court system could not.  It would be unduly burdensome for thousands of individual cases to proceed.   Individual litigation also presents the potential for inconsistent or contradictory judgments, the prospect of a race to the courthouse, and the risk of an inequitable allocation of recovery among those with equally meritorious claims.  Individual litigation would increase the expense and delay to all parties and the courts because it requires individual resolution of common legal and factual questions. By contrast, the class action device presents far fewer management difficulties and provides the benefit of a single adjudication, economies of scale, and comprehensive supervision by a single court.

**FIRST CLAIM FOR RELIEF**

**(Violation of Cal. Bus. & Prof. Code §§ 17200, *et seq*. – "Unfair" Business Practices)**

30.    Plaintiff, individually and on behalf of the Class, incorporates by reference all of the allegations contained in the preceding paragraphs of this Complaint.

31.    Plaintiff has standing to pursue this claim as Plaintiff has suffered injury in fact and has lost money or property as a result of Defendants' actions as set forth above.

32.    Defendants' actions as alleged in this Complaint constitute "unfair" business practices within the meaning of California Business and Professions Code §§ 17200, *et seq.*

33.    Defendants' business practices, as alleged herein, are "unfair" because they offend established public policy and/or are immoral, unethical, oppressive, unscrupulous, and/or substantially injurious to their customers.   Additionally, Defendants' conduct is "unfair" because Defendants'

conduct violated the legislatively declared policies not to engage in misleading and deceptive conduct..

Defendants misled consumers into believing that the GTX 970 devices had greater capabilities when, in fact, they did not.  Defendants concealed this material fact from consumers by failing to include it on their product packaging or related marketing materials.

34.     As a result of Defendants' "unfair" business practice, Plaintiff and members of the Class spent money on the GTX 970 devices that they would not otherwise have spent at the amount charged by Defendants and did not receive the capabilities promised by Defendants.

35.     Defendants' unfair business practices alleged herein constitute a continuing course of unfair competition.

36.     Plaintiff and the Class seek an order requiring Defendants to make full disgorgement and restitution of all monies wrongfully obtained from Plaintiff and the Class, along with all other relief permitted under Bus. & Prof. Code §§ 17200, *et seq*.

**SECOND CLAIM FOR RELIEF**

**(Violation of Cal. Bus. & Prof. Code §§ 17200, *et seq*.—"Deceptive" Business Practices)**

37.     Plaintiff, individually and on behalf of the Class, incorporates by reference all of the allegations contained in the preceding paragraphs of this Complaint.

38.     Plaintiff has standing to pursue this claim as Plaintiff has suffered injury in fact and has lost money or property as a result of Defendants' actions as set forth above.

39.     Defendants' actions as alleged in this complaint constitute "deceptive" business practices within the meaning of California Business and Professions Code §§ 17200, *et seq*.  Plaintiff does not allege a claim of common law fraud nor any claim in this cause of action that requires proof of intent.

40.     Defendants' business practices, as alleged herein, are "deceptive" because they are likely to deceive consumers, including Plaintiff and members of the Class, targeted with such statements and omissions of material fact.

41.     Defendants failed to disclose all material information to purchasers of GTX 970 devices concerning the capabilities and performance of VRAM, ROPs, and L2 cache properties of the GTX 970

/ / /

GPU, and affirmatively concealed the fact that the GTX 970 actually provides materially less in performance than advertised.

42.     As a result of Defendants' "deceptive" conduct, Plaintiff and members of the Class spent money on GTX 970 devices that they would not otherwise have spent at the levels that they did and did not obtain the capabilities promised by Defendants.

43.     Defendants' deceptive business practices alleged herein constituted a continuing course of unfair competition.

44.     Plaintiff and the Class seek an order requiring Defendants to make full disgorgement and restitution of all monies that have been wrongfully obtained from Plaintiff and the Class, along with all other relief permitted under Bus. & Prof. Code §§ 17200, *et seq.*

## THIRD CLAIM FOR RELIEF

**(Violation of Cal. Bus. & Prof. Code §§ 17200, *et seq.*—"Unlawful" Business Practices)**

45.     Plaintiff, individually and on behalf of the Class, incorporates by reference all of the allegations contained in the preceding paragraphs of this Complaint.

