1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: NVIDIA GTX 970 GRAPHICS CHIP LITIGATION | Master Case No.: 15-cv-00760 CRB |
| | ORDER SETTING SCHEDULE FOR APPOINTMENT OF INTERIM CLASS COUNSEL AND EXTENDING DEADLINE TO FILE CONSOLIDATED AMENDED COMPLAINT |
| This Document Relates to:<br><br>ALL ACTIONS | **Hearing Date:**  **N/A**<br>**Time:**  **N/A**<br>**Dept.**  **Courtroom 4, 3rd Floor**<br>**Judge:**  **Hon. Charles R. Breyer**<br><br>**Complaint Filed:  February 19, 2015** |

Pursuant to stipulation of plaintiffs' counsel and good cause appearing, it is hereby ordered that the hearing on the pending motion for Interim Class Counsel continued to May 8, 2015. Counsel wishing to file a motion to appoint interim lead counsel must do so on or before April 10, 2015 and any opposition to any interim lead counsel motion (including the currently pending motion) shall be filed on or before April 24 and is limited to seven (7) pages. It is further

[PROPOSED] ORDER SETTING SCHEDULE FOR APPOINTMENT OF INTERIM CLASS COUNSEL
AND EXTENDING DEADLINE TO FILE CONSOLIDATED AMENDED COMPLAINT

1 | ordered that the Consolidated Amended Complaint will be filed 30 days after entry of the Order
2 | appointing Interim Class Counsel, whether by stipulation or motion.
3 |
4 | IT IS SO ORDERED.
5 |
6 |
7 | Dated: April 10, 2015
8 |
9 |



Judge Charles R. Breyer

[PROPOSED] ORDER SETTING SCHEDULE FOR APPOINTMENT OF INTERIM CLASS COUNSEL
AND EXTENDING DEADLINE TO FILE CONSOLIDATED AMENDED COMPLAINT