# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NVIDIA GTX 970 GRAPHICS CHIP LITIGATION<br><br>This Document Relates to:<br><br>No. 15-cv-00760-CRB (*Ostrowski*) | **Case No. 15-cv-00760-CRB**<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING STIPULATION TO RE-SET INITIAL CASE MANAGEMENT DATES**<br><br>**Judge:  Hon. Charles R. Breyer**<br><br>**Complaint Filed:  February 19, 2015** |

Based upon the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the Initial Case Management Conference and ADR Deadlines, set in this action on February 19, 2015, are hereby re-set as follows:

| | |
|---|---|
| June 15, 2015 | Last day to:<br><br>• Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br><br>• File ADR Certification signed by Parties and Counsel<br><br>• File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |

| | |
|---|---|
| June 29, 2015 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement |
| July 6, 2015 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 6, 17th Floor at 8:30 AM |

DATED:  April 23, 2015                                    _____
                                                          HON. _____
                                                          U.S.D._____

IT IS SO ORDERED
Judge Charles R. Breyer

So Stipulated by the Following Parties:

I, Alan M. Mansfield, am the ECF user whose ID and password are being used to file this proposed Order.  In compliance with General Order 45, section X.B., I hereby attest that I have the concurrences for any signatures indicated by a "conformed" /s/ signature within this e-filed document.

WHATLEY KALLAS LLP

By:     /s/ Alan M. Mansfield
        ALAN M. MANSFIELD (SBN 125998)
        amansfield@whatleykallas.com
1 Sansome Street, 35th Fl., PMB # 131
San Francisco, CA  94104
Tel: (415) 860-2503
Fax: (888) 331-9633

Attorneys for Plaintiff Andrew Ostrowski


ORRICK HERRINGTON & SUTCLIFF LLP

By:     /s/Alexander K. Talarides
        atalarides@orrick.com
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-4254
Fax: (415) 773-5759

Attorneys for Defendants