William M. Audet (CA State Bar #117456)
waudet@audetlaw.com
Jonas P. Mann (CA State Bar #263314)
jmann@audetlaw.com
Theodore H. Chase (CA State Bar #295823)
tchase@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556

*Attorneys for Plaintiff Stephen Denz*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: NVIDIA GTX 970 GRAPHICS CHIP LITIGATION<br><br>Defendant<br><br>This Document Relates to:<br><br>*Farley, et al. v. NVIDIA Corp.*,<br>Case No. 15-cv-01800 | Master Case No.: 15-cv-00760 CRB<br><br>STIPULATION OF PLAINTIFFS TIMOTHY FARLEY and ALEXANDER MONTGOMERY TO CONSOLIDATE CASES<br><br>Hearing Date: N/A<br>Time: N/A<br>Dept.: Courtroom 4, 3rd Floor<br>Judge: Hon. Charles R. Breyer |

TO: THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

The undersigned plaintiffs' counsel represent Plaintiffs Thomas Farley and Alexander Montgomery (collectively "Plaintiffs") (case no. 15-cv-01800) and the proposed class.

Consistent with the provisions of paragraph 5 of the Stipulated Order Consolidating Cases and Setting Initial Schedule dated March 27, 2015 (Dkt. #34), which Plaintiffs' counsel in the *Farley* action has received and reviewed,

PLEASE TAKE NOTICE that Plaintiffs filed a Notice of Related case pursuant to Civil Local Rule 3-12 on April 22, 2015 (Dkt. #53) and that the parties in the *Farley* action (Case no.

1   15-cv-01800-KAW) do not oppose and hereby stipulate to the *Farley* action being consolidated
2   as a related action as part of the *In re NVIDIA GTX 970 Graphics Chip Litigation*, Case no. 15-
3   cv-00760-CRB.

4   Dated:  April 22, 2015                             AUDET & PARTNERS, LLP

                                                       /s/ Jonas P. Mann
                                                       Jonas P. Mann (SBN 263314)
                                                       jmann@audetlaw.com
                                                       221 Main Street, Suite 1460
                                                       San Francisco, CA  94105
                                                       Tel: (415) 568-2555
                                                       Fax: (415) 568-2556

                                                       *Attorneys for Plaintiffs Thomas Farley and Alexander Montgomery*

Dated:  April 22, 2015                               ORRICK, HERRINGTON & SUTCLIFFE, LLP


                                                       /s/ Alexander K. Talarides
                                                       Alexander K. Talarides (SBN 268086)
                                                       atalarides@orrick.com
                                                       Robert P. Varian (SBN 107459)
                                                       rvarian@orrick.com
                                                       James N. Kramer (SBN 154709)
                                                       jkramer@orrick.com
                                                       The Orrick Building
                                                       405 Howard Street
                                                       San Francisco, CA 94105
                                                       Tel: (415) 773-5700
                                                       Fax: (415) 773-5759

                                                       *Attorneys for Defendants*

Signed:  April 23, 2015



IT IS SO ORDERED
Judge Charles R. Breyer