1  ROBERT P. VARIAN (SBN 107459)
   *rvarian@orrick.com*
2  JAMES N. KRAMER (SBN 154709)
   *jkramer@orrick.com*
3  STEPHEN M. KNASTER (SBN 146236)
   *sknaster@orrick.com*
4  ALEXANDER K. TALARIDES (SBN 268068)
   *atalarides@orrick.com*
5  JUDY KWAN (SBN 273930)
   *jkwan@orrick.com*
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
7  405 Howard Street
   San Francisco, CA  94105
8  Telephone:  (415) 773-5700
   Facsimile:   (415) 773-5759
9
   Attorneys for Defendants
10 NVIDIA CORPORATION, ASUS COMPUTER
   INTERNATIONAL, GIGABYTE GLOBAL
11 BUSINESS CORPORATION, and
   TIGERDIRECT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: NVIDIA GTX 970 GRAPHICS CHIP LITIGATION | Master Case No. 3:15-cv-00760-CRB |
|---|---|
| This Document Relates to:  All Actions | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-2** |

1    Pursuant to Civil Local Rule 6-2, Plaintiffs and Defendants NVIDIA Corporation
2    ("NVIDIA"), Asus Computer International, Gigabyte Global Business Corporation d/b/a Giga-
3    Byte Technology Co. Ltd. and TigerDirect, Inc. (collectively, "Defendants"), through their
4    respective counsel, HEREBY STIPULATE and AGREE as follows:

**RECITALS**

WHEREAS, this action was consolidated by Court order dated March 24, 2015;

WHEREAS, the Court's order granted parties' stipulation for Defendants' to file responsive pleadings to the First Amended Consolidated Class Action Complaint ("CAC") within thirty (30) days after service, unless otherwise agreed upon by the parties and approved by the Court;

WHEREAS, Plaintiffs filed their CAC on June 8, 2015;

WHEREAS, Defendants' response to the CAC is presently due on or before July 8, 2015;

WHEREAS, the parties have conferred and agreed to extend the time by which Defendants must respond to the CAC to July 15, 2015;

WHEREAS, the parties have conferred and have also agreed to extend the deadline for Plaintiffs to file oppositions to any Rule 12 motions by August 14, 2015 and for Defendants to file any reply by September 4, 2015;

WHEREAS, the extension of time agreed upon by the parties will not alter or affect any other event or deadline fixed by the Court's Scheduling Order;

**STIPULATION**

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, through their designated counsel of record, pursuant to Civil Local Rule 6-2, that Defendants may respond to the First Amended Consolidated Class Action Complaint on or before July 15, 2015.  Plaintiffs will have until August 14, 2015 to file any opposition, and Defendants, until September 4, 2015 to file any reply.  The hearing on the motion shall be set for September 18, 2015 at 10 a.m., or at the Court's earliest convenience.

| | | |
|---|---|---|
| 1 | Dated: June 29, 2015 | WHATLEY KALLAS LLP |
| 2 | | |
| 3 | | By: _____*/s/ Alan M. Mansfield*_____ |
| 4 | | Alan M. Mansfield<br>Attorneys for Plaintiffs |
| 5 | | |
| 6 | | BURSOR & FISHER, P.A. |
| 7 | | |
| 8 | | By: _____*/s/ L. Timothy Fisher*_____ |
| 9 | | L. Timothy Fisher<br>Attorneys for Plaintiffs |
| 10 | | |
| 11 | Dated: June 29, 2015 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 12 | | |
| 13 | | By: _____*/s/ Robert P. Varian*_____<br>ROBERT P. VARIAN |
| 14 | | Attorneys for Defendants<br>NVIDIA CORPORATION, ASUS |
| 15 | | COMPUTER INTERNATIONAL,<br>GIGABYTE GLOBAL BUSINESS |
| 16 | | CORPORATION<br>and TIGERDIRECT, INC. |

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: June 29, 2015                    Respectfully submitted,

                                        _____*/s/ Robert P. Varian*_____
                                              ROBERT P. VARIAN

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Signed: July 1, 2015

_____

Charles R. Breyer
United States District Judge