WHATLEY KALLAS LLP
Alan M. Mansfield (SBN 125998)
amansfield@whatleykallas.com
1 Sansome Street, 35th Fl., PMB # 131
San Francisco, CA  94104
Tel: (415) 860-2503
Fax: (888) 331-9633

BURSOR & FISHER, P.A.
L. Timothy Fisher (SBN 191626)
ltfisher@bursor.com
Julia A. Luster (SBN 295031)
jluster@bursor.com
Neal J. Deckant (admitted *pro hac vice*)
ndeckant@bursor.com
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Tel: (925) 300-4455
Fax: (925) 407-2700

*Co-Lead Interim Class Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: NVIDIA GTX 970 GRAPHICS CHIP LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | **CASE NO.: 15-cv-00760-CRB**<br><br>**CLASS ACTION**<br><br>**STIPULATION ORDER FOR EXTENSION OF TIME TO FILE SECOND AMENDED CONSOLIDATED COMPLAINT AND TO TAKE HEARING ON MOTION TO DISMISS OFF CALENDAR**<br><br>**Current Motion Date: September 18, 2015**<br>**Time:                    10:00 a.m.**<br><br>**Judge:              Hon. Charles R. Breyer**<br><br>**Complaint Filed:  February 19, 2015** |

THE PARTIES HERETO STIPULATE AS FOLLOWS:

WHEREAS, on June 8, 2015 Plaintiffs filed a First Amended Consolidated Class Action Complaint (Dkt. No. 67) ("Complaint"), in this consolidated action, consolidating in one Complaint the allegations and claims asserted in the eight actions on file in this Court;

1  WHEREAS, as stated in the parties' Joint Case Management Conference Statement filed with the Court on July 10, 2015 (Dkt. No. 73), the following related actions are pending in other Districts: *Bailey v. NVIDIA Corporation*, U.S.D.C., W.D. of North Carolina, Case No. 3:15-cv-00119; *Chung v. NVIDIA Corporation*, U.S.D.C. District of Maryland, Case No. 8:15-cv-00711; *Giordano v. NVIDIA Corporation*, U.S.D.C., District of Colorado, Case No. 1:15-cv-00507; *Palagano v. NVIDIA Corporation*, U.S.D.C., E.D. of Pennsylvania, Case No. 2:15-cv-01248; and *Parker v. NVIDIA Corporation*, U.S.D.C., M.D. of Georgia, Case No. 1:15-cv-00062;

WHEREAS, on July 15, 2015 Defendants in this action filed a Motion to Dismiss pursuant to Fed. R. Civ. Proc. 12(b)(6) directed at the claims asserted in the Complaint, the response to which is currently due on August 14, 2015, and the hearing on which is currently set for September 18, 2015;

WHEREAS, pursuant to Fed. R. Civ. P. 15(a), Plaintiffs have until August 5, 2015 as a matter of right to amend their Complaint based upon the filing of the Motion to Dismiss;

WHEREAS, on July 20, 2015 argument was held on Defendants' motion to transfer venue in the *Palagono* action to this Court and was taken under submission, with a ruling to be issued after July 31, 2015;

WHEREAS, upon reviewing the claims made in that Motion, and in consideration of the pending ruling on the motion to transfer venue in the *Palagono* action that, if granted, would ultimately require Plaintiffs to amend the Complaint in this action to include both the Plaintiff and claims in that action, and in potentially other related actions that are transferred to this Court, the parties agree it would be more efficient to extend Plaintiffs' current deadline to amend the Complaint by approximately six weeks rather than to expend resources responding to the Motion that would be mooted by amending the Complaint for the reasons set forth above;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE that (1) Plaintiffs may have until September 14, 2015 to file a Second Amended Consolidated Complaint in this Action, and (2) the

/ / /

/ / /

/ / /

/ / /

1 | hearing on the pending Motion to Dismiss be taken off calendar pending the filing of that Complaint.
2 | The parties agree the Case Management Conference can remain on calendar.

3 | DATED: July 24, 2015   WHATLEY KALLAS, LLP

4 | By:   /S/Alan M. Mansfield

ALAN M. MANSFIELD (Of Counsel)
(SBN 125998)
amansfield@whatleykallas.com
1 Sansome Street, 35th Floor, PMB #131
San Francisco, CA 94104
Tel: (415) 906-3876 / Fax: (888) 331-9633

WHATLEY KALLAS, LLP
Joe R. Whatley, Jr.
(*Admitted Pro Hac Vice*)
1180 Avenue of the Americas, 20th Floor
New York, NY 10036
Tel: (212) 447-7060 / Fax: (800) 922-4851

BURSOR & FISHER, P.A.

By:   /S/ L. Timothy Fisher
L. Timothy Fisher (SBN 191626)
ltfisher@bursor.com
Julia A. Luster (SBN 295031
jluster@bursor.com
Neal J. Deckant (admitted *pro hac vice*)
ndeckant@bursor.com
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Tel: (925) 300-4455 / Fax: (925) 407-2700

*Co-Lead Interim Class Counsel*

Dated:  July 24, 2015   ORRICK, HERRINGTON & SUTCLIFFE, LLP

By:   /S/ Alexander K. Talarides
Alexander K. Talarides (SBN 268086)
atalarides@orrick.com
Robert P. Varian (SBN 107459)
rvarian@orrick.com
James N. Kramer (SBN 154709)
jkramer@orrick.com
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel: (415) 773-5700 / Fax: (415) 773-5759

Attorneys for Defendants *NVIDIA Corporation and EVGA Corporation*

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the within document has been obtained from each signatory.

DATED:  July 24, 2015                         WHATLEY KALLAS, LLP

By:   /S/Alan M. Mansfield

ALAN M. MANSFIELD (Of Counsel)
(SBN 125998)
amansfield@whatleykallas.com
1 Sansome Street, 35th Floor, PMB #131
San Francisco, CA 94104
Tel: (415) 906-3876
Fax: (888) 331-9633

WHATLEY KALLAS, LLP
Joe R. Whatley, Jr.
(*Admitted Pro Hac Vice*)
1180 Avenue of the Americas, 20th Floor
New York, NY 10036
Tel: (212) 447-7060
Fax: (800) 922-4851

### ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

1. Plaintiffs shall have until September 14, 2015 to file a Second Amended Consolidated Complaint in this Action.

2. The hearing on Defendants' pending Motion to Dismiss, currently set for September 18, 2015 at 10:00 a.m., is hereby ordered off calendar pending the filing of a Second Amended Consolidated Complaint.

DATED:  July 31, 2015

HON. CHARLES R. BREYER
United States District Court Judge