1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JORELL DYE, | Case No.  15-cv-03428  NC |
|        Plaintiff, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
|    v. | |
| NVIDIA CORPORATION, | |
|        Defendant. | |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Charles R. Breyer to determine whether it is related to *In re: Nvidia GTX 970 Graphics Chip Litigation*, Case No. 3:15-cv-00760 CRB.

IT IS SO ORDERED.

Date:  August 31, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge