WHATLEY KALLAS LLP
Alan M. Mansfield (SBN 125998)
amansfield@whatleykallas.com
1 Sansome Street, 35th Fl., PMB # 131
San Francisco, CA  94104
Tel: (415) 860-2503
Fax: (888) 331-9633

BURSOR & FISHER, P.A.
L. Timothy Fisher (SBN 191626)
ltfisher@bursor.com
Julia A. Luster (SBN 295031)
jluster@bursor.com
Neal J. Deckant (admitted *pro hac vice*)
ndeckant@bursor.com
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Tel: (925) 300-4455
Fax: (925) 407-2700

*Co-Lead Interim Class Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: NVIDIA GTX 970 GRAPHICS CHIP LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | **CASE NO.: 15-cv-00760-CRB**<br><br>**CLASS ACTION**<br><br>**STIPULATION ORDER FOR ORDER CHANGING DATE OF CASE MANAGEMENT CONFERENCE AND OTHER PRE-TRIAL DEADLINES**<br><br>**Current Date to File**<br>**Second Amended Complaint:**  September 14, 2015<br>**Current Date for Case**<br>**Management Conference:**     September 18, 2015<br><br>**Judge:**          Hon. Charles R. Breyer<br><br>**Complaint Filed:  February 19, 2015** |

The parties hereto stipulate as follows, pursuant to Rule 6.2 of the Local Rules of this Court, based on the facts set forth in the accompanying Declaration of Alan M. Mansfield:

WHEREAS, in addition to the actions subject to the Court's consolidation order dated March 24, 2015 (Dkt. 34), the following related actions are pending throughout the United States:

1

(1)   *Bailey v. NVIDIA*, U.S. Dist. Ct. W.D. North Carolina, Case No. 3:15-cv-00119

(2)   *Chung v. NVIDIA*, U.S. Dist. Ct. District of Maryland (Greenbelt Div.), Case No. 8:15-cv-00711

(3)   *Giordano v. NVIDIA*, U.S. Dist. Ct. District of Colorado, Case No. 1:15-cv-00507

(4)   *Parker v. NVIDIA*, U. S. Dist. Ct. M.D. Georgia (Albany Div.), Case No. 1:15-cv-00062-WLS

WHEREAS, in an additional related action, *Palagano v. NVIDIA*, U.S. Dist. Ct, Case No. 2:15-cv-01248-GP (E.D. Pa), the Hon. Jean Pratter of the U.S. District Court for the Eastern District of Pennsylvania issued an opinion and order transferring that action to this District on August 25, 2015, and that action is currently pending before the Hon. Magistrate Judge Kandis A. Westmore subject to a stipulation to transfer that action to this Court for purposes of determining if it should consolidated with this action;

WHEREAS, counsel for Plaintiffs in the *Bailey*, *Chung*, *Giordano* and *Parker* actions (who are also counsel for Plaintiffs in the *Palagano* action) have agreed to enter into various stipulations to transfer those actions to this Court for purposes of consolidation, which are in the process of being filed with those Courts;

WHEREAS, on July 24, 2015, another related action, *Dye v. NVIDIA Corporation*, Case No. 15-cv-03428-NC, was filed in this District, and on August 31, 2015 Magistrate Judge Nahanael M. Cousins entered a *Sua Sponte* Judicial Referral order that the *Dye* action be transferred to this Court for purposes of determining whether it should be consolidated with this action;

WHEREAS, the *Bailey*, *Chung*, *Giordano*, *Parker*, *Palagano* and *Dye* actions are referred to herein as the "Non-Consolidated Actions";

WHEREAS, in light of the above events, the parties anticipate the Non-Consolidated Actions will soon be transferred to this Court for purposes of determining whether they will be consolidated as part of this action, but do not have a precise timeframe when that process will be completed;

WHEREAS, Plaintiffs' Second Amended Consolidated Complaint is due to be filed on September 14, 2015, which is in all likelihood before all of the Non-Consolidated Actions will have

/ / /

been transferred to this Court for purposes of determining whether they will be consolidated as part of this action;

WHEREAS, the parties believe it would be most efficient if the date to file the Second Amended Consolidated Complaint was continued for a period of time until after the Non-Consolidated Actions are before this Court for purposes of determining whether they will be consolidated as part of this action, rather than potentially need to amend the operative complaint again;

