UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: NVIDIA GTX 970 GRAPHICS CHIP LITIGATION

This document relates to:
ALL ACTIONS

Case No. 15-cv-0760-PJH

**AMENDED ORDER RE STATUS CONFERENCE STATEMENT**

Based on the information presented in the parties' joint status conference statement (Dkt. 101), the court makes the following rulings:

First, in view of the filing of the second amended consolidated class action complaint on November 24, 2015, the previously-filed motion to dismiss the first amended consolidated class action complaint (Dkt. 75) is terminated.

Second, the parties' proposed schedule for briefing a response to the second amended consolidated class action complaint is modified as follows: responses to the complaint (including motions to dismiss) must be filed by **January 22, 2016**. Oppositions to Rule 12 motions must be filed and served by **February 24, 2016**. Replies for Rule 12 motions must be filed and served by **March 16, 2016**. A hearing on the Rule 12 motions will be held on **March 30, 2016**.

Third, the proposed dates for class certification briefing are adopted (i.e., motion and plaintiffs' expert reports due on July 11, 2016; opposition and defendants' expert reports due on August 25, 2016; and reply and rebuttal expert reports due on September 23, 2016); however, the hearing on the class certification motion will be held on **October 19, 2016**.

Fourth, all other pretrial dates proposed in the joint status conference statement are adopted.

Finally, a case management conference will be scheduled after the pleadings are settled.

**IT IS SO ORDERED.**

Dated:  December 23, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge