UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NVIDIA GTX 970 GRAPHICS CHIP LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | Case No. 15-cv-00760-PJH<br><br>**ORDER VACATING SCHEDULE FOR DEFENDANTS MOTION TO DISMISS**<br><br>Re: Dkt. Nos. 114, 124 |

On June 13, 2016, the parties filed a stipulation with the court indicating that they "have reached an agreement in principle to fully resolve this case" and "anticipate filing a motion for preliminary approval of [their] proposed settlement within the next 30 days." Dkt. 124. Accordingly, the parties request that the court vacate the hearing date and briefing deadlines regarding defendants' motion to dismiss (Dkt. 114).

Good cause appearing, the court hereby VACATES the July 6, 2016 hearing date for the defendants' motion to dismiss and the June 17 deadline for defendants' reply brief. The motion to dismiss (Dkt. 114) is administratively terminated pending the filing of a motion for approval of the proposed settlement. If necessary, the motion to dismiss may be re-noticed for hearing at a future date.

**IT IS SO ORDERED.**

Dated: June 14, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge