1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHATLEY KALLAS LLP
Alan M. Mansfield (SBN 125998)
amansfield@whatleykallas.com
1 Sansome Street, 35th Fl., PMB # 131
San Francisco, CA  94104
Tel: (415) 860-2503
Fax: (888) 331-9633

BURSOR & FISHER, P.A.
L. Timothy Fisher (SBN 191626)
ltfisher@bursor.com
Neal J. Deckant (admitted *pro hac vice*)
ndeckant@bursor.com
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Tel: (925) 300-4455
Fax: (925) 407-2700

*Co-Lead Interim Class Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE NVIDIA GTX 970 GRAPHICS CHIP LITIGATION** | **CASE NO.: 15-cv-00760-PJH** |
| **THIS DOCUMENT RELATES TO:** | **DECLARATION OF ALAN M. MANSFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PROVISIONAL CERTIFICATION OF NATIONWIDE SETTLEMENT CLASS, AND APPROVAL OF PROCEDURE FOR AND FORM OF NOTICE** |
| **ALL ACTIONS** | |
| | Date:  August 24, 2016 |
| | Time:  9:00 a.m. |
| | Courtroom 3 – 3rd Floor |
| | Judge:     Honorable Phyllis J. Hamilton |

**DECLARATION OF ALAN M. MANSFIELD**

I, Alan M. Mansfield, declare as follows:

      1.     I am an attorney at law licensed to practice in the State of California.  I am a member of the bar of this Court, and I am a partner at Whatley Kallas LLP, Co-Lead Interim Class Counsel for Plaintiffs.  I make this declaration in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Provisional Certification of Nationwide Settlement Class, and Approval of Procedure for and Form of Notice.  I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would competently testify thereto under oath.

      2.     Attached hereto as **Exhibit 1** is a true and correct copy of the firm resume of Whatley Kallas LLP.

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on July 22, 2016 at San Diego, California.

_____

    Alan M. Mansfield (SBN: 125998)

EXHIBIT 1



## Introduction

Whatley Kallas, LLP, is comprised of a nationally recognized group of attorneys with a long history of representation of plaintiffs and plaintiff classes in complex litigation, especially in the consumer and healthcare area.

Whatley Kallas operates offices in San Diego, Los Angeles, and San Francisco, California, as well as in Atlanta, Birmingham, New York, Boston, Portsmouth, and Aspen, Colorado.

The attorneys of Whatley Kallas have gained a national reputation for their aggressive litigation style and quality legal work, particularly in their handling of complex cases. Collectively, the attorney group has tried numerous cases to verdict and has recovered billions of dollars in cash and significant corporate reforms for their clients

The lawyers of Whatley Kallas have been repeatedly recognized in legal publications, such as *The National Law Journal* and *American Lawyer*, by their peers.

The lawyers of Whatley Kallas, many of whom were formerly with Whatley Drake & Kallas, will continue to seek leadership roles in significant complex class action and derivative litigation, including consumer fraud and abuse litigation as well as other areas of litigation. These lawyers participate in class actions and complex cases across the United States, effecting meaningful change through settlements and verdicts for classes of people, businesses and pension funds.

Whatley Kallas's partners have served as co-lead counsel in numerous high profile class actions that have recovered billions of dollars for class members, and have achieved significant corporate reforms. Examples of recent cases in which the partners served in a leadership role and were extensively involved in the litigation and negotiation of settlements include: In re Managed Care Litigation (resulting in billions of dollars in cash and value to a class of 900,000 physicians throughout the United States); In re Insurance Brokerage Antitrust Litigation (settlements with defendants Zurich Insurance Company and Arthur J. Gallagher on behalf of commercial policyholders for in excess of $130 million); In re: Qwest Savings and Retirement Plan ERISA Litigation (approximately $37.5 million); In re: HealthSouth Corporation Securities Litigation ($445 million); In re Denney v. Jenkens & Gilchrist ($81.6 million settlement on behalf of former clients of Jenkens & Gilchrist in connection with illegal tax shelters); In re MedPartners Securities Litigation ($65 million); In re Mattel Lead Paint Contaminated Toy Ltigation (tens of million dollars in value to the class).

The firm's lawyers have gained a national reputation for their aggressive litigation style and their quality legal work. A significant aspect of the Firm's resources is its ability to try **a complex case.** One of the Firm's founding partners, Joe R. Whatley, Jr., is an experienced trial lawyer

and is one of the few lawyers representing plaintiffs in complex class action litigation who has tried a class action case to verdict.  He won a $1.28 billion jury verdict on behalf of a class of cattle ranchers against Tyson Fresh Meats, Inc. in Pickett v. Tyson Fresh Meats, Inc., No. 96-A-1103-N (M.D. Ala.). Mr. Whatley also won what was at the time the largest wrongful death verdict in Louisiana history in Dunn v. Consolidated Rail Corp., 890 F. Supp. 1262 (M.D.La. 1995).  Mr. Whatley's experience in this regard has made him a highly sought after member of plaintiffs' leadership groups in numerous complex and multidistrict litigations.

The firm's partners have also gained a national reputation for their consistent dedication to the interests of their clients by achieving results which include both compensation to victims of wrongdoing and significant industry reforms.

## Firm Litigation

## Consumer Class Litigation

Whatley Kallas lawyers will continue with representation of  consumers in class action cases. Cases in which lawyers of the firm have participated include:

**Spencer v. Shell Oil.**  Homeowner suit in connection with polybutylene plumbing throughout the United States in this action in the Circuit Court of Greene County, Alabama. A settlement of approximately $1 billion to repair and replace leaking pipes and fittings for homeowners was obtained.

**In re Mattel, Inc. Toy Lead Paint Products Liability Litigation, MDL No. 1897.**  Class of consumers of toys recalled due to their lead content or that were defectively designed with magnets which could come loose and potentially injure children manufactured and sold by Mattel and Fisher Price.  A settlement providing for refunds of the purchase price of the toys and reimbursement for prior lead testing was obtained for class members and approved by the United States District Court for the Central District of California.

**Pineda v. Vitamin Shoppe.**  Class of purchasers of Vitamin Shoppe's "Especially for Women" vitamins.  The complaint alleged that testing revealed some of these vitamins were contaminated by lead and/or contained less calcium than the label indicated. Vitamin Shoppe denied all wrongdoing. A settlement was obtained on behalf of the class, who received refunds of 100% of the value of the purchase price of the products or 125% of the purchase price if they choose store credit, which was approved by the Superior Court for Bergen County, New Jersey.

**White v. Bed Bath and Beyond.** A class of purchasers of bedding and linen products from Bed Bath and Beyond. Bed Bath and Beyond inflated the thread count of certain two-ply and multi-ply linens and other bedding products by counting threads in a manner which the Federal Trade Commission has ruled is deceptive to consumers.  A settlement was reached with Bed Bath and Beyond, which provided refunds or gift cards to purchasers of these bedding products, which was approved by the United States District Court for the District of New Jersey.

## Securities, Derivative and 401(k) Litigation

The Partners of Whatley Kallas have been appointed to leadership positions in numerous securities and 401(k) class actions and derivative litigation.  Examples of cases in which the firm's lawyers currently hold or have held a leadership position include, among others, the following:

**In re HealthSouth Corporation Securities Litigation**. Liaison Counsel in this securities class action pending in the United States District Court for the Northern District of Alabama. Settlement of more than $670 million has been obtained for class members.

**Hildebrand v. W Holding Company.** Co-Lead Counsel in this securities class action against W Holding Company, WesternBank Puerto Rico and certain individuals pending in the United Stated District Court for the District of Puerto Rico.