46.     Plaintiff has standing to pursue this claim as Plaintiff has suffered injury in fact and has lost money or property as a result of Defendants' actions as set forth above.

47.     Defendants' actions as alleged in this complaint constitute an "unlawful" business practice within the meaning of Business and Professions Code §§ 17200, *et seq.*, because they violated Business and Professions Code §§ 17500, *et seq.*, which proscribes false advertising.

48.     As a result of Defendants' "unlawful" business practices, Plaintiff and members of the Class spent money on GTX 970 devices that they would not otherwise have spent at the levels that they paid and did not receive the increased capabilities promised by Defendants.

49.     Defendants' business practices alleged herein constituted a continuing course of unfair competition.

50.     Plaintiff and the Class seek an order requiring Defendants to make full disgorgement and restitution of all monies wrongfully obtained from Plaintiff and the Class, along with all other relief permitted under Bus. & Prof. Code §§ 17200, *et seq.*

/ / /

## FOURTH CLAIM FOR RELIEF

### (Violation of Cal. Bus. & Prof. Code §§ 17500, *et seq.*—False Advertising)

51.     Plaintiff, individually and on behalf of the Class, incorporates by reference all of the allegations contained in the preceding paragraphs of this Complaint.

52.     Plaintiff has standing to pursue this claim as Plaintiff has suffered injury in fact and has lost money or property as a result of Defendants' actions as set forth above.

53.     Defendants engaged in the advertising and marketing alleged herein with the intent to directly or indirectly induce the sale of the GTX 970 devices to consumers like Plaintiff.  Such advertisements originated in California and were disseminated nationwide.

54.     Defendants' advertising and marketing representations regarding the VRAM, ROPs, and L2 cache of the GTX 970 were false, misleading, and deceptive as set forth in detail above.  Defendants also concealed material information from consumers about the true capabilities of the GTX 970.

55.     Defendants' material misrepresentations and omissions alleged herein deceive or have the tendency or likelihood to deceive the general public regarding the benefits of purchasing GTX 970 devices.

56.     At the time they made the misrepresentations and omissions of material fact as alleged herein, Defendants reasonably should have known that they were untrue or misleading, in violation of Bus. & Prof. Code §§ 17500, *et seq*.

57.     As a result, Plaintiff and the Class seek disgorgement, restitution, injunctive relief, and all other relief permitted under Bus. & Prof. Code §§ 17500, *et seq.*

## PRAYER FOR RELIEF

Plaintiff, on behalf of himself and the Class, requests that the Court order the following relief and enter judgment against Defendants as follows as applicable for the particular cause of action:

a.     An Order certifying the proposed Class under Rule 23 of the Federal Rules of Civil Procedure and appointing Plaintiff and his counsel to represent the Class;

b.     An Order awarding declaratory and injunctive relief as permitted by law or equity, including enjoining Defendants from continuing their unlawful practices as set forth herein;

CLASS ACTION COMPLAINT

c.   A judgment awarding Plaintiff and the Class  disgorgement and restitution in an amount according to proof under Cal. Bus. & Prof. Code §§ 17200, *et seq*. and §§ 17500, *et seq*.;

d.   An order that Defendants engage in a corrective advertising or full refund campaign;

e.   An order awarding attorneys' fees and costs incurred in prosecuting this action;

f.   An order awarding pre-judgment and post-judgment interest; and

g.   All other relief that the Court deems necessary, just and proper.

## JURY TRIAL DEMAND

Plaintiff demands a trial of this action by a jury on all claims so triable.