WHEREAS, the Court has also set September 14, 2015 as the last date to conduct a mediation in this action (Dkt. No. 70);

WHEREAS, while discovery is on-going, the parties have had on-going settlement discussions and have exchanged and continue to exchange information so that any mediation would be a productive part of the parties' on-going discussions, those discussions are not at a point where counsel for the parties believe they are fully prepared to participate in a meaningful mediation by that deadline;

WHEREAS, the Court presently has a Case Management Conference on calendar for September 18, 2015 at 10:00 a.m., which date was re-set by Clerk's Notice dated July 16, 2015 (Dkt. No. 77) to coincide with Defendants' previously-filed Motion to Dismiss, which motion was taken off calendar by agreement and Order dated July 31, 2015 to permit the filing of the Second Amended Consolidated Complaint (Dkt. No. 82);

In consideration of the above recitals, the parties believe good cause exists to stipulate to the entry of an Order that would revise the present pre-trial dates set by the Court as follows:

1. Plaintiffs will file the Second Amended Consolidated Complaint within 14 days after the Court has issued an Order(s) deciding whether to consolidate the Non-Consolidated Actions as part of this action.

2. The Case Management Conference shall, at the Court's option, either be vacated, reset by the Court after the Second Amended Consolidated Complaint has been filed, or continued to November 20, 2015, with the parties to file an updated Joint Status Conference Report no later than three (3) court days prior to that conference.

/ / /

/ / /

3.     The last date to conduct an initial mediation in this action shall be continued to November 16, 2015.

DATED:  September 3, 2015     WHATLEY KALLAS, LLP

By:   /S/Alan M. Mansfield
    ALAN M. MANSFIELD (Of Counsel)
    (SBN 125998)
    amansfield@whatleykallas.com
1 Sansome Street, 35th Floor, PMB #131
San Francisco, CA 94104
Tel: (415) 906-3876
Fax: (888) 331-9633

WHATLEY KALLAS, LLP
Joe R. Whatley, Jr.
(*Admitted Pro Hac Vice*)
1180 Avenue of the Americas, 20th Floor
New York, NY 10036
Tel: (212) 447-7060
Fax: (800) 922-4851

BURSOR & FISHER, P.A.

By:   /s/ L. Timothy Fisher
    L. Timothy Fisher (SBN 191626)
    ltfisher@bursor.com
Julia A. Luster (SBN 295031)
jluster@bursor.com
Neal J. Deckant (admitted *pro hac vice*)
ndeckant@bursor.com
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Tel: (925) 300-4455
Fax: (925) 407-2700

*Co-Lead Interim Class Counsel*

Dated:  September 3, 2015     ORRICK, HERRINGTON & SUTCLIFFE, LLP

By:   /S/ Alexander K. Talarides
    Alexander K. Talarides (SBN 268086)
    atalarides@orrick.com
Robert P. Varian (SBN 107459)
rvarian@orrick.com
James N. Kramer (SBN 154709)
jkramer@orrick.com
The Orrick Building
405 Howard Street

San Francisco, CA 94105
Tel: (415) 773-5700
Fax: (415) 773-5759

Attorneys for Defendants *NVIDIA Corporation and EVGA Corporation*

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the within document has been obtained from each signatory.

DATED:  September 3, 2015          WHATLEY KALLAS, LLP

By:     /S/Alan M. Mansfield

ALAN M. MANSFIELD (Of Counsel)
(SBN 125998)
amansfield@whatleykallas.com
1 Sansome Street, 35th Floor, PMB #131
San Francisco, CA 94104
Tel: (415) 906-3876
Fax: (888) 331-9633

*Co-Lead Interim Class Counsel*

## **ORDER**

Pursuant to the Stipulation of the Parties and good cause appear therefor, IT IS ORDERED AS FOLLOWS:

1.     Plaintiffs shall file a Second Amended Consolidated Complaint within 14 days after the Court issues an order whether the Non-Consolidated Actions should be consolidated as part of this action.

2.     The deadline to conduct an initial mediation in this action is re-set to November 16, 2015.

3.     The Case Management Conference, currently set for September 18, 2015 is continued to November 20, 2015 at 8:30 a.m.  The parties are to file an updated Joint Status Conference Report no later than November 17, 2015.

Dated: Sept. 4, 2015

HON. CHARLES R. BREYER
United States District Judge