**In re MedPartners Securities Litigation**. Liaison Counsel in this action filed in Circuit Court of Jefferson County, Alabama on behalf of a class of shareholders against MedPartners.  A settlement of $65 million was obtained and approved by the court.

**In re Qwest Savings and Retirement Plan ERISA Litigation**. Joe R. Whatley, Jr. was appointed Co-Lead Counsel in this class action filed on behalf of all participants and beneficiaries of Qwest's 401(k) retirement plan. The suit alleged that various fiduciaries of the plan failed to properly exercise their duties as required under ERISA.  A settlement of approximately $37.5 million was obtained and approved by the court.

**In re Rankin v. Conaway (Kmart)**.  Lead Counsel in this class action on behalf of participants and beneficiaries of Kmart's Retirement Savings Plans who lost money when Kmart filed for bankruptcy. The suit alleged that various fiduciaries of the Plan failed to properly exercise their duties as required under ERISA.  WD&K obtained a settlement of $11.75 million that was approved by the court.

**In re Xcel Energy**. Co-Lead Counsel on behalf of participants and beneficiaries of Xcel's 401(k) Retirement Plan.  A settlement of $8 million was obtained and approved by the court.

**In re Broadwing, Inc. ERISA Litigation**. Co-Lead Counsel in this class action brought on behalf of the participants and beneficiaries of Cincinnati Bell, Inc. Savings and Securities Plan, the Broadwing Retirement Savings Plan, and the Plans themselves, to remedy defendant's breaches of fiduciary duty under ERISA.  A settlement of $11 million was obtained and approved by the court.

**McPhail, et al. v. First Command, et al.**  Co-Lead Counsel representing a class of military and former military families that was defrauded by First Command.  First Command and its officers are being sued because they sold to military families unsuitable financial products that contained, among other things, a 50% sales load in the first year of the product.  Class certification was won and that decision was upheld by the Ninth Circuit Court of Appeals.  First Command appealed

the decision to the Supreme Court of the United States and cert was denied.  A settlement of $12 million obtained for class members.

## Insurance and Healthcare Litigation

Whatley Kallas is a leader in complex litigation against the largest insurance, brokerage and managed care companies in the world. The lawyers at Whatley Kallas have been appointed to leadership positions in the following cases, among others:

**Love v. Blue Cross Blue Shield Association,** Co-Lead Counsel in this action pending in the United States District Court for the Southern District of Florida. Settlements have been reached with approximately ninety percent (90%) of the defendants.  The settlements provide for in excess of $130 million of monetary benefits and practice change relief valued in excess of two billion dollars.

**In re Managed Care Litigation, MDL No. 1334.**  Member of the Plaintiffs' Steering Committee and represents a class of physicians against nine of the largest managed case providers in the United States including AETNA, CIGNA, United, Healthnet, Humana, PacifiCare, Prudential and WellPoint.  The suit alleged that these defendants engaged in a civil conspiracy in violation of the Racketeering Influenced and Corrupt Organizations Act ("RICO") to wrongfully and fraudulently pay doctors less than the amounts to which they were entitled. Settlements were reached with AETNA, CIGNA, Healthnet, Humana, Prudential and Wellpoint consisting of monetary relief, and significant business practice changes valued in the billions of dollars have been obtained and approved by the court.

**In re Monumental Life Insurance Company, Industrial Life Insurance Litigation**. Member of the Plaintiffs' Steering Committee in this action pending in the United States District Court for the Eastern District of Louisiana seeking redress for discriminatory practices of many major insurance companies with respect to the sale of life insurance products to minorities.  Settlements of approximately $500 million dollars have been obtained in these cases and approved by the court.

**HIV/AIDS Specialty Medications Mail Order Litigations.** Served in lead role in successfully brought actions against a number of major health insurance companies in the United States involving their requirements to obtain HIV/AIDS specialty medications by mail order. These companies have agreed to resolve these issues, either as part of a class action settlement or other agreements obligating those companies to change or cancel their mail order programs as to HIV/AIDS specialty medications, ultimately impacting an estimated 50,000 consumers nationwide. These cases include: *Doe v. United Health Care*, No. 13-cv-00864 (C.D. Cal. filed 2013) (national class action settlement approved in July 2014 permitting consumers to opt out of mail order program); *Doe v. Cigna Health Care*, No. 15-cv-60894 (S.D. Fla. filed 2015) (national settlement implemented in December 2015 that removed HIV/AIDS specialty medications from the mandatory mail order tier); *Doe v. Blue Cross of California*, No. 37-2013-31442 (San Diego Super. Ct. filed 2013) (California-only settlement implemented in May 2013 cancelling mandatory mail order program); and *Doe v. Anthem, Inc.* (national settlement implemented in

June 2016 that also removed HIV/AIDS specialty medications from the mandatory mail-order requirement tier for all of Anthem's subsidiaries in the United States).

**Feller v. Blue Cross of California.** Class Action successfully brought to remedy the practice of trapping members in a closed plan subject to dramatically increasing premiums. Under the settlement, among other relief, class members are allowed to switch plans without underwriting until 2014, at which time preexisting conditions will no longer serve as a basis for denying health insurance.

## Environmental Litigation

Representation of thousands of individuals against the manufacturers of toxic substances released into the environment and a significant role in several nationally prominent environmental litigations including the following:

**In re Allen v. ALDOT.** Represented residential property owners in three neighborhoods in Montgomery, Alabama harmed by the Alabama Department of Transportation's release of the chemical TCE into the groundwater of a 600-acre area affecting the property of 1200 homeowners. A settlement of $5.5 million was obtained.

## Antitrust Litigation

Lawyers of Whatley Kallas have significant experience in antitrust litigation, including, but not limited to, the following:

**In re Insurance Brokerage Antitrust Litigation, MDL No. 1663.** Co-Lead Counsel and represent a putative class of purchasers of commercial and employer benefit insurance against many of the largest insurance companies and brokers in the country relating to these companies' alleged participation in a conspiracy to manipulate the markets for insurance. To date, settlements with two of the defendants, Zurich Insurance Company and Arthur J. Gallagher, have been reached for approximately $130 million.

**In re Lorazepam and Clorazepate Antitrust Litigation.** Third Party Payor Lead Class Counsel in this antitrust action which was transferred by order of the Judicial Panel for Multi-District Litigation to the United States District Court for the District of Columbia. Settlements of over $100 million were obtained.

**Pickett, et al. v. Tyson Fresh Meats, Inc.** Co-Lead Counsel in representing a class of cattle ranchers against the major beef packers and producers in the country for conspiring to depress the price of beef on the cash market. In addition to serving in a leadership position in this action, Joe. R. Whatley served as trial counsel in the Middle District of Alabama for the plaintiff class and the jury returned a verdict of $1.28 billion for the class of ranchers and cattle producers.

**In re Pharmacy Benefit Managers Antitrust Litigation.**  Co-Lead Counsel in a nationwide class action that seeks to ensure patients' access to their selected pharmacists and that independent pharmacists will be able to provide quality care to the people who seek over 1.3 billion prescriptions from them each year. The suit alleges that Pharmacy Benefit Managers conspired to and engaged in horizontal price fixing of the reimbursement rates paid to independent pharmacies.

**Waterbury Hospital v. U.S. Foodservice**.  Co-Lead Counsel and represents customers in a case involving a scheme whereby USF, the second largest food distributor in the U.S., fraudulently inflated the prices it charged to its cost-plus customers.  USF's customers were charged, pursuant to cost-plus agreements, inflated prices that represented the cost of products plus a kickback to their suppliers.