DATED:  February 19, 2015                     WHATLEY KALLAS LLP

By:  ___/s/ Alan M. Mansfield_____
        ALAN M. MANSFIELD (SBN 125998)
        amansfield@whatleykallas.com
1 Sansome Street, 35th Fl., PMB # 131
San Francisco, CA  94104
Tel: (415) 860-2503
Fax: (888) 331-9633

10200 Willow Creek Rd., Suite 160
San Diego, CA 92131
Tel: (619) 308-5034
Fax: (855) 274-1888

WHATLEY KALLAS LLP
Joe R. Whatley, Jr. (*To Apply Pro Hac Vice*)
1180 Avenue of the Americas, 20th Floor
New York, NY  10036
Tel: (212) 447-7060
Fax: (800) 922-4851

WIGGINS CHILDS PANTAZIS FISHER GOLDFARB, LLC
Dennis G. Pantazis (*To Apply Pro Hac Vice*)
dgp@wigginschilds.com
Robert J. Camp (*To Apply Pro Hac Vice*)
rcamp@wigginschilds.com
D. G. Pantazis, Jr. (*To Apply Pro Hac Vice*)
dgpjr@wigginschilds.com
The Kress Building
301 Nineteenth Street North
Birmingham, AL  35203
Tel: (205) 314-0531
Fax: (205) 314-0731

14

CLASS ACTION COMPLAINT

LOWE LAW FIRM, LLC
E. Clayton Lowe, Jr. (*To Apply Pro Hac Vice*)
clowe@lowelaw.com
The Kress Building
301 Nineteenth Street North, Suite 525
Birmingham, AL 35203
Tel:     (205) 314-05607

CLASS ACTION COMPLAINT

# EXHIBIT A

Dennis's Amazon.com    Today's Deals    Gift Cards    Sell    Help

Shop by
Department ▾

Search    All ▾    gv-n970g1 gaming-4gd    Go

Hello, Dennis
Your Account ▾    Your Prime ▾    Wish List ▾    Cart ▾

Computers    Brands    Best Sellers    Laptops & Tablets    Desktops & Monitors    Hard Drives & Storage    Computer Accessories    Tablet Accessories

Electronics › Computers & Accessories › Computer Components › Graphics Cards





Roll over image to zoom in

...orce GTX 970 G1
...R5 Pcie Video
..., 4GB

...customer reviews
...tions

...Amazon.com. Gift-wrap available.

...b. 18? Order within 4 hrs 19 mins
...Shipping at checkout. Details

...ng System, Flex Display
...Gauntlet, Sorting, Ultra Durable VGA
...BOOST: 1329 MHz, 1664 CUDA
...memory, 256-Bit memory Bus, PCI-
...OpenGL 4.4
...GeForce GTX 970 GPU, Integrated
with industry's Best 4GB GDDR5 Memory 256-bit
Memory Interface

• Features Dual-link DVI-I / DVI-D / HDMI / 3 Display
  Port, Digital Max Resolution 4096 x 2160, Analog Max
  Resolution 2048 x 1536
• System Power Supply Requirement: 550W (With One 6-
  Pin and One 8-pin External Power Connectors)

52 new from $350.00    6 used from $320.00

Share

Qty:    1    ▼

Add to Cart

Turn on 1-Click ordering

Shipping Address

Dennis Pantazis- Birmingham

Add to Wish List

Other Sellers on Amazon

$369.99    Add to Cart
+ $4.96 shipping
Sold by: TigerDirect, Inc.

$389.99    Add to Cart
+ Free Shipping
Sold by: pcrush-outlet

$378.73    Add to Cart
+ $15.79 shipping
Sold by: OneDealOutlet Online

58 used & new from $320.00

Have one to sell?    Sell on Amazon

Sponsored by V-MODA



Crossfade LP Noise-
Isolating Headphones
(2,572)
$199.99 $143.33

Ad feedback

## Frequently Bought Together

 +  + 

Price for all three: $819.97

Add all three to Cart

Add all three to Wish List

Show availability and shipping details

☑ This item: Gigabyte GeForce GTX 970 G1 Gaming GDDR5 Pcie Video Graphics
  Card, 4GB $354.99

☑ Intel Core i7-4790K Processor (8M Cache, up to 4.40 GHz) (BX80646I74790K)
  $319.99