**In Re Puerto Rican Cabotage Antitrust Litigation**:  Co-lead Counsel and represents purchasers in a class action alleging that Defendants conspired to fix the prices of shipping services to and from Puerto Rico.  The settlement in cash and non-cash relief exceeded $100 million in value.

## Oil and Gas Royalty

Representation of oil and gas owners in litigation against oil companies.  Settlements have been reached with Exxon, Torch Energy and LL&E, Inc.  Relief of more than $7.5 million for royalty owners was obtained.

## Other Complex Class Action Litigation

Other complex class action cases with which lawyers of the firm have been involved include:

**Tax Shelter Litigation.** Representation of hundreds individuals who were sold defective tax avoidance strategies by some of the nation's largest law firms, accounting groups and investment banks.  The litigation resulted in a class settlement of $81 million with Jenkens & Gilchrist and numerous individual and aggregate settlements valued at several hundred million dollars**.**

## Labor & Employment Litigation

Representation of participants in employer-sponsored benefit plans including defined benefit pension plans and 401(k) plans fighting to recover individual benefits and damages to the plans themselves.

**Jackson v. City of Birmingham Schools (Title IX**).  Representation of Alabama high school basketball coach fired after he complained that the girls on his team were not treated as well as boys.  The coach won a landmark Supreme Court ruling under Title IX, the law that guarantees equal access and equal facilities for men in women in sports.  The case was litigated on remand and obtained a settlement that includes a city school board promise of equal facilities and the hiring of a Title IX coordinator to assure compliance.

**Tyson Foods**.  Multi-million dollar settlement arising out of sexual harassment claims at a Tyson Foods plant in Alabama. In addition to the money, the Court ordered detailed injunctive relieve and appointed a court monitor to cure the wide-spread sexual harassment problem.

**Ward v. Albertson's, Save-on, and Lucky Stores.**  Class of defendants' former employees who alleged that defendants failed to pay them their wages in accordance with California's waiting time statutes.  Under California's Labor Code, employers must pay involuntarily terminated employees immediately upon termination, and voluntarily severed employees within 72 hours of their giving notice of termination.  Although defendants vigorously disputed these allegations, a settlement of $18.5 million was obtained.

## Biographies

**Joe R. Whatley, Jr.**
Joe Whatley grew up in Monroeville, Alabama, the setting for *To Kill A Mockingbird*. Mr. Whatley is one of the few lawyers in the country to have argued before the United States Supreme Court as well as tried class actions to jury verdict for plaintiffs as well as defendants. He has a wide-ranging, national practice. He has argued cases before a majority of the Circuit Courts of Appeals in the country and tried cases in a number of different State and District Courts, before Judges and juries.

He is a graduate of Harvard College (A.B., cum laude, 1975), and the University of Alabama School of Law (J.D., 1978). Mr. Whatley is a member of the Bar in the States of Alabama, Texas, Colorado and New York, and is admitted to practice before the United States Supreme Court, the United States District Court for the Middle, Southern and Northern Districts of Alabama, the Southern and Eastern Districts of New York, the Northern, Southern, Eastern and Western Districts of Texas, the District of Colorado, as well as the United States Court of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Ninth, Tenth and Eleventh Circuits. After graduating from the University of Alabama Law School, Mr. Whatley served as a law clerk to the Honorable Frank H. McFadden, who was then Chief United States District Judge for the Northern District of Alabama (1978-1979). Mr. Whatley is a member of the American Bar Association (Member, Sections on: Labor and Employment Law; Litigation), a member and past President (1990-1991) of the Birmingham Federal Bar Association, and a member and past President (1990-1991) of the Labor and Employment Law Section of the Alabama State Bar.

For more than a decade Mr. Whatley has focused his practice on healthcare and antitrust cases. His healthcare cases have primarily been against health insurance companies. Mr. Whatley was appointed Co-Lead Counsel for the Provider Plaintiffs in *In re Blue Cross Blue Shield Antitrust Litigation*, MDL No. 2406. He was one of the most active lawyers in Court proceedings in *In re Managed Care Litigation* and in *Thomas/Love v. Blue Cross*, and he was one of the principal negotiators of the path-breaking settlements in both of those proceedings that resulted in billions of dollars in value, consisting of monetary relief and significant practice changes in the managed care industry. He represents providers of healthcare of all types in disputes with health insurance companies. He has represented and currently represents doctors and ancillary providers in a whole range of issues related to their reimbursement. He also currently represents ambulatory

surgery centers in antitrust claims against health insurance companies in multiple markets. He has represented hospitals in arbitration against health insurance companies.

He is also an experienced trial lawyer, having tried numerous cases, including class actions, to verdict. For example, Mr. Whatley won a $1.28 billion jury verdict on behalf of a class of cattle ranchers against Tyson Fresh Meats, Inc. in *Pickett v. Tyson Fresh Meats, Inc.*, No. 96-A-1103-N (M.D. Ala.), and won what was at the time the largest wrongful death verdict in Louisiana history in *Dunn v. Consolidated Rail Corp.*, 890 F. Supp. 1262 (M.D. La. 1995). Mr. Whatley has recovered billions of dollars of value, consisting of monetary relief and significant business practice changes in litigations against the managed care industry. Additionally, Mr. Whatley tried *Levinson v. Westport National Bank*, No. 09-cv-269 (D. Conn. 2012), a case brought by retirees and small investors alleging that the defendant bank breached numerous contractual and fiduciary duties to the investors in its administration of the plaintiffs' financial accounts, which settled on the eve of closing arguments; and *In re Cox Enterprises, Inc. Set-Top Cable Television Antitrust Litigation*, wherein a class alleged that the cable provider Cox unlawfully tied its premium cable service to rental of its set-top boxes, which resulted in a $6.31 million jury verdict before trebling. (After the jury verdict, the Court entered an Order directing verdict for the Defendant. The case is on appeal to the U.S. Court of Appeals for the Tenth Circuit.)

Mr. Whatley has been recognized by his peers as one of the top lawyers in the country. He has been admitted as a Fellow to the American College of Trial Lawyers. In 2011, he was selected as one of the top 100 lawyers in the New York Metropolitan Area. He has been selected each year for decades as one of the Best Lawyers in Alabama.
**E-MAIL: jwhatley@whatleykallas.com**

**Edith M. Kallas**
Ms. Kallas was born in New York, New York. Ms. Kallas graduated from the Juilliard School in 1984 with a B.M. in Music Performance and from the Fashion Institute of Technology with an A.A.S., summa cum laude. She is a 1987 graduate of the Benjamin N. Cardozo School of Law, where she was a member of the Moot Court Board. Ms. Kallas is admitted to the New York and Colorado State Bars, the United States Supreme Court, the United States District Court for the Southern and Eastern Districts of New York and the United States Courts of Appeal for the Second, Third, Sixth, Ninth and Eleventh Circuits. She is also a member of the American Bar Association (Health Law Section), Association of the Bar of the City of New York, the New York State Bar Association, the New York County Lawyers' Association and the American Society of Medical Association Counsel.