☑ ASUS Z97-A ATX DDR3 2600 LGA 1150 Motherboards Z97-A $144.99

## Customers Who Bought This Item Also Bought

Page 1 of 20

            

| Intel Core i7-4790K Processor (8M Cache, up to 4.40 GHz) (BX80646I74790K) | ASUS Z97-A ATX DDR3 2600 LGA 1150 Motherboards Z97-A | WD Blue 1TB Everyday PC Desktop Hard Drive: 3.5 Inch, SATA 6 Gb/s, 7200 RPM, 64MB Cache... | Cooler Master Hyper 212 EVO - CPU Cooler with 120mm PWM Fan (RR-212E-20PK-R2) |
|---|---|---|---|
| 423 | 169 | 2,602 | 1,705 |
| $319.99 | $144.99 | $54.99 | $40.26 |

## Special Offers and Product Promotions

- **Buy Used and Save:** Buy a Used "Gigabyte GeForce GTX 970 G1 Gaming GDDR5 Pcie Vide..." and save 13% off the $369.99 list price. **Buy with confidence** as the condition of this item and its timely delivery are guaranteed under the "Amazon A-to-z Guarantee". See all Used offers.

- Your cost could be **$314.99 instead of $354.99**! Get a **$40.00 gift card instantly** upon approval for the **Amazon.com Store Card**. Apply now.

## Compare to Similar Items



| | This Item: Gigabyte GeForce GTX 970 G1 Gaming GDDR5 Pcie Video Graphics Card, 4GB | MSI GTX 970 GAMING 4G Graphics Cards GTX 970 GAMING 4G | ASUS STRIX-GTX970-DC2OC-4GD5 Graphics Cards STRIX-GTX970-DC2OC-4GD5 | Gigabyte GeForce GTX 970 Overclocked GDDR5 Pcie Video Graphics Card, 4GB |
|---|---|---|---|---|
| Customer Rating | (275) | (117) | (200) | (93) |
| Price | $ 354.99 | $ 374.88 | $ 339.99 | $ 339.95 |
| Shipping | | $ 10.69 | | |
| Sold By | Amazon.com | SupplyTiger | Amazon.com | Amazon.com |
| Graphics Coprocessor | NVIDIA | NVIDIA | NVIDIA | NVIDIA |
| Graphics Ram Size | 4 GB | 4 | 4000 | 4 GB |
| Graphics Ram | gddr5 | gddr5 | gddr5 | gddr5 |
| Dimensions | 9.3 inches x 12.23 inches x 3.5 inches | 1.5 inches x 11 inches x 5.6 inches | 5.5 inches x 11 inches x 1.57 inches | 1.69 inches x 12.2 inches x 5.1 inches |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |

**Please help us to improve this feature.** Tell us what you think of this feature.

## Product Details

**Product Dimensions:** 12.2 x 3.5 x 9.3 inches ; 2.4 pounds

**Shipping Weight:** 2.4 pounds (View shipping rates and policies)

**Shipping:** Currently, item can be shipped only within the U.S.

**ASIN:** B00NH5T1MS

**Item model number:** GV-N970G1 GAMING-4GD

**Average Customer Review:** (275 customer reviews)

**Amazon Best Sellers Rank:**
    #2 in Electronics > Computers & Accessories > Computer Components > **Graphics Cards**

**Date first available at Amazon.com:** September 19, 2014

Would you like to **update product info, give feedback on images, or tell us about a lower price?**

## Product Description

Powered by NVIDIA GeForce GTX 970 GPU and integrated with 4GB GDDR5 memory, 256-bit memory interface

## What Other Items Do Customers Buy After Viewing This Item?

Samsung 850 EVO 250GB 2.5-Inch SATA III Internal SSD (MZ-75E250B/AM)

# EXHIBIT B

2/17/2015    GIGABYTE GV-N970G1 GAMING-4GD GeForce GTX 970 4GB 256-Bit GDDR5 PCI Express 3.0 SLI Support Video Card - Newegg.com

Case 4:15-cv-00760-DMR   Document 1   Filed 02/19/15   Page 20 of 31

TRY    ▶ New starting at $19.99. Join Newegg Premier to get free shipping & returns.