In April of 2004, Ms. Kallas was honored by thirteen State and County Medical Societies, who presented her with an award "For the Success Attained in her Relentless Pursuit of Justice for the Physicians of America and their Patients." Also in 2004, Ms. Kallas was named by the New York County Lawyers' Association as one of the "Outstanding Women of the Bar." In 2005, the National Law Journal featured Ms. Kallas in their UP CLOSE section in an article entitled, "HMO Settlement: A Fairer Deal for Doctors." The National Law Journal also featured Ms. Kallas and her partner Joe Whatley in an article entitled "Case Puts Doctors Back in the Driver's Seat" in 2007. In 2011, the National Law Journal recognized Ms. Kallas in a feature article

entitled, "In Insurance Fights, a Healthy Return for Firm – With Wellpoint Case." In February 2013, Ms. Kallas was highlighted in the *Big Suits* section of the American Lawyer Magazine in connection with the In re Aetna UCR Litigation settlement.

Ms. Kallas concentrates her practice in the areas of healthcare and insurance litigation. She represents healthcare providers, patients and members of the organized medicine community including physicians, ancillary providers, ambulatory surgical centers, durable medical equipment providers, as well as numerous national, state and county medical societies throughout the country. Her medical association clients have included the American Medical Association, Medical Society of the State of New York, Connecticut State Medical Society, Medical Society of New Jersey, California Medical Association, Florida Medical Association, Texas Medical Association, South Carolina Medical Association, Tennessee Medical Association, Northern Virginia Medical Societies, North Carolina Medical Society, Nebraska Medical Association, Washington State Medical Association, Hawaii Medical Association, Alaska State Medical Association, Rhode Island Medical Society, Vermont Medical Society, New Hampshire Medical Society, El Paso County Medical Society, and the California Chiropractic Association.

Ms. Kallas represents healthcare providers in litigation, arbitration, negotiations, and contracting, and provides day-to-day consultation and advocacy services in connection with a broad range of issues facing providers today. She has also represented healthcare providers and medical associations in numerous class actions pending in federal and state courts (including representation of a certified class of approximately 900,000 physicians throughout the United States). Ms. Kallas was appointed Co-Lead Counsel for the Provider Plaintiffs in *In re Blue Cross Blue Shield Antitrust Litigation*, MDL No. 2406. She has also served as Co-Lead Counsel in the *Love et al. v. Blue Cross Blue Shield Association et al*. in the United States District Court for the Southern District of Florida; on the Steering Committee in the *In re Managed Care* action; as Co-Lead Counsel and a member of the Executive Committee in the UCR Class Actions against Wellpoint (C.D. Cal.), CIGNA and Aetna (both pending in the D.N.J); as Lead Counsel in the *Scher v. Oxford* physician class arbitration; and has served as lead counsel in numerous state court healthcare actions. Ms. Kallas also served as Co-Lead Counsel in the *In re Insurance Brokerage Antitrust Litigation* in the District of New Jersey against major brokerage and insurance companies on behalf of classes of businesses and employees who purchased insurance, including healthcare insurance. She was one of the principal negotiators of settlements with Aetna, Cigna, Healthnet, Prudential, Humana, Wellpoint and 90% of all the Blue Cross entities in the country on behalf of nationwide classes of physicians and medical societies that have resulted in billions of dollars in value, consisting of monetary relief and significant corporate reforms, to physicians throughout the country. The settlements have resulted in significant business practice changes that are viewed as setting a new standard in the healthcare industry in the best interests of physicians and their patients.

Ms. Kallas has also served in a lead role in *Doe v. United Health Care*, No. 13-cv-00864 (C.D. Cal. filed 2013) (national class action settlement approved in July 2014 permitting consumers to opt out of mail order program); *Doe v. Cigna Health Care*, No. 15-cv-60894 (S.D. Fla. filed 2015) (national settlement implemented in December 2015 that removed HIV/AIDS specialty medications from the mandatory mail order tier); *Doe v. Blue Cross of California*, No. 37-2013-

31442 (San Diego Super. Ct. filed 2013) (California-only settlement implemented in May 2013 cancelling mandatory mail order program); and *Doe v. Anthem, Inc.* (national settlement implemented in June 2016 that also removed HIV/AIDS specialty medications from the mandatory mail-order requirement tier for all of Anthem's subsidiaries in the United States), and was a principal negotiator of the settlements in those actions. Ms. Kallas has also given legislative testimony regarding issues affecting physicians and successfully handled, on a pro bono basis, an appeal for a patient requiring lifesaving treatment.

Ms. Kallas is the co-author of "Gender Bias and the Treatment of Women As Advocates," Women in Law 1998. Ms. Kallas has also participated as a Faculty Member and/or Speaker in connection with the following presentations: "Class Action Healthcare Litigation," ALI-ABA Healthcare Law and Litigation Conference, 1999; "Class Actions: HMOs and Healthcare Providers Under Attack," ALI-ABA Life and Health Insurance Litigation Conference, 2000; "Providers (Suits by Doctors and Hospital Class Actions)," ALI-ABA Healthcare Law and Litigation Conference, 2000; "The Application of ERISA and RICO Theories in the Age of Managed Care," The Judges and Lawyers Breast Cancer Alert, 2000; "Healthcare Litigation: What You Need to Know After Pegram," Practicing Law Institute, 2000; "Provider Suits by Doctors and Hospitals v. HMOs," ALI-ABA Healthcare Law and Litigation Conference, 2001; The Joint Seminar Session of the School of Allied Health and Health Law Section at Quinnipiac University School of Law, 2001; The CLE Conference presented by the American Society of Medical Association Counsel, 2002; "The Unique Role of The Medical Society Effectively Litigating for Change in the Healthcare Arena," American Academy of Otolaryngology Presidential Board of Governors Special Seminar 2002; "The Future of Class Action Litigation in America," The CLE Conference presented by the American Bar Association, 2005; "Gender Bias in Litigation and the Trend Toward Diversity in Multi-District Litigation Proceedings," Mass Torts and Class Actions CLE Summit (Whatley Drake LLC Continuing Legal Education Conference) 2006 and 2007; "Arbitration Issues in Class Action Suits: How *Bazzle* Changed the Landscape of Class Arbitration," Whatley Drake & Kallas LLC Continuing Legal Education Conference 2007, ASMAC 2008; "Forum Shopping: Defendants Do It Too," Symposium on the Class Action Fairness Act and published in the Newsletter of the ABA Tort Trial and Insurance Practice Section Business Litigation Committee, Winter 2007; "Ingenix Litigation Update," ASMAC 2010; "Negotiating Skills for Career Advancement," Connecticut State Medical Society Professional Development Conference for Women in Medicine CME, May 2010; and "National Trends in Provider Contracting," Connecticut State Medical Society, "Managed Care Contracting: Anatomy of a Contract" Seminar, April 2012; "Avoiding Traps in Alternative Dispute Resolution," American Medical Association Webinar, February 2013; "Contract Negotiation Skills," Connecticut State Medical Society Professional Development Conference for Women in Medicine CME; "Update on Antitrust in Healthcare Cases," American Society of Medical Association Counsel Meeting, June 2015.
**E-MAIL: ekallas@whatleykallas.com**


**Patrick J. Sheehan**
Mr. Sheehan heads the Firm's Boston, Massachusetts office. Mr. Sheehan's practice focuses on complex litigation involving health care law and consumer protection issues. As part of his practice, Mr. Sheehan represents a wide array of health care providers and consumers in class

actions and other complex litigation pending throughout the country. Mr. Sheehan's health care practice focuses on issues concerning health care financing, including provider reimbursement, health insurance and antitrust matters. Mr. Sheehan's consumer protection practice concentrates on issues concerning health insurance, the deceptive advertising of health benefits purportedly provided by consumer products and other issues implicating consumer protection law.