🛒 Log in or Register    0 Items    Wish List    Feedback    Help

**Shop All Stores**    Keywords, Model # or Item #    Search all    SEARCH    Marketplace

🏠 Home >  Computer Hardware  >  Video Cards & Video Devices  >  Desktop Graphics Cards  >  GIGABYTE  >  Item#: N82E16814125684



GIGABYTE

### GIGABYTE GV-N970G1 GAMING-4GD GeForce GTX 970 4GB 256-Bit GDDR5 PCI Express 3.0 SLI Support Video Card

**PC Gamer Editor Choice Award**

4 / 5    (316)   |   Write a Review

In stock. Limit 5 per customer.

- 1664 CUDA Cores
- 4GB 256-Bit GDDR5
- PCI Express 3.0




Ask Or Answer A Question

See 118 questions | 614 answers

**FREE SHIPPING AVAILABLE**

~~$369.99~~

QTY. 1    **$354**.99

Sold and Shipped by:
Newegg

**Protect Your Investment!**

☐ 1 Year Replacement Extension Plan **$30.00**
(more options)

Add to Wish List    Price Alert

**More Buying Options**

antonline.com    ADD TO CART ▶
$398.66
+FREE SHIPPING AVAILABLE



## BUILD LIKE A PRO
Component deals for your ATX system.

Gear Up ▶

**May We Suggest**



GIGABYTE GV-N970G1 GAMING-4GD GeForce GTX    **$354**.99

|  | | | |
|---|---|---|---|
| Rosewill PHOTON Series | Intel Core i7-4790K Haswell | Cooler Master Hyper 212 | |
| **$109**.99 | **$319**.99 | **$34**.99 | |
| $89.99 w/ rebate | | $29.99 w/ rebate | |

CREATE A BUNDLE

**Total:**    **$354**.99

Arctic Silver 5 High-
**$8**.99



AdChoices ▷

**J.CREW**
SHOP JCREW.COM »


**ARE YOU AN E-BLAST INSIDER?**

Enter Email Address    SUBSCRIBE



**Top Favorable Review**
Rating: 4/5
-posted on 9/26/2014

── VS ──

**Top Critical Review**
Rating: 4/5



-posted on 1/7/2015

**PayPal**
Shop without retyping payment details.
Secure shopping made faster.
Check out with PayPal.

**Newegg Preferred Account**
No Payments + No Interest if paid in full in up to 12 Months. Minimum purchase required.
Subject to credit approval. See Terms


**PayPal Credit**
No Payments + No Interest if paid in full in 6 Months on order over $250.
Subject to credit approval. See Terms

# GIGABYTE GV-N970G1 Gaming-4GD G Video Card


AdChoices ▷

J.CREW
SHOP JCREW.COM »

## Main Features

- Powered by NVIDIA GeForce GTX 970, the Latest MAXWELL Architecture
- Proprietary Flex Display Technology
- Super over clocking by GPU Gauntlet Sorting Technology
- WINDFORCE 3X Cooling System
  ◦ Unique blade fan design - Effectively enhance 23% air flow
  ◦ 4 x 6mm Copper Heat-pipes - DHT (direct heat pipe touch) technology
- GIGABYTE Dual BIOS Technology
- Ultra Durable graphics card components
- OC GURU II with GPU Boost 2.0 Technology
- 4GB high capacity memory for best 4K Ultra HD gaming experience
- 6-Phase GPU power design
- Illuminated LED - Customizable brightness and animation
- Full Metal made fan cover and stylish back plate

## Legend of G1 Gaming

The G1 Gaming gear embodies our endless passion in pursuit of the ultimate gaming performance - for those who are born to game.



## The Trifecta



## Patent-Pending Flex Display Technology

- Total of six outputs available with dual DVI support
- Auto detect connected monitors
- Flexible connectivity options for multi-display gaming up to four monitors



**Set Up a Full 4K Surround View**
Perfect for gamers who are going all in for a fully immersive 4K gaming experience in ultra hi



## Super Overclock: GPU Gauntlet Sorting



Through stringent GPU Gauntlet™ Sorting, only
strongest GPUs are qualified for the G1 Gaming
cards for maximum overclocking capability.