Mr. Sheehan presently represents health care providers in antitrust litigation challenging illegal price fixing, market allocation, boycotts and other anticompetitive schemes in cases including *In re Blue Cross Blue Shield Antitrust Litigation*, No. 2:13-cv-20000 (MDL 2406)(N.D. Ala.); *Omni Healthcare Inc. et al v. Health First, Inc. et al*., No. 6:13-cv-01509-RBD-DAB (M.D. Fla.); and *Kissing Camels Surgery Center, LLC, et al. v. Centura Health Corp., et al.*, No. 1:12-cv-03012-WJM-NYW (D. Col.), among others.

Mr. Sheehan also represents consumers in *Levine v. Continental Casualty Co.*, No. 1:14-cv-11099-MLW (D. Mass.)(challenging alleged improper denials of long term care coverage); *Davis-Hudson, et al. v. 23andMe, Inc.*, AAA No. 74-20-1400-0032 (concerning alleged deceptive advertising of genetic testing products); *In re Riddell Concussion Reduction Litigation*, No. 13-7585 (JBS)(JS)(D.N.J.) (involving alleged deceptive advertising of the concussion reduction benefits of football helmets); and *Hughes v. The Ester C Company, et al.,* No. 2:12-cv-00041-PKC-GRB (E.D.N.Y.) (relating to alleged deceptive advertising of vitamin C supplements).

Mr. Sheehan regularly contributes to legal publications and speaks on issues concerning complex litigation, class actions and health law. He also frequently volunteers his time on a pro bono basis. Mr. Sheehan has been an active participant in the Health Law Advocates Pro Bono Legal Network, which provides legal assistance to individuals seeking access to health care. Mr. Sheehan also served as a volunteer attorney for Trial Lawyers Care, the largest pro bono legal program in history, through which he provided legal services to individuals and families who sought compensation under the September 11th Compensation Fund.

Mr. Sheehan is a graduate of the College of the Holy Cross (B.A., 1993) and Northeastern University School of Law (J.D., 1997), where he was an editor of the NU Forum. Mr. Sheehan is a member of the American Bar Association, the American Association for Justice, the Massachusetts Bar Association, the Massachusetts Academy of Trial Attorneys and the Boston Bar Association. Mr. Sheehan serves as the Vice President of the Holy Cross Lawyers Association and sits on the Massachusetts Bar Association's Health Law Section Council and the Boston Bar Association's Class Actions and Multi District Litigations Section Steering Committee.

Mr. Sheehan is a member of the Massachusetts and New York bars and is admitted to practice before the United States District Courts for the District of Massachusetts, the Southern and Eastern Districts of New York, the Northern District Of Illinois, the District of Colorado, the Eastern District of Michigan, the United States Courts of Appeals for the First, Third and Eleventh Circuits and the United States Supreme Court.
**E-MAIL: psheehan@whatleykallas.com**

**Ilze C. Thielmann**

Ilze C. Thielmann earned her J.D. from Columbia Law School, where she was a Harlan Fiske Stone Scholar and a member of the Columbia Law Review, in 1994. She graduated from Princeton University with an A.B. in English in 1988.

Since 2000, Ms. Thielmann has focused her practice on healthcare litigation, representing physicians, medical associations and consumers in complex litigations combating the wrongful practices of health insurers in state and federal courts throughout the United States. She has served as counsel for numerous medical associations and hundreds of thousands of physicians across the nation in two large multi-district litigations, has worked on several ground-breaking settlements with major health insurers, and has done extensive appellate work on behalf of medical associations and providers in various courts across the country.

Ms. Thielmann represented state medical societies and physician plaintiffs in seven related actions challenging United Healthcare Group's provider claims payment practices. The cases were resolved in a May 2015 global settlement in which the insurer agreed to spend more than $11.5 million in practice enhancements and payments to the plaintiffs. Ms. Thielmann litigated the plaintiffs' claims in four state courts, five federal district courts, and the Court of Appeals for the Eleventh Circuit. The hard-fought litigations ultimately resulted in significant relief in the areas of claims management and claims resolution.

In a similar action, *Scher v. Oxford Health Plans, Inc.*, AAA Case No. 11 193 00548 05, Ms. Thielmann helped obtain a $22 million settlement for a state-wide class of physicians in a class arbitration before a panel of the American Arbitration Association in New York. During the years of litigation and arbitration that led up to the settlement, Ms. Thielmann was instrumental in defeating the respondents' repeated attacks on the claimant's ability to arbitrate on a class-wide basis—first before the arbitral panel, and then in both the trial and appellate courts of New York State.

Ms. Thielmann has authored *amicus curiae* briefs filed in the U.S. Supreme Court and Circuit Courts of Appeals on behalf of various medical associations, including the American Medical Association and numerous state, county, and specialty medical societies. Most recently, her *amicus curiae* brief to the Supreme Court on behalf of the American Medical Association and the Medical Society of New Jersey in *Oxford Health Plans, LLC. V. Sutter*, No. 12-135, addressed the difficulties physicians would face in enforcing their contractual and statutory rights if they were limited solely to individual arbitration with health insurance companies, as Oxford Health Plans argued they should be pursuant to the terms of their contracts. In a rare 9-0 decision, the Supreme Court held that the arbitrator's decision interpreting the parties' arbitration clause to permit class arbitration withstood the limited judicial review of arbitrators' decisions allowed under the Federal Arbitration Act.

Ms. Thielmann currently represents plaintiffs in a lawsuit against Aetna, Inc. for discriminating against HIV/AIDS patients. The lawsuit alleges that Aetna's discriminatory, mandatory mail-order pharmacy program would pose serious health and privacy threats to HIV/AIDS patients receiving specialty medications from the retail pharmacist of their choice.

Ms. Thielmann also represented a certified class of hundreds of retirees and other small investors who lost the bulk of their retirement savings in the Bernard Madoff scandal, in *Levinson v. Westport National Bank*, Civil Action No. 3:09-cv-269, in the District of Connecticut. The action was settled at trial, just before the case was to go to the jury, for over $7.5 million.

Ms. Thielmann has actively participated in the Class Action Preservation Project, a joint effort with the public interest firm Public Justice and a team of other lawyers aimed at challenging attempts to ban or limit class actions and class arbitrations across the country, drafting amicus curiae briefs on behalf of Public Justice in major appeals before federal circuit courts of appeals on issues central to class arbitration and class action law.

Ms. Thielmann began her career at the defense firm of Simpson Thacher & Bartlett, and then from 1995 through 1999 represented both plaintiffs and defendants in complex commercial litigation at Kirkland & Ellis.

Ms. Thielmann is admitted to practice in the courts of the State of New York, as well as the U.S. Supreme Court, the United States District Courts for the Southern and Eastern Districts of New York and the United States Court of Appeal for the Eleventh Circuit.
**E-MAIL: ithielmann@whatleykallas.com**


**W. Tucker Brown**
Mr. Brown's practice focuses primarily on the areas of healthcare, antitrust and other complex litigation. Mr. Brown represents a wide array of healthcare clients, including national and state medical associations, physicians, hospitals, surgical centers and other healthcare providers in litigations, including national class actions, arbitrations and other forms of dispute resolution. Much of the focus of Mr. Brown's practice is representing healthcare providers in disputes with managed care companies and insurers.