## WINDFORCE 3X Cooling

Case 4:15-cv-00760-DMR Document 1 Filed 02/19/15 Page 23 of 31

## WINDFORCE 3X: Unique Fan Blade Design



The air flow is split through the triangular fan edge and is smoothly through the fan with the special 3D-stripe curve effectively enhancing the air flow by 23% over traditional reducing air turbulence.

## Cool Add-On



Compare Offers from All Sellers

| Seller Name & Rating | Offer Details | |
|---|---|---|
| newegg.com® | **$354.99**<br>+FREE SHIPPING AVAILABLE<br>PC Gamer Editor Choice Award | ADD TO CART ► |
| antONLINE.COM<br>Rating:0/5(3,277 reviews) | **$398.66**<br>+FREE SHIPPING AVAILABLE | ADD TO CART ► |

Save $10.00 when purchased together

~~$414.98~~

**$404.98**

# EXHIBIT C



| Like ⟨ 1.7m ⟩ | Follow | | Support | Search | USA - United States |

| Home | GeForce Experience | Drivers | Hardware | Games | Community |

GeForce > Hardware > Desktop GPUs > GeForce GTX 970      Subscribe

## Specifications

- Overview ▸
- Performance ▸
- Features ▸
- Specifications
- Reviews ▸
- Videos ▸
- Product Images ▸

- Buy GPU ▸
- Buy Gaming PC ▸

### Product Info

GeForce GTX 970



**COMPARE AND BUY**

**Supported Technologies**

| SLI | More › |
| CUDA | More › |
| 3D Vision | More › |
| PhysX | More › |
| Adaptive VSync | More › |
| GPU Boost 2.0 | More › |
| G-SYNC | More › |
| 4K | More › |
| Surround | More › |
| VXGI | More › |
| MFAA | More › |
| DSR | More › |

### Product Family

GeForce GTX 980

GeForce GTX 970

GeForce GTX 960

## Specifications

Note: The below specifications represent this GPU as incorporated into NVIDIA's reference graphics card design. Graphics card specifications may vary by Add-in-card manufacturer. Please refer to the Add-in-card manufacturers' website for actual shipping specifications.

**GTX 970 Engine Specs:**

| CUDA Cores | 1664 |
| Base Clock (MHz) | 1050 |
| Boost Clock (MHz) | 1178 |
| Texture Fill Rate (GigaTexels/sec) | 109 |

**GTX 970 Memory Specs:**

| Memory Clock | 7.0 Gbps |
| Standard Memory Config | 4 GB |
| Memory Interface | GDDR5 |
| Memory Interface Width | 256-bit |
| Memory Bandwidth (GB/sec) | 224 |

**GTX 970 Technology Support:**

| NVIDIA SLI® Ready | Yes (3-way) |
| NVIDIA G-Sync™-Ready | Yes |
| NVIDIA GameStream™-Ready | Yes |
| GeForce ShadowPlay™ | Yes |
| NVIDIA GPU Boost™ | 2.0 |
| Dynamic Super Resolution | Yes |
| MFAA | Yes |
| NVIDIA GameWorks™ | Yes |
| Microsoft DirectX | 12 API |
| OpenGL | 4.4 |
| CUDA | Yes |
| Bus Support | PCI Express 3.0 |
| OS Certification | Windows 8 & 8.1, Windows 7, Windows Vista, Linux, FreeBSD x86 |

**Display Support:**

| Maximum Digital Resolution* | 5120x3200 |
| Maximum VGA Resolution | 2048x1536 |
| Standard Display Connectors | Dual Link DVI-I, HDMI 2.0, 3x DisplayPort 1.2 |
| Multi Monitor | 4 displays |
| HDCP | Yes |
| Audio Input for HDMI | Internal |

**GTX 970 Graphics Card Dimensions:**

| Height | 4.376 inches |
| Length | 10.5 inches |
| Width | Dual-width |

**Thermal and Power Specs:**

| Maximum GPU Temperature (in C) | 98 C |
| Graphics Card Power (W) | 145 W |
| Minimum System Power Requirement (W) | 500 W |

| Supplementary Power Connectors | 2x 6-pins |

\* 5120X3200 AT 60HZ WITH DUAL DISPLAYPORT CONNECTORS.