Mr. Brown has been a member of the Alabama Bar since 2004 and is admitted to practice before the United States Court of Appeals for the Eleventh Circuit, as well as the U.S. District Courts for the Northern, Middle and Southern Districts of Alabama, and the U.S. District Court for the District of Colorado. He obtained his B.A. in Economics and Political Science from Vanderbilt University and received his J.D., *magna cum laude*, in 2004 from the Georgetown University Law Center, where he was Order of the Coif. Following law school he served as law clerk to Hon. William M. Acker, Jr., U.S. District Court for the Northern District of Alabama from 2004 to 2005. He is a member of the Alabama State Bar, the American Bar Association (Healthcare and Antitrust Sections), and the Birmingham Bar Association. He was born in Birmingham, Alabama.
**E-MAIL: tbrown@whatleykallas.com**


**Henry C. Quillen**
Before joining WhatleyKallas, Mr. Quillen was an associate in the litigation department of Sullivan & Cromwell LLP, where he focused on complex commercial litigation. He also served as a law clerk to the Honorable A. Raymond Randolph of the United States Court of Appeals for

the District of Columbia Circuit, as well as the Honorable Jeffrey Howard of the United States
Court of Appeals for the First Circuit.

Mr. Quillen graduated from Harvard College magna cum laude (A.B., Biochemical Sciences,
2000) and Yale Law School (J.D., 2007). He also received a Master in Public Administration
from Kennedy School of Government (2007). He is a member of the American Bar Association
and admitted to practice in New York, New Hampshire, the District of Columbia, the United
States District Court for the District of Colorado, District of Columbia, and District of New
Hampshire, the United States Court of Appeals for the First, Tenth, Eleventh, and District of
Columbia Circuits and the United States Supreme Court.
**E-MAIL: hquillen@whatleykallas.com**


**Catherine I. Hanson**
Ms. Hanson has over 30 years of experience providing advice and counsel to physicians, medical
associations and other health care related individuals and organizations. She has handled a broad
array of health care and association matters, utilizing all advocacy strategies from informal
discussion, to regulation, legislation and litigation. Most recently, Ms. Hanson has focused on
managed care, including the impact of ACOs, new payment models and clinical integration,
HIPAA, including the Privacy, Security and Transaction Rules, and evolving physician
employment arrangements. Ms. Hanson is the author of numerous publications and a sought after
speaker.

Ms. Hanson recently served as vice-president of the American Medical Association's state and
private sector advocacy unit from July 2007 through January 2013. Under her leadership, AMA's
private sector advocacy team developed the National Managed Care Contract and database, the
only complete compilation and analysis of every managed care law and regulation in the country.
Ms. Hanson also directed the creation of numerous other unique resources for physicians,
including how-to manuals on new payment models, ACOs and physician integration strategies.
She led the development of AMA's National Health Insurer Report Card (NHIRC), the first
objective look at the claims processing activities of the nation's largest health insurers. Ms.
Hanson's private sector advocacy team also achieved significant, nationwide physician profiling
reforms and improvements in the HIPAA transaction standards necessary to enable payer
transparency and physician practice automation.

Ms. Hanson's state advocacy successes included obtaining National Association of Insurance
Commissioners (NAIC) support for AMA positions related to critical state ACA
implementation/health insurance market reform issues, such as medical loss ratio, rate review,
health insurance exchanges, and transparency of coverage facts for consumers, successes that
were subsequently reflected in the federal ACA regulations. She led a successful effort that
secured National Conference of Insurance Legislators (NCOIL) model bills regulating rental
network PPOs and calling for transparency for out-of-network services instead of a ban on
balance billing. Last but certainly not least, Ms. Hanson's team worked with medical associations
throughout the country to achieve hundreds of legislative and regulatory victories to preserve

14

medical liability reforms, ensure health insurer transparency, improve public health and safety, enact truth-in-advertising laws and protect the patient-physician relationship.

Prior to her AMA work, Ms. Hanson served as vice-president and general counsel for the California Medical Association from December 1986 through June 2007. Her many CMA accomplishments included an extremely successful advocacy campaign in the courts and before the California Attorney General that resulted in nearly 100 decisions upholding MICRA and otherwise protecting physicians from unfair professional liability exposure, protecting the physician-patient relationship, increasing access to care, reigning in managed care abuses, and ensuring fair peer review, among other issues. Ms. Hanson also led the development and publication of the 4000+ page *California Physicians Legal Handbook,* a comprehensive health law treatise, which she published annually with her CMA Legal Center staff from 1990-2007. Prior to starting the CMA's in-house law department, Ms. Hanson was an attorney with the law firm of Hassard Bonnington in San Francisco.

Ms. Hanson is a past president of the California Society for Health Care Attorneys, a past president of the American Society of Medical Association Counsel, a member of the American Health Lawyers Association, and the American Bar Association Health Law Section.

Ms. Hanson is a Phi Beta Kappa graduate of the University of California, Berkeley. She obtained her J.D. degree from Boalt Hall School of Law at University of California, Berkeley. She is a California licensed attorney admitted to practice in the U.S. Supreme Court, the Ninth Circuit Court of Appeals, and the United States District Court for the Northern District of California. Ms. Hanson has an AV Martindale Hubbell rating. Ms. Hanson is Of Counsel to the Firm. **E-MAIL: chanson@whatleykallas.com**

**Charlene P. Ford**
Ms. Ford concentrates her practice in the areas of class actions, complex litigation, small business law and business litigation as well as appellate practice. She is a member of the Alabama Bar and is admitted to practice before the U.S. Supreme Court and the U.S. Court of Appeals for the 11th Circuit. She is a member of the Birmingham and American Bar Associations.

Ms. Ford is a graduate of the University of Montevallo (B.S., summa cum laude, 1982) and Cumberland School of Law of Samford University (J.D., summa cum laude, 1993) where she was a Member (1991-1993) and Comment Editor (1992-1993) of the Cumberland Law Review. Following law school, she served as law clerk to the Honorable Judge William M. Acker, Jr., U.S. District Court, Northern District of Alabama. Ms. Ford is the author of "Rule 11: Due Process Reconsidered," 22 Cumberland Law Review 729, 1991-1992. She was born in Limestone County, Alabama.

Reported Cases: *PacifiCare Health Systems, Inc. v. Book*, 538 U.S. 401, 123 S.Ct. 1531 (2003); *Klay v. Humana, Inc.*, 382 F.3d 1241 (11th Cir. 2004); *McFarlin v. Conseco Services, L.L.C.*, 381 F.3d 1251 (11th Cir. 2004); *In re Humana Inc. Managed Care Litigation*, 333 F.3d 1247 (11th

15

Cir. 2003); *In re Humana Inc. Managed Care Litigation*, 285 F.3d 971 (11th Cir. 2002); *In re Managed Care Litigation*, 246 F.Supp.2d 1363 (Jud. Pan. Mult. Lit. 2003); *In re Managed Care Litigation*, 236 F.Supp.2d 1336 (S.D. Fla. 2002); *In re Managed Care Litigation*, 209 F.R.D. 678 (S.D. Fla. 2002); *In re Managed Care Litigation*, 135 F. Supp.2d 1235 (S.D. Fla. 2001); *Moore v. Liberty Nat. Ins.Co.*, 108 F.Supp.2d 1266 (N.D. Ala. 2000); *Avis Rent A Car Systems, Inc. v. Heilman*, 876 So.2d 1111 (Ala. 2003); *Yeager v. General Motors Acceptance Corp.*, 719 So.2d 210 (Ala. 1998); *Johnson v. Garlock*, 682 So.2d 25 (Ala. 1996). Ms. Ford is Of Counsel to the Firm.

**E-MAIL: cford@whatleykallas.com**


**Alan Mansfield**

Alan M. Mansfield has practiced primarily in the area of national consumer class action and public interest litigation since 1991, focusing on healthcare, telecommunications, and consumer privacy issues. His clients have included such public interest organizations as the California Medical Association, Consumer Watchdog, and the Privacy Rights Clearinghouse.