## Navigate GeForce

Home      Games
Drivers      Community
Hardware      Support
GeForce
Experience

## Related Links

NVIDIA.com
NVIDIA SHIELD
TegraZone.com
3DVisionLive.com
NVIDIA Blog
NVISION

## Like Us on Facebook

NVIDIA GeForce
NVIDIA

## Follow Us On Instagram

NVIDIA GeForce
NVIDIA

## Follow Us On Twitter

NVIDIA GeForce
NVIDIA

## Follow Us On Google+

NVIDIA GeForce
NVIDIA

Sitemap | Website Feedback | Legal Information | RSS feeds | GeForce Newsletter | Privacy Policy      Scroll To Top
COPYRIGHT © 2015 NVIDIA CORPORATION

# EXHIBIT D



| Microsite

- Powered by NVIDIA GeForce GTX 970 GPU
- Suitable for Mini-ITX/mATX Builds
- Integrated with industry's best 4GB GDDR5 memory 256-bit memory interface
- Features Dual-link DVI-I / DVI-D / HDMI / DisplayPort*3
- BASE: 1076 MHz / BOOST: 1216 MHz
- Flex Display Technology
- System power supply requirement: 400W(with one 8-pin external power connectors)

## Mini outside, Powerful inside



Measuring merely 17cm in length, the card, specially built for small form factor PCs based on mini-ITX motherboards. Packed with GIGABYTE's unique blade fan design, pure copper heat pipes and patented 'Triangle Cool' technology, delivering superior cooling capacity at an extremely low noise level given its compact size.

## Flex Display technology



GIGABYTE Flex display technology(patent-pending) can automatically detect any connected monitors and achieve multi-display gaming up to 4 monitors at the same time by using various output groups. Users could enjoy the best gaming experience in ultra HD resolution with extended flexibility in arranging monitor configurations and making future system upgrade extremely easy.



## Ultra Durable VGA™



**Lower GPU Temperature**

Ultra Durable VGA board provides dramatic cooling effect on lowering both GPU and memory temperature by doubling the copper inner layer of PCB.

**Better Overclocking Capability**

Ultra Durable VGA board reduces voltage ripples in normal and transient state, thus effectively lowers noises and ensures higher overclocking capability.

**Decrease Power Switching Loss**

Ultra Durable VGA board allows more bandwidth for electron passage and reduces circuit impedance. The less circuit impedance, the more stable flow of current and can effectively improve power efficiency.



* The entire materials provided herein are for reference only. GIGABYTE reserves the right to modify or revise the content at anytime without prior notice.

* Advertised performance is based on maximum theoretical interface values from respective Chipset vendors or organization who defined the interface specification. Actual performance may vary by system configuration.

* All trademarks and logos are the properties of their respective holders.

* Due to standard PC architecture, a certain amount of memory is reserved for system usage and therefore the actual memory size is less than the stated amount.

FAQ



Here you can find all Frequently Asked Questions (FAQ) regarding our products. Please use keyword search or select the specific product category to find proper FAQ for your product.

Warranty



To find the warranty information for your GIGABYTE product, choose your country from the drop down list or by clicking on the map below. You will then be directed to the corresponding page for your region. Here you will find the warranty terms for your region as well as the closest service or repair center.

Service center phone numbers are provided where available, so please feel free to call to receive timely support from your local GIGABYTE technician.

Download





Here are the list for the most recent downloads regarding our products. To narrow your search you may select the specific product categories from the drop down menu.

Technical Support

For fast technical support, please submit a new ticket using the form below. Choose your product and country and then fill in your system specs to help our engineers pinpoint the issue you are facing.

EXHIBIT E