Mr. Mansfield has been involved in numerous significant healthcare matters, including a class action against Anthem Blue Cross for improperly closing certain health plans which resulted in a settlement requiring defendant to limit plan rate increases and requiring any plan changes to be without medical underwriting for several years (*Feller v. Anthem Blue Cross*, Ventura County Superior Court Case No. 56-2010-00368587-CU-BT-VTA); and a class action representing a number of California pharmacists seeking to require Pharmacy Benefits Managers to provide data required under state law, obtaining a significant decision from the Ninth Circuit and the California Supreme Court interpreting the scope of the First Amendment as applied to California pharmacists' claims under California law (*Beeman v. Anthem Prescription*, 2011 U.S. App. LEXIS 14687 (9th Cir., July 19, 2011), *Beeman v. Anthem Prescription*, 58 Cal. 4th 529 (2013). He also has been actively involved in numerous cases on behalf of patients, including *Doe v. United Health Care*, No. 13-cv-00864 (C.D. Cal. filed 2013) (national class action settlement approved in July 2014 permitting consumers to opt out of mail order program); *Doe v. Cigna Health Care*, No. 15-cv-60894 (S.D. Fla. filed 2015) (national settlement implemented in December 2015 that removed HIV/AIDS specialty medications from the mandatory mail order tier); *Doe v. Blue Cross of California*, No. 37-2013-31442 (San Diego Super. Ct. filed 2013) (California-only settlement implemented in May 2013 cancelling mandatory mail order program); and *Doe v. Anthem, Inc.* (national settlement implemented in June 2016 that also removed HIV/AIDS specialty medications from the mandatory mail-order requirement tier for all of Anthem's subsidiaries in the United States). He is also currently representing plaintiffs in lawsuits against Aetna, Inc. and Coventry Health Plans for discriminating against HIV/AIDS patients, alleging that mandatory mail-order pharmacy programs pose serious health and privacy threats to HIV/AIDS patients receiving specialty medications from the retail pharmacist of their choice.

As part of his commitment to public interest litigation, Mr. Mansfield was one of the lead counsel in *Garrett v. City of Escondido,* 465 F.Supp. 2d 1043 (S.D. Cal. 2006), in the U.S. District Court for the Southern District of California, which successfully challenged the legality of the City of Escondido's immigration landlord-tenant enforcement ordinance, resulting in one

of the first decisions addressing the constitutionality of local ordinances or state laws addressing immigration issues. Based on that and other work in the community performed by both him and the previous firm for which he was the managing partner (Rosner & Mansfield LLP), he and his firm was awarded the 2007 Public Service by a Law Firm Award by the San Diego County Bar Association. He also assisted the ACLU in obtaining a significant First Amendment victory regarding the improper seizure by the U.S. Government of property belonging to members of the Mongols Motorcycle Club (*Rivera v. Melson*, No. 2:09-cv-02435 DOC (JCx)(C.D. Cal.)). He was also involved in the "Joe Camel" teen smoking case, a landmark decision that permitted false advertising claims to proceed against a major tobacco company. *Mangini v. R.J. Reynolds Tobacco Co*. (1994) 7 Cal.4th 1057.

Highlights from other recent successful actions where he was appointed as one of the lead class counsel include a class action against American Honda for misrepresenting gas mileage on Honda Civic Hybrids, resulting in a settlement valued at over $400 million (*Lockabey v. American Honda*, S.D. Sup. Ct. Case No. Case No. 37-2010-00087755-CU-BT-CTL); and an action involving the unauthorized billing of consumers for overdraft fees on checking and debit account, resulting in the creation of a $35 million common fund and significant *cy pres* contributions to several non-profit organizations (*Closson v. Bank of America*, San Francisco Superior Court Case No. CGC 04436877). He also prevailed, after a two-week long class action arbitration in January 2009, on behalf of a class of senior citizens residing at a senior living community who were charged entrance fees in violation of California's landlord-tenant laws, obtaining significant relief for the benefit of the class members and contributions for Alzheimer's Disease research (*VanPelt v. SRG*).

Mr. Mansfield was also one of the lead counsel in a class action against Sprint Communications for charging customers improper telephone fees for data plan communication, resulting in a settlement that fully refunded the vast majority of such charges (*Taylor v. Sprint Communications*, Case No. C07-CV-2231-W (RJB)); a class action involving billing customers for previously promised airtime, resulting in a class action settlement that gave over 1 million customers the ability to claim full reimbursement for the uncredited airtime (*Nelson v. Virgin Mobile*, Case No. 05-CV-1594-AJB); a case challenging Sprint's failure to provide a cancellation window when it imposed certain additional fees against customers in July 2003, resulting in a class-wide settlement returning Early Termination Fees that had been charged to consumers, as well as improving certain disclosure practices *(UCAN v. Sprint Spectrum LP*, San Diego Superior Court Case No. GIC 814461); and *Maycumber v. PowerNet Global Telecommunications*, Case No. 06-cv-1773-H (RBB) (S.D. Cal.), which challenged the practice of charging a "Network Access Charge" as a tax when it was not, resulting in a significant refund of such charges. Mr. Mansfield also represented the public interest group UCAN in an action before the California Public Utilities Commission involving improper billing for Early Termination Fees, resulting in a refund of over $18 million in fees to over 100,000 former Cingular Wireless customers (*In Re Cingular Wireless*, CPUC Case No. I.02-06-003), as well as an action challenging AT&T California's practice of terminating 911-only service to California residents in violation of the Public Utilities Code, resulting in a multi-million dollar fine and an order requiring significant practice changes (*UCAN v. SBC California*, CPUC Case No. C.05-11-011).

Mr. Mansfield received his B.S. degree, *cum laude*, in Business Administration - Finance from

California Polytechnic State University, San Luis Obispo in 1983 and his *Juris Doctorate* degree from the University of Denver School of Law in 1986. He is admitted to the Bar of the State of California, to the United States District Courts for all Districts of California and to the Third, Fifth, Ninth and Tenth Circuit Courts of Appeal. Mr. Mansfield is Of Counsel to the Firm.
**E-MAIL: amansfield@whatleykallas.com**


**Deborah Winegard**

Ms. Winegard focuses her practice on healthcare litigation, primarily representing physicians, ambulatory surgery centers, and other healthcare providers in disputes with third party payers and in antitrust litigation against health insurers and healthcare systems. Ms. Winegard also represents medical societies and organizations advocating for physician interests with payers and government.

Ms. Winegard speaks widely on healthcare and reimbursement issues affecting physicians. She has given presentations for the American Medical Association, the Ambulatory Surgery Center Association, the American Society of Medical Association Counsel, the Medical Group Managers Association, and several state and specialty medical associations. Ms. Winegard has published articles in several publications, including *Connecticut Medicine*, published by the Connecticut State Medical Society, and *Texas Medicine*, published by the Texas Medical Association. A webinar on RAC and other medical audits Ms. Winegard conducted for the Physicians Advocacy Institute is available on that organization's website.

Ms. Winegard's prior experience includes serving as the General Counsel and Director of Third Party Payer Advocacy for the Medical Association of Georgia, as General Counsel and Senior Vice President for the California Medical Association, as Law & Government Affairs Vice President for four states for AT&T, and as an Associate on King & Spalding's Healthcare Team.

Ms. Winegard served as the Facilitator for the MDL settlements with Aetna, Blue Cross Blue Shield Association, Capital Blue Cross, CIGNA, Health Net, and Humana, handling compliance disputes brought by physicians who complained that these health insurers had violated the settlement agreements reached in the MDL healthcare litigation.

Ms. Winegard graduated *magna cum laude* with a B.A. in Politics from Wake Forest University in 1979, where she was elected to the Phi Beta Kappa honor society. She earned her J.D. with honors from George Washington University in 1982. She is admitted to practice in Georgia, as well as in the United States District Court for the Northern District of Georgia.

Ms. Winegard is based in Atlanta, where she serves as a member of the Board of Governors and Chair of the Audit Committee for LifeLink Foundation. She has previously held leadership positions for the Health Law Section of the State Bar of Georgia, the Georgia Association for Women Lawyers, and the National Kidney Foundation of Georgia, and has also served on the Boards of Directors for the Alliance Française d'Atlanta and the Boys & Girls Clubs of Metro Atlanta.

Ms. Winegard speaks French and Spanish. Ms. Winegard is Of Counsel to the Firm.
**E-MAIL: dwinegard@whatleykallas.com**


**D. Jamie Carruth**
Mr. Carruth practices in the areas of healthcare litigation, antitrust, product liability, consumer protection, complex litigation, and class actions. He represents physicians, medical practices, and ambulatory surgical centers in reimbursement and contract disputes against managed care companies. He represents clients in alternative dispute resolution proceedings in addition to state and federal courts. He is a member of the Alabama Bar since 2004 and is admitted to practice in the United States District Court for the Northern District of Alabama. He is a member of the American and Birmingham Bar Associations. He received a B.A. in political science from the University of Alabama, Tuscaloosa, Alabama in 2001 and obtained a J.D. in 2004 from the University of Alabama School of Law, Tuscaloosa, Alabama.
**E-MAIL: jcarruth@whatleykallas.com**


**S. Scott Garrett**
Scott Garrett graduated with a B.A. in English from Oglethorpe University in 1994 and obtained his J.D. *summa cum laude* from the Birmingham School of Law in 2012. Mr. Garrett joined the Firm after passing the July 2012 Alabama Bar Examination. He is admitted to practice law in the state of Alabama as well as the United States District Courts for the Northern and Middle Districts of Alabama and the District of Colorado. Mr. Garrett currently also serves as an adjunct professor of law at the Birmingham School of Law and has taught Legal Research and Writing, Torts, and bar exam review classes. He also serves as the faculty advisor to the Judge Hugh Locke Honor Society and sits on the Faculty Advisory Board at the Birmingham School of Law. Mr. Garrett was recognized by the Birmingham School of Law as the 2016 Distinguished Alumnus of the Year for his service to the law school and to the Birmingham legal community.
**E-MAIL: sgarrett@whatleykallas.com**


**Michael S. Lyons**
Mr. Lyons graduated with honors from the University of California at Santa Barbara (B.A. Philosophy, 2008) and from Duke Law School (J.D., 2012). While in law school, Mr. Lyons was a Submissions Editor of the Duke Environmental Law and Policy Forum. Mr. Lyons joined the Firm after passing the July 2012 New York Bar Examination. He is admitted to practice law in the state of New York, as well as the United States District Court for the Southern and Eastern Districts of New York and the District of Colorado. His main areas of practice are healthcare litigation and antitrust litigation.
**E-MAIL: mlyons@whatleykallas.com**


**C. Nicholas Dorman**
Mr. Dorman is an associate in the Firm's Birmingham office. His practice is focused in the areas of antitrust, healthcare, and other complex litigation.

Mr. Dorman graduated first in his class from the University of Florida Levin College of Law, receiving book awards in Antitrust: Healthcare; Appellate Advocacy; Constitutional Law; Consumer Law; Electronic Discovery, and Electronic Discovery: Search and Data Analysis. He served on the Florida Law Review as Managing Editor. While at the Levin College of Law, he also served as an extern to Hon. Gary R. Jones and to Hon. Maurice M. Paul, both of the U.S. District Court for the Northern District of Florida.

Mr. Dorman is a member of the Florida Bar, and is admitted to practice before the U.S. District Courts for the Northern, Middle, and Southern Districts of Florida. He is a member of the American Bar Association (Healthcare and Antitrust Sections, as well as several Committees thereof) and a member of Public Justice.

Mr. Dorman obtained his B.A., magna cum laude, in English (Creative Writing Concentration) from Loyola University New Orleans, receiving the Loyola University Excellence in Writing Award, which is awarded to one graduating senior each year. He served as a summer associate at the Firm during law school.
**E-MAIL: ndorman@whatleykallas.com**

**Helen L. Eckinger**
Ms. Eckinger is an associate with the Firm. She obtained her B.A. with distinction in English from Yale University and her J.D. magna cum laude from The University of Alabama School of Law, where she was a member of Order of the Coif, a Hugo Black Scholar, and the Executive Editor of the Alabama Law Review. Following law school, she served as a law clerk for the Honorable Abdul K. Kallon of the Northern District of Alabama from 2013 to 2015.
**E-MAIL: heckinger@whatleykallas.com**

**Howard M. Miles (Executive Director)**
As Executive Director, Mr. Miles is responsible for the business operations of the Firm, including supervision of the human resources, accounting and communications departments, and he is an actively practicing lawyer. Prior to joining the Firm, Mr. Miles was in private law practice for over 20 years, a portion of which he served as General Counsel for a broadcasting company based in Birmingham. Mr. Miles has counseled his business clients, including healthcare providers on a broad range of topics, including litigation, arbitration, and significant transaction work. Mr. Miles is FINRA-registered, by passing the Series 7, and is a registered mediator with the Alabama Center for Dispute Resolution. He has used his litigation and accounting background in hospital representation before arbitrators.

He has been a member of the Alabama and Mississippi State Bars since 1983. Prior to law school, Mr. Miles was a Certified Public Accountant in Mississippi. He obtained a B.B.A. in 1979 and J.D. in 1983 from the University of Mississippi. He was born in Ketchikan, Alaska.
**E-MAIL: hmiles@whatleykallas.com**

**Aspen • Atlanta • Birmingham • Boston • Los Angeles • New York • Portsmouth
San Diego • San Francisco**

720 East Durant Avenue
Suite E6
Aspen, CO 81611
Telephone: 970-300-4848
Facsimile: 800-922-4851

1068 Virginia Ave. NE
Atlanta, GA 30306
Telephone: 404-607-8222
Facsimile: 404-220-9625

2001 Park Place North
Suite 1000
Birmingham, AL 35203
Telephone: (205) 488-1200
Facsimile: (800) 922-4851

60 State Street, 7th Floor
Boston, MA 02109
Telephone: (617) 573-5118
Facsimile: (617) 371-2950

355 So. Grand Avenue, Ste 2450
Los Angeles, CA 90071
Telephone: 310-684-2504
Telephone: 213-943-1312
Facsimile: 888-331-9633

1180 Avenue of the Americas
20th Floor
New York, NY 10036
Telephone: (212) 447-7060
Facsimile: (800) 922-4851

159 Middle Street, Suite 2C
Portsmouth, NH 03801
Telephone: 603-294-1591
Facsimile: 800-922-4851

16870 W. Bernardo Dr., Ste 400
San Diego, CA 92127
Telephone: 858-674-6641
Facsimile: 855-274-1888

1 Sansome Street, 35th Fl.
PMB #131
San Francisco, CA 94104
Telephone: 415-906-3876
Facsimile: 888-331-9633

**www.whatleykallas.com**