WHATLEY KALLAS LLP
Alan M. Mansfield (SBN 125998)
amansfield@whatleykallas.com
1 Sansome Street, 35th Fl., PMB # 131
San Francisco, CA  94104
Tel: (415) 860-2503
Fax: (888) 331-9633

BURSOR & FISHER, P.A.
L. Timothy Fisher (SBN 191626)
ltfisher@bursor.com
Neal J. Deckant (admitted *pro hac vice*)
ndeckant@bursor.com
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Tel: (925) 300-4455
Fax: (925) 407-2700

*Class Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE NVIDIA GTX 970 GRAPHICS CHIP LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | **CASE NO.: 15-cv-00760-PJH**<br><br>**DECLARATION OF L. TIMOTHY FISHER IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES, AND INCENTIVE AWARDS FOR THE CLASS REPRESENTATIVES**<br><br>Date:  December 7, 2016<br>Time:  9:00 a.m.<br>Courtroom 3 – 3rd Floor<br><br>Judge:     Honorable Phyllis J. Hamilton |

**DECLARATION OF L. TIMOTHY FISHER**

I, L. Timothy Fisher, declare as follows:

1.  I am a partner at Bursor & Fisher, P.A.  My firm was appointed Co-Lead Interim Class Counsel in this action by U.S. District Judge Charles R. Breyer and as Class Counsel by this Court pursuant to Federal Rule of Civil Procedure 23(g).  I am an attorney at law licensed to practice in the State of California, and I am a member of the bar of this Court.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2.  I make this declaration in support of Plaintiffs' motion for an award of attorneys' fees, costs and expenses, and incentive awards for the Class Representatives.[1]  The facts detailed herein also support Plaintiffs' Motion for Final Approval of Class Action Settlement, being filed herewith.

**I. OVERVIEW OF THE LITIGATION**

  **A. Pre-Suit Investigation**

3.  My firm first learned of the facts underlying this matter on or about January 27, 2015, when technology websites began reporting on the segmented nature of the video RAM found in Defendants' GTX 970 devices.  That same day, my associate Neal Deckant reviewed articles from AnandTech, ArsTechnica, and PCPer, and prepared an internal memorandum that summarized these sources.

4.  As part of this project, Mr. Deckant studied several "block diagrams" of the GTX 970's memory infrastructure to understand how the GTX 970 operates at various RAM loads.  He also analyzed performance benchmarks of the GTX 970 when operating both above and below 3.5 GB of committed RAM.  In addition, he reviewed the representations made on NVIDIA's website concerning the GTX 970 devices, along with technical specifications published by NVIDIA.  Mr. Deckant also visited various online merchants to assess the primary representations used in the advertising and sale of the GTX 970.

---

[1] All capitalized terms herein that are not otherwise defined have the definitions set forth in the Settlement Agreement.  *See* Dkt. No. 130-2, Ex. A.

5. Based on these sources, Mr. Deckant identified three misrepresentations:  (i) that the GTX 970 purportedly operates with a full 4 GB of video RAM, when in fact it has 3.5 GB of video RAM and a decoupled 0.5 GB spillover segment that operates as slow as one-seventh the speed of the 3.5 GB pool; (ii) that the GTX 970 purportedly has 64 render output processors, when in fact it only has 56; and (iii) that the GTX 970 purportedly has an L2 cache capacity of 2 MB, when in fact it is only 1.75 MB.  Presently, these are the same three misrepresentations that are now at issue in the Second Amended Consolidated Class Action Complaint ("SACC").  *See* SACC ¶ 4.

6. Mr. Deckant also conducted a pricing analysis of the GTX 970 to assess damages and proportionality.  For example, he surveyed online and brick-and-mortar retailers to estimate the average retail price that consumers paid for their GTX 970 devices.  Mr. Deckant also reviewed NVIDIA's public disclosures to estimate the company's annual revenue and EBITDA.  He also studied the competitive landscape in the stand-alone graphics card industry, and reviewed sources discussing the market share between NVIDIA and its competitors ATI and Intel.

7. Mr. Deckant also reviewed the various entities that manufacture GTX 970 devices, including Gigabyte, EVGA, and ASUS.  Presently, these are the same manufacturers that are now named as Defendants in the SACC.

8. Between January 27, 2015 and February 20, 2015, associates at my firm corresponded with and interviewed class members who were injured by Defendants' mislabeling of the GTX 970 devices.  As part of this process, my associates also reviewed secondary sources, such as reviewers' websites and online message boards, to assess class members' experiences with the GTX 970.

**B.      Filing the Initial Complaint, and Coordinating with Other Plaintiffs' Firms**

9. On February 20, 2015, Class Representative Pedro Santiago filed his Class Action Complaint in the U.S. District Court for the Northern District of California, which alleged that Defendants marketed and sold the GTX 970 with false and misleading representations concerning the product's technical specifications and performance, which were substantially lower than represented on the packaging and in advertising materials.  *See Santiago v. NVIDIA Corp., et al.*,

Case No. 15-cv-00789 (N.D. Cal. Feb. 20, 2015) (Dkt. 1).  Specifically, Mr. Santiago's Complaint alleged that Defendants misrepresented "that the GTX 970 had 2 MB (megabytes) of L2 cache, 64 parallel processing cores …, and 4 GB (gigabytes) of video RAM."  *Id.* ¶ 4 (emphasis omitted).  The complaint asserted claims on behalf of Mr. Santiago and a nationwide class of purchasers of the GTX 970, for violation of the Magnuson-Moss Warranty act, breach of express warranty, breach of the implied warranty of merchantability, unjust enrichment, violation of California's Unfair Competition Law ("UCL"), negligent misrepresentation, and fraud.  Contemporaneous with the filing of Mr. Santiago's Complaint, my firm also mailed a notice letter pursuant to California's Consumers Legal Remedies Act ("CLRA").  The case was initially assigned to U.S. Magistrate Judge Paul Singh Grewal, then later reassigned to U.S. District Judge Charles R. Breyer on March 19, 2015.

10.     Subsequent to filing Mr. Santiago's Complaint on February 20, 2015, Mr. Deckant discovered that another case had been filed on February 19, 2015 concerning substantially similar facts and legal theories, entitled *Ostrowski v. NVIDIA Corp., et al.*, Case No. 15-cv-00760 (N.D. Cal. Feb. 19, 2015).  The *Ostrowski* matter was initially assigned to U.S. Magistrate Judge Donna M. Ryu, and was later reassigned to Judge Breyer on March 13, 2015.  The *Ostrowski* matter was reassigned again to Chief District Judge Phyllis J. Hamilton on December 14, 2015.

11.     After learning about the *Ostrowski* matter on February 20, 2015, I asked Mr. Deckant to monitor federal and state court dockets for any later-filed actions.  Through these efforts, my firm kept apprised of the following matters (collectively, the "Related Actions"):

- *Le v. NVIDIA Corp.*, Case No. 37-2015-00006732 (Cal. Sup. Ct. Feb. 26, 2015);

- *Lowe v. NVIDIA Corp.*, Case No. 15-cv-00660 (D. Md. Mar. 9, 2015);

- *Roushion v. NVIDIA Corp., et al.*, Case No. 15-cv-01102 (N.D. Cal. Mar. 9, 2015);

- *Bailey v. NVIDIA Corp.*, Case No. 15-cv-00119 (W.D.N.C. Mar. 11, 2015);

- *Giordano v. NVIDIA Corp.*, Case No. 15-cv-04410 (D. Colo. Mar. 11, 2015);

- *Palagano v. NVIDIA Corp.*, Case No. 15-cv-01248 (E.D. Pa. Mar. 12, 2015);

- *Chung v. NVIDIA Corp.*, Case No. 15-cv-00711 (D. Md. Mar. 13, 2015);

- *Young v. NVIDIA Corp., et al.*, Case No. 15-cv-01204 (N.D. Cal. Mar. 13, 2015);

- *Denz v. NVIDIA Corp., et al.*, Case No. 15-cv-01243 (N.D. Cal. Mar. 17, 2015);

- *Bernabel, et al. v. NVIDIA Corp., et al.*, Case No. 15-cv-01296 (N.D. Cal. Mar. 19, 2015);

- *Doerrer v. G.B.T., INC., et al.*, Case No. 15-cv-01304 (N.D. Cal. Mar. 19, 2015);

- *Parker v. NVIDIA Corp.*, Case No. 15-cv-00062 (M.D. Ga. Mar. 23, 2015);

- *Farley, et al. v. NVIDIA Corp., et al.*, Case No. 15-cv-01800 (N.D. Cal. Apr. 21, 2015); and

- *Dye v. NVIDIA Corp.*, Case No. 15-cv-03428 (N.D. Cal. July 24, 2015).

12.     Between February 20, 2015 and March 20, 2015, my firm attempted to coordinate the *Ostrowski* and *Santiago* matters with the later-filed Related Actions.  For example, on February 25, 2015, I was unexpectedly contacted by an attorney with Levi & Korsinsky LLP, plaintiffs' counsel in the *Bernabel* matter, to discuss coordination and leadership prior to the filing of their complaint.  Similarly, on February 27, 2015, I was contacted by Alan Mansfield of Whatley Kallas, LLP, plaintiff's counsel in the *Ostrowski* matter, to discuss consolidation and leadership.  In connection with these efforts, Mr. Mansfield filed a motion to relate the *Ostrowski* and *Santiago* matters, which we did not oppose.  The Court granted the motion to relate on April 10, 2015.

13.     Separately, on March 13, 2015, my firm also joined in a motion to consolidate the *Ostrowski*, *Santiago*, and *Roushion* matters.  The Court granted our motion to consolidate on April 10, 2015.

14.     In an attempt to coordinate prosecution of this action, I participated in conference calls with other plaintiffs' firms on March 12, and 13, 2015.

15.     During this period, my firm also corresponded with defendants' counsel regarding scheduling and logistics.  For example, on March 6, 2015, Mr. Deckant spoke with Defendants' counsel to discuss scheduling, after which the *Santiago* parties prepared and submitted a joint stipulation extending Defendants' deadline to respond to the Complaint.

16.     On March 20, 2015, my firm filed Plaintiff Santiago's motion for the appointment of interim class counsel, which sought to appoint both Bursor & Fisher and Whatley Kallas as co-lead counsel.  Mr. Deckant prepared the first draft of our motion.  In our motion, Plaintiff Santiago argued that appointment of interim class counsel was appropriate given Bursor & Fisher and Whatley Kallas's identification and investigation of the claims, experience in handling class actions and other complex litigation (particularly those involving mislabeled consumer products), knowledge of the applicable law, and the resources that the firms would commit to representing the Class.

17.     In my assessment, Bursor & Fisher and Whatley Kallas were completely capable of handling the litigation.  More importantly, having only two firms in a leadership role would prevent duplicative billing or overbilling, to the benefit of the Class.  Indeed, one of my overriding goals was to ensure that this matter was staffed efficiently.

18.     In turn, Whatley Kallas filed their own motion for the appointment of interim class counsel on April 10, 2015, which proposed a leadership structure comprised of a coalition of firms involved in the Related Actions.  My firm opposed that motion on April 24, 2015.

19.     On May 8, 2015, the Court held a hearing on the *Santiago* and *Ostrowski* motions for the appointment of interim class counsel, which I attended in person.  At the hearing, the Court indicated that it would grant our motion, thereby appointing Bursor & Fisher and Whatley Kallas as co-lead interim class counsel.  Accordingly, I asked Mr. Deckant to prepare and file a *pro hac vice* motion so that he could continue actively contributing to the case.

**C.      Drafting the First Amended Consolidated Class Action Complaint**

20.      On May 11, 2015, I called Mr. Mansfield of Whatley Kallas to discuss the preparation of our forthcoming First Amended Consolidated Class Action Complaint.  Pursuant to our discussion, I assigned Mr. Deckant to prepare an internal memorandum that addresses the following issues:  (i) identify any previously unnamed retailers or OEM manufacturers that may be subject to liability, and (ii) research whether consumers who purchased their GTX 970's from these entities may be subject to any arbitration clause.

21.      On May 18, 2015, Mr. Deckant reviewed and commented on a draft protective order, and a draft protocol for the production of electronically stored information ("ESI").

22.      Between May 19 and June 8, 2015, I worked with Mr. Deckant to collect and compile the plaintiffs' allegations in each of the Related Actions.  First, I drafted an exemplar paragraph based on the allegations in the *Ostrowski* and *Santiago* matters, to be used as a template.  Second, my firm circulated my exemplar paragraph to plaintiffs' counsel in the Related Actions, and asked them to complete it with their clients' specific allegations.  Third, Mr. Deckant reviewed the work product of plaintiffs' counsel in the Related Actions, and coordinated with them to finalize the paragraphs containing their clients' allegations.  Fourth, I worked with Mr. Deckant to contact Bursor & Fisher's clients, and prepare their specific allegations.

23.      On June 4, 2015, Mr. Deckant prepared a first draft of the First Amended Consolidated Class Action Complaint ("FACC").  Following discussions with Mr. Mansfield and me, Mr. Deckant prepared a second draft on June 5, 2015, which we filed on June 8, 2015.

**D.      Preparing for the Rule 16 Conference**

24.      On June 10, 2015, I discussed preparing for the upcoming Rule 16 conference with Mr. Mansfield.  In anticipation of convening a Rule 26 conference with defendants' counsel, I asked Mr. Deckant to draft an initial set of interrogatories and requests for document production.  He drafted these requests on June 17, 2015, and sent them out for service on June 22, 2015.

25.      During this period, I also worked with Mr. Deckant to review and revise the parties' joint case management statement.  Specifically, we engaged in several rounds of revisions between June 15 and 19, 2015, which involved coordination with co-counsel and defendants' counsel.

26.     I also assigned Mr. Deckant to prepare initial disclosures, pursuant to Rule 26(a). We finalized Plaintiffs' initial disclosures, and sent them out for service on or about July 8, 2015.

**E.      Service and Enforcement of Third-Party Subpoenas *Duces Tecum***

27.     On or about June 19, 2015, based on letters Mr. Mansfield had sent asking various retailers to preserve and voluntarily produce certain information, Mr. Mansfield and I decided to subpoena third-party retailers for relevant documents and communications.  Specifically, we wanted to obtain (i) records sufficient to identify individual class members who purchased the GTX 970, (ii) sales data from each subpoenaed retailer, showing their total sales, total revenue, and total units sold for the GTX 970 devices, (iii) sales data for competing graphics cards, and (iv) any communications with the Defendants.  In connection with these efforts, I assigned Mr. Deckant to review and comment on draft subpoenas prepared by Whatley Kallas.

28.     The third-party subpoenas were issued on June 30, 2015, and served shortly thereafter.  Ultimately, Bursor & Fisher and Whatley Kallas served subpoenas on Amazon, B&H Photo, Best Buy, Fry's Electronics, NewEgg, MacMall, PC Nation, and Rakuten.com.

29.     Between June and November 2015, Bursor & Fisher and Whatley Kallas coordinated their efforts to follow-up with the subpoenaed entities.  To avoid duplication of effort, our two firms split up the subpoenaed entities, then met and conferred with each entity's counsel to discuss their production of documents.  For Bursor & Fisher's share, I assigned Mr. Deckant to handle communications with the subpoenaed entities.  Specifically, he convened calls with counsel for B&H Photo, Amazon, Best Buy, NewEgg, Mac Mall, and PC Nation.  He also handled follow-up requests for data from the subpoenaed retailers, such as providing a list of SKU's and the relevant date range at issue.  He also researched various legal issues to respond to objections. Through these efforts, we ultimately received substantive productions from Best Buy, Rakuten, B&H Photo, Fry's, Amazon, PC Nation, and NewEgg.

**F.      The First Settlement Meeting With Defendants**

30.     The parties scheduled an initial, in-person settlement meeting for June 25, 2015.  To prepare, I assigned Mr. Deckant to draft a list of questions to ask defendants' counsel at our

meeting.  After receiving a list of proposed questions on June 19, 2015, I subsequently worked with co-counsel to finalize and revise our list.

31.     I also assigned Mr. Deckant to prepare an internal memorandum that summarized our current knowledge about the GTX 970's design and memory issues.

32.     As planned, Mr. Mansfield, Jeff Westerman of Westerman Law Corp., and I met with defendants' counsel and Jonah Alben, NVIDIA's Senior Vice President of GPU Engineering on June 25, 2015 for approximately two hours to discuss the case and technical details regarding design and operation of the GTX 970.

33.     Following the June 25 meeting, Defendants produced sales data on June 30, 2015.  I assigned Mr. Deckant to analyze and summarize these data, and to research the price of competing products.  He prepared an internal memorandum, which assisted us in negotiating a settlement going forward.

34.     Up until the execution of the Settlement Agreement, I was in regular contact with Mr. Mansfield and Mr. Westerman to discuss resolution of this matter.  For example, in July 2015, I assigned Mr. Deckant to prepare an internal memorandum that analyzes the value of the Class' claims, given Defendants' sales data.  We also prepared a settlement letter for Defendants on or about July 24, 2015.

**G.     Hiring an Expert Consultant**

35.     In July 2015, Mr. Mansfield and I determined that it was necessary to hire an expert consultant, given the technical nature of the facts at issue.  To accomplish this objective, I assigned Mr. Deckant to work with Mr. Mansfield (who had identified several candidates and was working with one in particular) to select and interview possible candidates.

36.     We began with an inquiry to JEDEC, the standards organization behind GDDR RAM, the type of memory found in the GTX 970 devices.  Unfortunately, on August 18, 2015, we learned that our first contact with JEDEC was unavailable.  However, our contact recommended three other individuals affiliated with JEDEC, one of whom we retained.

37.     Subsequent to his retention, our expert consultant regularly offered his opinion on the factual issues presented.  Specifically, our expert offered guidance on possible discovery requests, and possible facts to highlight in the Second Amended Consolidated Class Action Complaint.  He also offered his opinion on the technical merits of our plaintiffs' claims, which further informed our settlement strategy.

**H.      The Second Settlement Meeting With Defendants**

38.     On August 3, 2015, we received an updated production from defendants' counsel containing their sales figures.  In anticipation of a second settlement meeting, I assigned Mr. Deckant to analyze and summarize Defendants' new production of sales data.  He circulated his findings on August 4, 2015, which we discussed in subsequent calls with co-counsel.

39.     On September 21, 2015, in advance of our second meeting with Defendants and their counsel, Mr. Deckant reviewed additional benchmarks and performance data provided by Defendants.  On September 22, 2015, he participated in a conference call with Mr. Mansfield and one of Defendants' attorneys to discuss their benchmarks and performance testing.  Mr. Deckant participated in a further call with Mr. Alben, NVIDIA's Senior Vice President of GPU Engineering, on October 5, 2015.  Mr. Deckant reported his conclusions to Mr. Mansfield and me on October 6, 2015.

40.     On October 6, 2015, I assigned Mr. Deckant to research various forms of proof that class members could submit with their claims, if this matter were to settle (*i.e.*, a serial number, model number, etc.).  Specifically, he reported which forms of proof were available through software alone, and which forms of proof required the physical packaging of the GTX 970 devices.

41.     On October 8, 2015, I attended a second in-person settlement meeting with NVIDIA's Senior Vice President and General Counsel Brian Cabrera, NVIDIA's Vide President Marlon Alvarado, and Defendants' counsel in Menlo Park, California.  Mr. Mansfield, Mr. Westerman, and William Doyle of Doyle Lowther LLP also participated in the meeting.

42.     Subsequently, I asked Mr. Deckant to research the number of individually identifiable class members that we received pursuant to the subpoena *duces tecum* served on third-party retailers.  At this time, we estimated that we had approximately 60,000 to 100,000 records.

43.     Following the second settlement meeting, I was in regular contact with Mr. Mansfield and Mr. Westerman to discuss resolution of this matter.  For example, among other endeavors, we approached various claims administrators between November 11 and 12, 2015.  We also discussed a possible settlement structure on November 13, 2015.  We also reviewed the Court's opinions on final approval around this time.

**I.      Drafting the Second Amended Consolidated Class Action Complaint**

44.     On July 22, 2015, I assigned Mr. Deckant to begin preparation for our Second Amended Consolidated Class Action Complaint.  Initially, I asked him to conduct legal research on certain issues pertaining to our warranty claims.

45.     On July 27, 2015, Mr. Deckant prepared an internal memorandum that compared the memory architecture and labeling of the GTX 970 to that of the GTX 960.  I also asked him to review the manner in which trade publications and retailer websites were describing the GTX 960's RAM, versus the GTX 970's RAM.

46.     On July 27, 2015, Mr. Deckant conducted research on the various metrics in which to measure graphics card performance.  Specifically, he researched the differences between a simple frames-per-second ("FPS") measurement, versus a more sophisticated method called frame time analysis.  He also discovered that video RAM limitations – like those seen in the GTX 970 – may cause graphical stuttering, which can be detected more readily through frame time analysis than through a simple FPS measurement.

47.     On October 22, 2015, Mr. Deckant conferred with Mr. Mansfield regarding the status of the amended complaint, and consolidation of all the remaining Related Actions.  He had similar discussions with Mr. Mansfield on November 2, 4, and 5, 2015.

48.     In the meantime, Mr. Deckant and I worked with Mr. Mansfield to prepare an Updated Joint Status Conference Report, which we submitted on September 17, 2015.  I then

attended a case management conference on September 20, 2015.  Shortly thereafter, Judge Breyer

recused himself, and the case was reassigned to Judge Hamilton on December 14, 2015.

49.     Between November 23 and 24, 2015, I assigned Mr. Deckant to review and revise

the draft Second Amended Consolidated Class Action Complaint.  The SACC was filed on

November 24, 2015.

50.     On December 17, 2015, I assigned Mr. Deckant to draft supplemental initial

disclosures.  They were served on December 18, 2015.

**J.      Responding to Defendants' Motion to Dismiss**

51.     Defendants filed their motion to dismiss on January 22, 2016.  I asked Mr. Deckant

to work with Whatley Kallas to prepare our opposition brief.

52.     Initially, I coordinated with co-counsel and defendants' counsel on a briefing

schedule.  Pursuant to these efforts, I drafted a joint stipulation and proposed order on February 12,

2016, which was filed on February 16, 2016.

53.     Between February 16 and 19, 2016, Mr. Deckant drafted Bursor & Fisher's portion

of Plaintiffs' opposition to Defendants' motion to dismiss.  On April 19 and 20, 2016, Mr. Deckant

assisted with preparing a final document, which we filed on April 20.

**K.      The Parties' Mediation**

54.     On April 8, 2016, in anticipation of an upcoming mediation, I assigned Mr. Deckant

to draft Plaintiffs' mediation statement.  Between April 14 and 21, 2016, he prepared our

statement, which was served on April 21.

55.     On April 26, 2016, I attended an in-person mediation before the Honorable Edward

A. Infante at JAMS, along with Mr. Mansfield and Mr. Westerman.  While we did not settle that

day, the parties made substantial progress.  In retrospect, Judge Infante's participation as a

mediator was pivotal in resolving this matter.  In fact, Judge Infante suggested the terms of the

proposal the parties ultimately agreed to, and thereafter once the terms had been agreed to in

principle made a recommendation on the amount of Plaintiffs' counsel's attorneys' fees and

expenses to be paid, which was ultimately accepted by both sides.

56.     During the mediation on April 26, 2016, I gave discrete research assignments to Mr. Deckant.  Specifically, he provided an updated estimate of the number of individually identifiable class members we received from the third-party subpoenas *duces tecum* served on retailers. Additionally, I asked Mr. Deckant to review the Court's recent rulings on preliminary and final approval and her standing order on preliminary settlement approval.

57.     Between May 2 and 12, 2016, I had several follow-up calls with co-counsel, defendants' counsel, and Judge Infante to discuss resolution.  Fortunately, we reached an agreement in principle around this time.  It thereafter took two months to draft the final version of the Settlement Agreement and associated settlement exhibits.

**L.      Preliminary Approval and Finalizing the Settlement Agreement**

58.     Given that the parties' agreement in principle, I assigned Yitzchak Kopel, an associate with my firm, to draft a motion for preliminary approval on May 18, 2016.  He completed a first draft on June 7, 2016, which I then reviewed and circulated to co-counsel.  The motion was finalized and filed on July 25, 2016.

59.     During this period, I exchanged numerous calls and emails with defendants' counsel and co-counsel to negotiate a full-form Settlement Agreement.  In connection with this endeavor, I assigned Mr. Deckant to draft a claim form, long-form notice, and short-form notice on June 20, 2016.  I also asked him to draft the final approval order on June 21, 2016.  I also asked him to assist with reviewing and revising the Settlement Agreement, which was finalized and fully executed on July 22, 2016.

60.     On August 24, 2016, I attended a hearing on Plaintiffs' motion for preliminary approval.  During the hearing, the Court instructed that the notices and claim form be revised with certain edits.  Accordingly, I worked with Mr. Mansfield and Mr. Deckant to input these changes, which we filed on August 25, 2016.  The Court then issued its order granting Plaintiffs' motion for preliminary approval on August 26, 2016.

**M.     Obtaining Class Member Data, and Moving to Compel Amazon**

61.     Beginning in May  2016, I asked Mr. Deckant to follow-up with the retailers we previously subpoenaed for the purpose of obtaining updated class member data.  Through these efforts, we obtained supplemental productions from a number of the subpoenaed entities.  However, Amazon refused to produce class member data due to purported privacy concerns, and we reached an impasse on July 25, 2016.

62.     On July 25, 2016, given Amazon's refusal to produce, I assigned Mr. Deckant to prepare a motion to compel in the Western District of Seattle, where Amazon's principal place of business is located.  He drafted the motion to compel between July 27 and August 5, 2016, which we filed on August 5.  Amazon opposed our motion on August 29, 2016, and we submitted our reply on September 2, 2016.

63.     In connection with our motion to compel, we were required to hire local counsel in Seattle.  On August 31, 2016, we retained the Law Offices of Clifford A. Cantor, P.C.  Mr. Cantor provided valuable assistance in coordinating this motion.

64.     On September 19, 2016, Judge Coughenour of the Western District of Washington granted our motion to compel, and set a deadline of 26, 2016 for Amazon to complete its production of any individually identifiable class members.

65.     Our efforts to obtain the identities of individually identifiable class members through subpoenas *duces tecum* was a resounding success.  In total, our claims administrator reported that they had received <u>489,767 unique email addresses</u> from the retailers' records.  Given our estimate that about 700,000 GTX 970 devices were sold within the class period, even after de-duplication based on the records provided to the settlement administrator by Defendants, this effort permitted the settlement administrator to provide direct notice to an estimated 70% to 80% of the Settlement Class.[2]

---

[2] It is difficult to provide a more precise estimate of the percentage reach to class members, since based on the claims that have been submitted so far, a significant number of class members purchased multiple GTX 970 devices.  If that claims data were taken into account, the notice penetration rate could be higher than 90%.

**N.      The Settlement Terms**

66.      The key provisions of the Settlement Agreement, executed on July 22, 2016, are as follows.

67.      *Payment Terms*:  In full settlement of the claims asserted in this lawsuit, Defendants agreed to pay $30.00 per GTX 970 unit for which a valid and timely claim form is submitted.  This payment is <u>not</u> subject to *pro rata* dilution, nor is there an individual or overall cap on claims.

68.      *Attorneys' Fees and Costs*:  The Settlement Agreement authorizes the Class Representatives and Class Counsel to petition the Court for an award of attorneys' fees, costs, and expenses in an amount no greater than $1,300,000.  There is no "clear sailing" agreement. Defendants are free to oppose the fee application, should they wish to do so.

69.      *Incentive Payment*:  The Settlement Agreement provides that the Class Representatives and Class Counsel may petition the Court for approval of payments of no more than $25,000 total for the Class Representatives.

70.      *Releases*:  The Settlement Agreement provides that all class members other than those who opted-out:

> [S]hall be deemed to have, and by operation of the Final Judgment shall have, fully, finally, and forever released, relinquished and discharged Plaintiffs, including all members of the Settlement Class who have not validly opted out of the Settlement pursuant to Section 9 below, and Class Counsel and all other Plaintiffs' Counsel for all claims relating to or arising out of or connected with the institution, prosecution, assertion, settlement or resolution of the Litigation and/or the Released Claims.

Further, the Settlement Agreement provides that settling class members be "waive any and all provisions, rights and benefits conferred by California Civil Code § 1542."

71.      *Procedure for Claims and Settlement*:  Class Counsel is required to move for preliminary and final Court approval of the Settlement Agreement.  Class notice will inform potential settlement class members of the Settlement Agreement, the background of the action and settlement, the settlement relief available, that they have a right to object to or exclude themselves from the settlement, the process for submitting a claim, and that the settlement is conditioned on the Court's final approval.

72.     *Objections*:  Any class member who has not opted out may file an objection to the Settlement Agreement (or any of its terms).  To date, only one person has done so.

73.     The monetary recovery provided pursuant to the Settlement Agreement will compensate most class members for approximately <u>70%</u> of their alleged losses.  That is, given that the GTX 970 carries "an average retail price of approximately $350," a cash payment of $30 for each unit would constitute approximately <u>8.6%</u> of the purchase price.  *See* SACC ¶ 52.  One of the primary misrepresentations at issue is that the GTX 970 does not operate with a full 4 gigabytes of RAM, but rather with a 3.5 GB pool of RAM and a decoupled and less performant 0.5 GB spillover segment that operates at one-seventh the speed of the main pool.  *See id.* ¶ 4. Accordingly, class members allege they were shortchanged on 0.5 GB of their 4 GB of RAM, or about <u>12.5%</u>.  *Id.* ¶ 5 ("However, because the final [0.5 GB segment] runs at a materially slower rate than the first 3.5 GB, the GTX 970 devices do not function as if they have a full 4 GB of memory, a material selling point and characteristic for these devices.").  Thus, as one measure of recovery, class members could expect to receive $43.75 on average (which is 12.5% of $350) if they were successful at trial.  In this way, a recovery of $30 would represent approximately <u>70%</u> of the anticipated value of these claims.[3]

### O.     Dissemination of Notice

74.     Between August 8 and October 7, 2016, Mr. Deckant worked with Mr. Mansfield, defendants' counsel, and KCC, the Court-appointed claims administrator, to finalize the forms of notice for dissemination.  This process entailed reviewing and revising drafts of the long-form notice, the short-form notice, and the postcard notice.  It also entailed reviewing the script and procedures for the interactive voice response ("IVR") system used in the toll-free telephone number.  It also entailed reviewing the settlement website and verifying the procedures for

---

[3] As an alternative measure and check on the range of potential damages set forth above, a survey of sales price data shows the average price differential between the less-performant GTX 960 and the GTX 970 at issue is approximately $100.  While no one disputes that the GTX 970 performs at higher output levels as compared to the GTX 960, Plaintiffs allege it does not actually perform as well as represented.  Thus, while this would be the subject of expert testimony on both sides, from Plaintiffs' perspective it is realistic to also consider a per unit damages estimate of approximately $50, particularly when compared to the above performance analysis.

submitting claims, objections, and opt-out requests.  It also entailed posting a notice on the websites of Bursor & Fisher and Whatley Kallas.  It also entailed working with defendants' counsel on appropriate language for the settlement website's "FAQ" section.

75.     To date, the response to the settlement has been overwhelmingly positive.  News of the settlement has been reported by a number of prominent technology and gaming websites, including *AnandTech*, *PC Gamer*, *PC World*, *Tom's Hardware*, *GameSpot*, *Tech Report*, *Polygon*, *Escapist Magazine*, *ArsTechnica*, *Reddit*, *Digital Trends*, *Game Revolution*, *Wired Magazine*, *Top Class Actions*, and more.  These publications have generally explained the basic terms of the deal, and referred consumers to the settlement website at http://www.gtx970settlement.com/ to learn more.  In fact, an article in PC World appeared just hours after the settlement website came online.

76.     Throughout this process, associates and paralegals with my firm have been available to respond to inquiries by class members, both by phone and by email.  In most cases, my firm responds to phone inquiries immediately, and email inquiries in fewer than 24 hours.

77.     I have also assigned my firm's IT manager to routinely visit the settlement website to ensure that it is functional and responsive.  The parties have also requested information from KCC every day on the rates of submitted claims, objections, and opt-outs.

78.     I refer the Court to the declaration of Phil Cooper of KCC as to the number of claims submitted and the total amount of devices for which a claim was submitted.  It is easily over 80,000 individual units (subject to audit and verification, which process has been initiated by KCC and is on-going), which already provides over $2.4 million in value to class members.  As of October 24, 2016, there have been 54,787 claims submitted online and through U.S. Mail, accounting for 83,762 GTX 970 devices.  Given our estimate that approximately 700,000 GTX 970 devices were sold within the class period, this means that 12.0% of the GTX 970 devices at issue in this litigation have been claimed, for a total of $2,512,860 to distribute to the Class.  Moreover, there have only been 2 opt-outs and 1 objection to date.  Simply put, these results are outstanding.

79.     The claims rate is likely to increase in the coming weeks, given that the deadline for submission of claim forms is on November 30, 2016.

## II.      THE BACKGROUND AND EXPERIENCE OF CLASS COUNSEL

80.      I received my Juris Doctor from Boalt Hall at the University of California at Berkeley in 1997.  While in law school, I was an active member of the Moot Court Board and participated in moot court competitions throughout the United States.  In 1994, I received an award for Best Oral Argument in the first year moot court competition.  Prior to founding Bursor & Fisher, P.A., I was an associate with Bramson, Plutzik, Mahler & Birkhaeuser, LLP in Walnut Creek, California for 13 years.  I also taught appellate advocacy at John F. Kennedy University School of Law in 2003 and 2004.  More recently, I contributed jury instructions, a verdict form, and comments to the consumer protection chapter of Justice Elizabeth A. Baron's *California Civil Jury Instruction Companion Handbook* (West 2010).  In 2014, I was appointed to a four-year term as a member of the Standing Committee on Professional Conduct for the U.S. District Court for the Northern District of California.

81.      In 2011, my partner Scott A. Bursor and I established our firm.  Mr. Bursor graduated from the University of Texas Law School in 1996, where he was Articles Editor of the Texas Law Review, and a member of the Board of Advocates and Order of the Coif.  Mr. Bursor began his practice as a litigation associate in New York City with Cravath, Swaine & Moore (1996-2000) and Chadbourne & Parke LLP (2001), where he represented large telecommunications, pharmaceutical, and technology companies in commercial litigation and class actions.

82.      Class actions are rarely brought to trial.  However, Mr. Bursor and I have served as trial counsel for class action plaintiffs in five jury trials and have won all five, with recoveries ranging from $21 million to $299 million.

> i.      In 2007, Mr. Bursor and I served as lead trial counsel in *Thomas v. Global Vision Products* (Alameda County Superior Court), representing a class of approximately 150,000 California consumers who had purchased the Avacor hair regrowth system, asserting claims for violations of California's consumer protection statutes.  After a four-week trial the jury returned a $37 million verdict for the class.  The trial judge increased the award to $40 million.

---

DECLARATION OF L. TIMOTHY FISHER                                                     17
CASE NO. 15-CV-00760-PJH

ii.    In 2008, Mr. Bursor and I served as lead trial counsel in *Ayyad v. Sprint Spectrum L.P.* (Alameda County Superior Court), representing a class of 2 million California consumers who were charged an early termination fee under a Sprint cellphone contract, asserting claims that such fees were unlawful liquidated damages under Civil Code § 1671(d), as well as other statutory and common law claims.  After a five-week trial, the jury returned a verdict in June 2008, and the Court issued a Statement of Decision in December 2008 awarding the class more than $299 million in cash and debt cancellation.  The class prevailed on six of six counts asserted in the complaint and was awarded 100% of the relief sought.

iii.    In 2008, Mr. Bursor and I served as lead trial counsel in *White v. Verizon Wireless* (Alameda County Superior Court), representing a class of 1.4 million California consumers who were charged an early termination fee under a Verizon cellphone contract, asserting claims that such fees were unlawful liquidated damages under Civil Code § 1671(d), as well as other statutory and common law claims.  After we presented the class's case-in-chief, rested, then cross-examined Verizon's principal trial witness, Verizon agreed to settle the case for a $21 million cash payment and an injunction restricting Verizon's ability to impose early termination fees in future subscriber agreements.

iv.    In 2009, Mr. Bursor and I served as lead trial counsel in a second trial in *Thomas v. Global Vision Products*, in which the class asserted claims against a minority shareholder in the company.  After another four-week trial the jury returned a verdict awarding more than $50 million to the class.  The legal trade publication VerdictSearch reported this was the second largest jury verdict in California in 2009.

v.    In 2013, Mr. Bursor served as lead trial counsel in a second trial in *Ayyad v. Sprint Spectrum L.P.* (Alameda County Superior Court).  After we had prevailed on the class claims challenging Sprint's termination fees in 2008, Sprint asserted a $1.06 billion cross-claim against the class for breach of contract.  *See Garrett v. Coast & Southern Federal Sav. & Loan Ass'n*, 9 Cal. 3d 731, 740-41 (1973) (holding that invalidation of a liquidated damages provision does not permit the breaching party to "escape[] unscathed," because he "remains liable for the actual damages resulting from his default").  After a four-week trial, the jury returned a verdict awarding only 2% of Sprint's claimed damages.  This verdict secured the Class's net cash recovery of at least $55 million after a setoff for Sprint's actual damages.

DECLARATION OF L. TIMOTHY FISHER                                18
CASE NO. 15-CV-00760-PJH

83.     In addition to these five trial victories, I have been counsel to class action plaintiffs in dozens of cases in jurisdictions throughout the United States.  Since December 2010, my firm has won appointment as Class Counsel or Interim Class Counsel in:

i.     *O'Brien v. LG Electronics USA, Inc.* (D.N.J. Dec. 16, 2010), to represent a certified nationwide class of purchasers of LG French-door refrigerators,

ii.    *Ramundo v. Michaels Stores, Inc.* (N.D. Ill. June 8, 2011), to represent a certified nationwide class of consumers who made in-store purchases at Michaels Stores using a debit or credit card and had their private financial information stolen as a result,

iii.   *In re Haier Freezer Consumer Litig.* (N.D. Cal. Aug. 17, 2011), to represent a certified class of purchasers of mislabeled freezers from Haier America Trading, LLC,

iv.    *Loreto v. Coast Cutlery Co.* (D.N.J. Sep. 8, 2011), to represent a certified nationwide class of purchasers of knives or tools made by Coast Cutlery,

v.     *Rodriguez v. CitiMortgage, Inc.* (S.D.N.Y. Nov. 14, 2011), to represent a certified nationwide class of military personnel against CitiMortgage for illegal foreclosures,

vi.    *Avram v. Samsung Electronics America, Inc. et al.* (D.N.J. Jan. 3, 2012), to represent a proposed nationwide class of purchasers of mislabeled refrigerators from Samsung Electronics America, Inc. and Lowe's Companies, Inc.,

vii.   *Rossi v. The Procter & Gamble Co.* (D.N.J. Jan. 31, 2012), to represent a certified nationwide class of purchasers of Crest Sensitivity Treatment & Protection toothpaste,

viii.  *Dzielak v. Whirlpool Corp. et al.* (D.N.J. Feb. 21, 2012), to represent a proposed nationwide class of purchasers of mislabeled Maytag Centennial washing machines from Whirlpool Corp., Sears, and other retailers,

ix.    *In re Sensa Weight Loss Litig.* (N.D. Cal. Mar. 2, 2012), to represent a certified nationwide class of purchasers of Sensa weight loss products,

x.     *In re Sinus Buster Products Consumer Litig.* (E.D.N.Y. Dec. 17, 2012), to represent a certified nationwide class of purchasers of Sinus Buster products,

xi.     *Scott v. JPMorgan Chase & Co.* (S.D.N.Y. May 30, 2013), to represent a proposed nationwide class of Chase customers who were allegedly unilaterally enrolled into Chase's Overdraft Protection service and charged unauthorized fees,

xii.    *Podobedov v. Living Essentials, LLC* (C.D. Cal. Nov. 8, 2013), to represent a proposed nationwide class of purchasers of 5-Hour Energy products,

xiii.   *Ebin v. Kangadis Food Inc.* (S.D.N.Y. Feb. 25, 2014), to represent a certified nationwide class of purchasers of Capatriti 100% Pure Olive Oil,

xiv.    *Forcellati v. Hyland's, Inc.* (C.D. Cal. Apr. 9, 2014), to represent a certified nationwide class of purchasers of children's homeopathic cold and flu remedies,

xv.     *Ebin v. Kangadis Family Management LLC, et al.* (S.D.N.Y. Sept. 18, 2014), to represent a certified nationwide class of purchasers of Capatriti 100% Pure Olive Oil,

xvi.    *In re Scotts EZ Seed Litig.* (S.D.N.Y. Jan. 26, 2015), to represent a certified class of purchasers of Scotts Turf Builder EZ Seed in New York and California,

xvii.   *Dei Rossi v. Whirlpool Corp. et al.* (E.D. Cal. Apr. 28, 2015), to represent a certified class of California purchasers of mislabeled KitchenAid refrigerators from Whirlpool Corp., Best Buy, and other retailers,

xviii.  *Hendricks v. StarKist Co.* (N.D. Cal. July 23, 2015), to represent a certified nationwide class of purchasers of StarKist tuna products,

xix.    *In re NVIDIA GTX 970 Graphics Card Litig.* (N.D. Cal. May 8, 2015), to represent a proposed nationwide class of purchasers of NVIDIA GTX 970 graphics cards, and

xx.     *Melgar v. Zicam LLC, et al.* (E.D. Cal. March 30, 2016), to represent a certified ten-jurisdiction class of purchasers of Zicam Pre-Cold products.

84.     A copy of my firm's resume, which includes more detailed information about our practice and the qualifications of the other Bursor & Fisher lawyers who worked on this case, is attached as **Exhibit A**.

### III.   CLASS COUNSEL'S LODESTAR AND EXPENSES

85.     Attached as **<u>Exhibit B</u>** for *in camera* inspection are the detailed billing diaries for (1) my firm, (2) Whatley Kallas, LLP, (3) Wiggins, Childs, Pantazis, Fisher & Goldfarb, LLC, (4) Doyle Lowther LLP, (5) Westerman Law Group, and (6) the Law Offices of Clifford A. Cantor, P.C.

86.     I have personally reviewed all of my firm's time entries, and have used billing judgment to ensure that duplicative or unnecessary time has been excluded and that only time reasonably devoted to the litigation has been included.  The time and descriptions displayed in my firm's billing records were regularly and contemporaneously recorded by me and the other timekeepers of the firm pursuant to firm policy and have been maintained in the computerized records of my firm.

87.     As of October 14, 2016, Bursor & Fisher expended <u>748.9 hours</u> in this case. Bursor & Fisher's lodestar fee in this matter, based on current billing rates, is <u>$328,895</u>.

88.     Based on our lodestar, the blended hourly rate that my firm billed to this matter is less than <u>$439.17 per hour</u> for 748.9 hours of work.  This relatively modest blended rate resulted from my practice of assigning appropriate work to less senior lawyers who bill at lower hourly rates to minimize fees for the Class, wherever possible.  Approximately <u>67.3%</u> of the hours (504.1 hours) were billed by associates.  However, this was a novel case that involved a lot of original work, which required significant involvement by more experienced lawyers.  My firm's partners billed <u>26.0%</u> of the hours (195.1 hours), primarily on developing the litigation strategy, editing briefs on dispositive motions, making court appearances, attending mediations, and negotiating the settlement.  The remaining <u>6.6%</u> of the hours (49.7 hours) were billed by law clerks and support staff.

89.     Included as the cover page to my firm's time records submitted as part of **<u>Exhibit B</u>** is a chart setting forth the hourly rates charged for each lawyer and paralegal at my firm.  Based on my knowledge and experience, the hourly rates charged by my firm are within the range of market rates charged by attorneys of equivalent experience, skill, and expertise.  These are the same hourly

rates that we actually charge to our regular hourly clients who have retained us for non-contingent matters, and which are actually paid by those clients.  As a matter of firm policy, we do not discount our regular hourly rates for non-contingent hourly work, which comprises approximately 20% of our revenue.  A fee award of $1,300,000 would represent a multiplier of 1.0 over the base lodestar fee after accounting for 2,300.6 hours from Plaintiffs' counsel for a lodestar of $1,234,350 and their $63,889.84 in costs and expenses.

90.     In addition to the time enumerated above, I estimate that Class Counsel will incur an additional 100 hours of future work in connection with the fairness hearing, coordinating with the settlement administrator, monitoring settlement administration, and responding to Class member inquiries and possible objections, as well as any communications with State Attorneys General.

91.     Attached as **Exhibit C** is an itemized listing of each out-of-pocket expense my firm incurred in this matter.  These expenses are reflected in the records of Bursor & Fisher, and were necessary to prosecute this litigation.  All expenses were carefully and reasonably expended, and they reflect market rates for various categories of expenses incurred.  Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

92.     To date, Bursor & Fisher has expended $13,891.48 in out-of-pocket expenses in connection with the prosecution of this action.

93.     I have personal knowledge of the range of hourly rates typically charged by counsel in our field in New York, California, and throughout the United States, both on a current basis and in the past.  In determining my firm's hourly rates from year to year, my partners and I have consciously taken market rates into account and have aligned our rates with the market.

94.     Through my practice, I have become familiar with the non-contingent market rates charged by attorneys in New York, California and elsewhere (my firm's offices are in New York City and Walnut Creek, California).  This familiarity has been obtained in several ways:  (1) by litigating attorneys' fee applications; (2) by discussing fees with other attorneys; (3) by obtaining declarations regarding prevailing market rates filed by other attorneys seeking fees; and (4) by reviewing attorneys' fee applications and awards in other cases, as well as surveys and articles on

attorney's fees in the legal newspapers and treatises.  The information I have gathered shows that my firm's rates are in line with the non-contingent market rates charged by attorneys of reasonably comparable experience, skill, and reputation for reasonably comparable class action work.  In fact, comparable hourly rates have been found reasonable by various courts for reasonably comparable services, including:

i.    *In re TFT-LCD (Flat Panel) Antitrust Litigation*, No. M 07 1827 SI, MDL, No. 1827 (N.D.Cal. 2013), an antitrust class action, in which the court found blended hourly rates of $1000, $950, $861, $825, $820, and $750 per hour reasonable for the lead class counsel.

ii.   *Williams v. H&R Block Enterprises, Inc.*, Alameda County Superior Ct. No. RG08366506, Order of Final Approval and Judgment filed November 8, 2012, a wage and hour class action, in which the court found the hourly rates of $785, $775, and $750 reasonable for the more senior class counsel.

iii.  *Luquetta v. The Regents of the Univ. of California*, San Francisco Superior Ct. No.CGC-05-443007, Order Granting Plaintiff's Motion for Common Fund Attorneys' Fees and Expenses, filed October 31, 2012, a class action to recover tuition overcharges, in which the court found the hourly rates of $850, $785, $750, and $700 reasonable for plaintiffs' more experienced counsel.

iv.   *Pierce v. County of Orange*, 905 F. Supp. 2d 1017 (C.D. Cal. 2012), a civil rights class action brought by pre-trial detainees, in which the court approved a lodestar-based, *inter alia*, on 2011 rates of $850 and $825 per hour.

v.    *Holloway et. al. v. Best Buy Co., Inc.*, No. 05-5056 PJH (N.D. Cal. 2011) (Order dated November 9, 2011), a class action alleging that Best Buy discriminated against female, African American and Latino employees by denying them promotions and lucrative sales positions, in which the court approved lodestar-based rates of up to $825 per hour.

vi.   *Californians for Disability Rights, Inc., et al. v. California Department of Transportation, et al.*, 2010 U.S. Dist. LEXIS 141030 (N.D. Cal. 2010), adopted by Order Accepting Report and Recommendation filed February 2, 2011, a class action in which the court found reasonable 2010 hourly rates of up to $835 per hour.

vii. *Credit/Debit Card Tying Cases*, San Francisco County Superior Court, JCCP No. 4335, Order Granting Plaintiffs' Motion for Attorneys' Fees, Expenses, and Incentive Awards, filed August 23, 2010, an antitrust class action, in which the court, before applying a 2.0 lodestar multiplier, found reasonable 2010 hourly rates of $975 for a 43-year attorney, $950 for a 46-year attorney, $850 for 32 and 38 year attorneys, $825 for a 35-year attorney, $740 for a 26-year attorney, $610 for a 13-year attorney, and $600 for a 9-year attorney, and $485 for a 5-year attorney.

viii. *Savaglio, et al. v. WalMart*, Alameda County Superior Court No. C-835687-7, Order Granting Class Counsel's Motion for Attorneys' Fees, filed September 10, 2010, a wage and hour class action, in which the court found reasonable, before applying a 2.36 multiplier, rates of up to $875 per hour for a 51-year attorney, $750 for a 39-year attorney, and $775 for a 33-year attorney.

ix. *Qualcomm, Inc. v. Broadcom, Inc.*, Case No. 05-CV-1958-B, 2008 WL 2705161 (S.D. Cal. 2008), in which the court found the 2007 hourly rates requested by Wilmer Cutler, Pickering, Hale & Dorr LLP reasonable; those rates ranged from $45 to $300 for staff and paralegals, from $275 to $505 for associates and counsel, and from $435 to $850 for partners.

95. The reasonableness of my firm's hourly rates are also supported by several surveys of legal rates, including the following:

i. In an article entitled "On Sale: The $1,150-Per Hour Lawyer," written by Jennifer Smith and published in the Wall Street Journal on April 9, 2013, the author describes the rapidly growing number of lawyers billing at $1,150 or more revealed in public filings and major surveys. The article also notes that in the first quarter of 2013, the 50 top-grossing law firms billed their partners at an average rate between $879 and $882 per hour. A true and correct copy of this article is attached hereto as **Exhibit D**.

ii. In an article published April 16, 2012, the Am Law Daily described the 2012 Real Rate Report, an analysis of $7.6 billion in legal bills paid by corporations over a five-year period ending in December 2011. A true and correct copy of that article is attached hereto as **Exhibit E**. That article confirms that the rates charged by experienced and well-qualified attorneys have continued to rise over this five-year period, particularly in large urban areas like the San Francisco Bay Area. It also shows, for example, that the top

---

DECLARATION OF L. TIMOTHY FISHER
CASE NO. 15-CV-00760-PJH

quartile of lawyers bill at an average of "just under $900 per hour."

    iii.    Similarly, on February 25, 2011, the Wall Street Journal published an on-line article entitled "Top Billers."  A true and correct copy of that article is attached hereto as **Exhibit F**.  That article listed the 2010 and/or 2009 hourly rates for more than 125 attorneys, in a variety of practice areas and cases, who charged $1,000 per hour or more.  Indeed, the article specifically lists *eleven* (11) Gibson Dunn & Crutcher attorneys billing at $1,000 per hour or more.

    iv.    On February 22, 2011, the ALM's Daily Report listed the 2006-2009 hourly rates of numerous San Francisco attorneys. A true and correct copy of that article is attached hereto as **Exhibit G**.  Even though rates have increased significantly since that time, my firm's rates are well within the range of rates shown in this survey.

    v.    The Westlaw CourtExpress Legal Billing Reports for May, August, and December 2009 (attached hereto as **Exhibit H**) show that as far back as 2009, attorneys with as little as 19 years of experience were charging $800 per hour or more, and that the rates requested here are well within the range of those reported.  Again, current rates are significantly higher.

    vi.    The National Law Journal's December 2010, nationwide sampling of law firm billing rates (attached hereto as **Exhibit I**) lists 32 firms whose highest rate was $800 per hour or more, eleven firms whose highest rate was $900 per hour or more, and three firms whose highest rate was $1,000 per hour or more.

    vii.    On December 16, 2009, The American Lawyer published an online article entitled "Bankruptcy Rates Top $1,000 in 2008-2009."  That article is attached hereto as **Exhibit J**.  In addition to reporting that several attorneys had charged rates of $1,000 or more in bankruptcy filings in Delaware and the Southern District of New York, the article also listed 18 firms that charged median partner rates of from $625 to $980 per hour.

    viii.    According to the National Law Journal's 2014 Law Firm Billing Survey, law firms with their largest office in New York have average partner and associate billing rates of $882 and $520, respectively.  Karen Sloan, *$1,000 Per Hour Isn't Rare Anymore; Nominal Billing Levels Rise, But Discounts Ease Blow*, National Law Journal, Jan. 13, 2014.  The survey also shows that it is common for legal fees for partners in

New York firms to exceed $1,000 an hour. *Id.* A true and correct copy of this survey is attached hereto as **Exhibit K**.

96.     The rates charged by my firm have been deemed reasonable in connection with the approval of my firm's fee applications in at least six recent matters:

    i.    *Correa v. Sensa Products LLC*, Case No. BC476808, California Superior Court, Los Angeles County (Nov. 9, 2012 Judgment, Final Order, And Decree Granting Final Approval To Class Action Settlement);

    ii.    *Rossi v. The Procter & Gamble Co.*, Case No. 11-7238, D.N.J. (Oct. 3, 2013 Final Approval Order And Judgment);

    iii.    *In re Pacific Bell Late Fee Litigation*, Case No. MSC10-00840, California Superior Court, Los Angeles County (Oct. 22, 2013 Order Awarding Attorneys' Fees, Costs And Expenses And Authorizing Payment Of Incentive Award To The Class Representative); and

    iv.    *In re Haier Freezer Consumer Litig.*, Case No. C11-02911 EJD, N.D. Cal. (Oct. 25, 2013 Final Judgment And Order Granting Plaintiffs' Motion For Final Approval Of Class Action Settlement And For Award Of Attorneys' Fees, Costs And Incentive Awards).

    v.    In *Rodriguez v. CitiMortgage, Inc.*, Case No. 11-cv-4718, S.D.N.Y. (Oct. 6, 2015), the court concluded during the fairness hearing that Bursor & Fisher's rates for two of its partners, Joseph Marchese and Scott Bursor, were "reasonable":

> The hourly rates among plaintiffs' counsel and their staff range between $950 per hour to $165 per hour with the average partner billing rate at $748. The hourly rates that the partners who performed most of the partner-level work on the matter, those being <u>Joseph Marchese</u>, <u>Scott Bursor</u>, Gary Lynch, and Antonio Vozzolo are <u>$680</u>, <u>$850</u>, $650, and $775 an hour respectively. The total blended rate for all legal work performed was $609 per hour. … I conclude that the hourly rates are reasonable.

10/6/15 Tr. at 14:24-15:14 (emphasis added).

    vi.    In *Hendricks v. StarKist Co.*, 2016 WL 5462423 (N.D. Cal. Sept. 29, 2016), the court concluded in its Order Granting

Final Approval of Settlement that Bursor & Fisher's rates were "reasonable":

> The Court has reviewed class counsel's time records and billing reports, and finds that the number of hours devoted to this case was reasonable. <u>The Court further finds that the billing rates used by class counsel to calculate the lodestar are reasonable and in line with prevailing rates in this District for personnel of comparable experience, skill, and reputation.</u>  (internal citations omitted; emphasis added).

97.     No court has ever cut my firm's fee application by a single dollar on the ground that our hourly rates were not reasonable.

98.     My firm undertook this representation on a wholly contingent basis recognizing that the risk of non-payment has been high throughout this litigation.  There were substantial uncertainties in the viability of this case as a class action, as well as substantial uncertainties in the merits of the underlying claims, and the ability to collect on any judgment that might be obtained. Although we believed the case to be meritorious, a realistic assessment shows that the risks inherent in the resolution of the liability issues, protracted litigation in this action as well as the probable appeals process, are great.

99.     Had we not resolved this matter through settlement, we would have vigorously prosecuted the case through class certification, summary judgment, trial, and appealed any determinations that may have been adverse to the Class's interests.  We were therefore at great risk for non-payment.  In addition, as described above, we have advanced significant expenses that would not have been reimbursed absent a successful result.

100.    The formal Settlement Agreement does not have a "clear sailing" provision.  The Settlement Agreement does permit Class Counsel to *request* up to $1,300,000 for our attorneys' fees, but Defendants are free to oppose this request.

101.    Due to the commitment of time and capital required to litigate this action, my firm had to forego significant other work in 2015 and 2016, including work for paying clients billed by the hour on a non-contingent basis, as well as other class action cases.

IV.    **THE CLASS REPRESENTATIVES' ROLE IN THIS LITIGATION**

102.    Pursuant to the Settlement Agreement, the Class Representatives are permitted to request approval of incentive awards totaling $25,000 for their service.

103.    Incentive awards for class representatives are common in class actions.  *See*, *e.g.*, *In re Online DVD-Rental Antitrust Litig.*, 779 F.3d 934, 943 (9th Cir. 2015); *Van Vranken v. Atl. Richfield Co.*, 901 F. Supp. 294, 299-300 (N.D. Cal. 1995) (incentive award of $50,000); *Glass v. UBS Fin. Servs.*, 2007 U.S. Dist. LEXIS 8476, at *51-52 (N.D. Cal. Jan. 26, 2007) (awarding $100,000 divided among four plaintiffs in overtime wages class action); *Harris v. Vector Mktg. Corp.*, 2012 U.S. Dist. LEXIS 13797 (N.D. Cal. Feb. 6, 2012) (awarding $12,500 service award); *Bond v. Ferguson Enters.*, 2011 U.S. Dist. LEXIS 77692 (E.D. Cal. July 18, 2011) (approving service awards of $11,250); *Trujillo v. City of Ontario*, 2009 U.S. Dist. LEXIS 79309 (C.D. Cal. Aug. 24, 2009) (approving service awards of $30,000).  Such awards compensate class representatives and others for costs in time, money, and the disruption of life incurred in the prosecution of the litigation.  They also serve to encourage future plaintiffs to come forward and vindicate the rights of other injured parties.

104.    Here, the involvement of the Class Representatives was critical to the prosecution of the case.  Throughout the litigation, the Class Representatives held regular meetings with Class Counsel to receive updates on the progress of the case and to discuss strategy.  They assisted in Class Counsel's pre-suit investigation by discussing their experiences and providing information regarding their purchase and use of the GTX 970 devices.  The Class Representatives assisted in drafting the Complaint, and they reviewed the Complaint for accuracy before it was filed.  Finally, the Class Representatives were intimately involved in the settlement process, and have continued to keep apprised of settlement progress to date.

105.    The Class Representatives also took time away from personal activities to initiate and litigate this action.  They were prepared to litigate this case to a verdict if necessary.  Their dedication and efforts have conferred a significant benefit on purchasers of GTX 970 devices across the United States.

106.    In my judgment, the participation of all 24 of the Class Representatives greatly enhanced this case's settlement value because there was a substantial risk that choice-of-law issues might have precluded nationwide certification, and required a state-by-state approach.  Having the Class Representatives standing by to represent statewide classes strengthened Class Counsel's hand in settlement negotiations, and enabled Class Counsel to persuade Defendants to contribute more money as part of the settlement.  In light of their contributions and efforts, I believe that the Court should approve the incentive awards requested for each of the Class Representatives, and provide additional amounts for those who provided additional efforts in connection with this action.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.  Executed on October 25, 2016 at Walnut Creek, California.

_____*/s/ L. Timothy Fisher*_____
L. Timothy Fisher

**EXHIBIT A**

# BURSOR & FISHER

P.A.

[www.bursor.com](http://www.bursor.com)

888 SEVENTH AVENUE
NEW YORK, NY 10019

1990 NORTH CALIFORNIA BLVD.
WALNUT CREEK, CA 94596

## FIRM RESUME

With offices in New York and California, BURSOR & FISHER lawyers have represented both plaintiffs and defendants in state and federal courts throughout the country.

The lawyers at our firm have an active civil trial practice, having won multi-million dollar verdicts or recoveries in five of five civil jury trials since 2008. Our most recent trial victory came in August 2013 in *Ayyad v. Sprint Spectrum L.P.*, in which Mr. Bursor served as lead trial counsel and won a jury verdict defeating Sprint's $1.06 billion counterclaim and securing the class's recovery of more than $275 million in cash and debt relief.

In *Thomas v. Global Vision Products, Inc. (II)*, we obtained a $50 million jury verdict in favor of a certified class of 150,000 purchasers of the Avacor Hair Regrowth System. The legal trade publication VerdictSearch reported that this was the second largest jury verdict in California in 2009, and the largest in any class action.

The lawyers at our firm have an active class action practice and have won numerous appointments as class counsel to represent millions of class members, including customers of Verizon Wireless, AT&T Wireless, Cingular Wireless, Sprint, T-Mobile, General Electric, Haier America, and Michaels Stores as well as purchasers of Avacor™, Xenadrine™, and Sensa™ products. Since 2014, our lawyers have certified four consumer classes pursuant to contested class certification motions (*see Ebin*, *Forcellati*, *In re EZ Seed Litig.*, and *Dei Rossi infra*). Since December 2010, Bursor & Fisher lawyers have been court-appointed Class Counsel or Interim Class Counsel in:

    i.    *O'Brien v. LG Electronics USA, Inc.* (D.N.J. Dec. 16, 2010) to represent a certified nationwide class of purchasers of LG French-door refrigerators,

    ii.    *Ramundo v. Michaels Stores, Inc.* (N.D. Ill. June 8, 2011) to represent a certified nationwide class of consumers who made in-store purchases at Michaels Stores using a debit or credit card and had their private financial information stolen as a result,

    iii.    *In re Haier Freezer Consumer Litig.* (N.D. Cal. Aug. 17, 2011) to represent a certified class of purchasers of mislabeled freezers from Haier America Trading, LLC,

    iv.    *Loreto v. Coast Cutlery Co.* (D.N.J. Sep. 8, 2011) to represent a certified nationwide class of purchasers of knives or tools made by Coast Cutlery,

    v.    *Rodriguez v. CitiMortgage, Inc.* (S.D.N.Y. Nov. 14, 2011) to represent a certified nationwide class of military personnel against CitiMortgage for illegal foreclosures,

vi. *Avram v. Samsung Electronics America, Inc., et al.* (D.N.J. Jan. 3, 2012), to represent a proposed nationwide class of purchasers of mislabeled refrigerators from Samsung Electronics America, Inc. and Lowe's Companies, Inc.,

vii. *Rossi v. The Procter & Gamble Co.* (D.N.J. Jan. 31, 2012), to represent a certified nationwide class of purchasers of Crest Sensitivity Treatment & Protection toothpaste,

viii. *Dzielak v. Whirlpool Corp. et al.* (D.N.J. Feb. 21, 2012), to represent a proposed nationwide class of purchasers of mislabeled Maytag Centennial washing machines from Whirlpool Corp., Sears, and other retailers,

ix. *In re Sensa Weight Loss Litig.* (N.D. Cal. Mar. 2, 2012), to represent a certified nationwide class of purchasers of Sensa weight loss products,

x. *In re Sinus Buster Products Consumer Litig.* (E.D.N.Y. Dec. 17, 2012) to represent a certified nationwide class of purchasers of Sinus Buster products,

xi. *Scott v. JPMorgan Chase & Co., et al.* (S.D.N.Y. May 30, 2013) to represent a proposed nationwide class of Chase customers who were allegedly unilaterally enrolled into Chase's Overdraft Protection service and charged unauthorized fees,

xii. *Podobedov v. Living Essentials, LLC* (C.D. Cal. Nov. 8, 2013) to represent a proposed nationwide class of purchasers of 5-hour Energy products,

xiii. *Ebin v. Kangadis Food Inc.* (S.D.N.Y. Feb. 25, 2014) to represent a certified nationwide class of purchasers of Capatriti 100% Pure Olive Oil,

xiv. *Forcellati v. Hyland's, Inc.* (C.D. Cal. Apr. 9, 2014) to represent a certified nationwide class of purchasers of children's homeopathic cold and flu remedies,

xv. *Ebin v. Kangadis Family Management LLC, et al.* (S.D.N.Y. Sept. 18, 2014) to represent a certified nationwide class of purchasers of Capatriti 100% Pure Olive Oil,

xvi. *In re Scotts EZ Seed Litig.* (S.D.N.Y. Jan. 26, 2015), to represent a certified class of purchasers of Scotts Turf Builder EZ Seed,

xvii. *Dei Rossi v. Whirlpool Corp., et al.* (E.D. Cal. Apr. 28, 2015), to represent a certified class of purchasers of mislabeled KitchenAid refrigerators from Whirlpool Corp., Best Buy, and other retailers,

xviii. *Hendricks v. StarKist Co.* (N.D. Cal. July 23, 2015) to represent a certified nationwide class of purchasers of StarKist tuna products,

xix. *In re NVIDIA GTX 970 Graphics Card Litig.* (N.D. Cal. May 8, 2015), to represent a proposed nationwide class of purchasers of NVIDIA GTX 970 graphics cards, and

xx. *Melgar v. Zicam LLC, et al.* (E.D. Cal. March 30, 2016) to represent a certified ten-jurisdiction class of purchasers of Zicam Pre-Cold products.

# SCOTT A. BURSOR

Mr. Bursor has an active civil trial practice, having won multi-million verdicts or recoveries in five of five civil jury trials since 2008.  Mr. Bursor's most recent victory came in August 2013 in *Ayyad v. Sprint Spectrum L.P.*, in which he served as lead trial counsel and won a jury verdict defeating Sprint's $1.06 billion counterclaim and securing the class's recovery of more than $275 million in cash and debt relief.

In *Thomas v. Global Vision Products, Inc.* (2009), the jury returned a $50 million verdict in favor of the plaintiff and class represented by Mr. Bursor.  The legal trade publication VerdictSearch reported that this was the second largest jury verdict in California in 2009.

Class actions are rarely tried to verdict.  Other than Mr. Bursor and his partner Mr. Fisher, we know of no lawyer that has tried more than one class action to a jury.  Mr. Bursor's perfect record of five wins in five class action jury trials, with recoveries ranging from $21 million to $299 million, is unmatched by any other lawyer.  Each of these victories was hard-fought against top trial lawyers from the biggest law firms in the United States.

Mr. Bursor graduated from the University of Texas Law School in 1996.  He served as Articles Editor of the Texas Law Review, and was a member of the Board of Advocates and Order of the Coif.  Prior to starting his own practice, Mr. Bursor was a litigation associate with Cravath, Swaine & Moore (1996-2000) and Chadbourne & Parke LLP (2001), where he represented large telecommunications, pharmaceutical, and technology companies in commercial litigation.

Mr. Bursor is a member of the state bars of New York, Florida, and California, as well as the bars of the United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Eleventh Circuit, United States District Courts for the Southern and Eastern Districts of New York, United States District Courts for the Northern, Central, Southern and Eastern Districts of California, and the United States District Courts for the Southern and Middle Districts of Florida.

## *Representative Cases*

Mr. Bursor was appointed lead or co-lead class counsel to the largest, 2nd largest, and 3rd largest classes ever certified.  Mr. Bursor has represented classes including more than 160 million class members, roughly 1 of every 2 Americans.  Listed below are recent cases that are representative of Mr. Bursor's practice:

Mr. Bursor negotiated and obtained court-approval for two landmark settlements in *Nguyen v. Verizon Wireless* and *Zill v. Sprint Spectrum* (the largest and 2nd largest classes ever certified).  These settlements required Verizon and Sprint to open their wireless networks to third-party devices and applications.  These settlements are believed to be the most significant legal development affecting the telecommunications industry since 1968, when the FCC's Carterfone decision similarly opened up AT&T's wireline telephone network.

Mr. Bursor was the lead trial lawyer in *Ayyad v. Sprint Spectrum, L.P.* representing a class of approximately 2 million California consumers who were charged an early termination fee under a Sprint cellphone contract, asserting claims that such fees were unlawful liquidated damages under the California Civil Code, as well as other statutory and common law claims. After a five-week combined bench-and-jury trial, the jury returned a verdict in June 2008 and the Court issued a Statement of Decision in December 2008 awarding the plaintiffs $299 million in cash and debt cancellation. Mr. Bursor served as lead trial counsel for this class again in 2013 during a month-long jury trial in which Sprint asserted a $1.06 billion counterclaim against the class. Mr. Bursor secured a verdict awarding Sprint only $18.4 million, the exact amount calculated by the class's damages expert. This award was less than 2% of the damages Sprint sought, less than 6% of the amount of the illegal termination fees Sprint charged to class members, and ensured that the class would recover in excess of $275 million.

Mr. Bursor was the lead trial lawyer in *White v. Cellco Partnership d/b/a Verizon Wireless* representing a class of approximately 1.4 million California consumers who were charged an early termination fee under a Verizon cellphone contract, asserting claims that such fees were unlawful liquidated damages under the California Civil Code, as well as other statutory and common law claims. In July 2008, after Mr. Bursor presented plaintiffs' case-in-chief, rested, then cross-examined Verizon's principal trial witness, Verizon agreed to settle the case for a $21 million cash payment and an injunction restricting Verizon's ability to impose early termination fees in future subscriber agreements.

Mr. Bursor was the lead trial lawyer in *Thomas v. Global Visions Products Inc.* Mr. Bursor represented a class of approximately 150,000 California consumers who had purchased the Avacor® hair regrowth system. In January 2008, after a four-week combined bench-and-jury trial. Mr. Bursor obtained a $37 million verdict for the class, which the Court later increased to $40 million.

Mr. Bursor was appointed class counsel and was elected chair of the Official Creditors' Committee in *In re Nutraquest Inc.*, a Chapter 11 bankruptcy case before Chief Judge Garrett E. Brown, Jr. (D.N.J.) involving 390 ephedra-related personal injury and/or wrongful death claims, two consumer class actions, four enforcement actions by governmental agencies, and multiple adversary proceedings related to the Chapter 11 case. Working closely with counsel for all parties and with two mediators, Judge Nicholas Politan (Ret.) and Judge Marina Corodemus (Ret.), the committee chaired by Mr. Bursor was able to settle or otherwise resolve every claim and reach a fully consensual Chapter 11 plan of reorganization, which Chief Judge Brown approved in late 2006. This settlement included a $12.8 million recovery to a nationwide class of consumers who alleged they were defrauded in connection with the purchase of Xenadrine® dietary supplement products.

Mr. Bursor was the lead trial lawyer in *In re: Pacific Bell Late Fee Litigation*. After filing the first class action challenging Pac Bell's late fees in April 2010, winning a contested motion to certify a statewide California class in January 2012, and defeating Pac Bell's motion for summary judgment in February 2013, Mr. Bursor obtained final approval of the $38 million class settlement. The settlement, which Mr. Bursor negotiated the night before opening statements were scheduled to commence, provides for a $20 million cash payment to provide

BURSOR&FISHER
P.A.

refunds to California customers who paid late fees on their Pac Bell wireline telephone accounts, and includes an injunction that will reduce late fee charges by $18.6 million over 28 months.

## L. TIMOTHY FISHER

Mr. Fisher has an active practice in consumer class actions and complex business litigation and has also successfully handled a large number of civil appeals.  Prior to founding Bursor & Fisher, P.A. in 2011, Mr. Fisher was an associate with Bramson, Plutzik, Mahler & Birkhaeuser, LLP in Walnut Creek, California for 13 years.  During his career, he has been actively involved in numerous cases that resulted in multi-million dollar recoveries for consumers and investors.  Mr. Fisher has handled cases involving a wide range of issues including nutritional labeling, health care, telecommunications, corporate governance, unfair business practices and consumer fraud.  With his partner Scott A. Bursor, Mr. Fisher has tried four class action jury trials, all of which produced successful results.  In the initial phase of *Thomas v. Global Vision Products*, the jury awarded the plaintiff class more than $36 million plus punitive damages, while the Court awarded a $40 million recovery on separate legal claims. In a subsequent phase of the trial against individual defendants, Mr. Fisher and Mr. Bursor obtained a jury award of $50,024,611 – the largest class action award in California in 2009 and the second-largest jury award of any kind.

Mr. Fisher was admitted to the State Bar of California in 1997.  He is also a member of the bars of the United States Court of Appeals for the Ninth Circuit and the United States District Courts for the Northern, Central, Southern and Eastern Districts of California.  Mr. Fisher taught appellate advocacy at John F. Kennedy University School of Law in 2003 and 2004.  Recently, Mr. Fisher contributed jury instructions, a verdict form, and comments to the consumer protection chapter of Justice Elizabeth A. Baron's *California Civil Jury Instruction Companion Handbook* (West 2010).  In 2014, Mr. Fisher was appointed to a four-year term as a member of the Standing Committee on Professional Conduct for the United States District Court for the Northern District of California.

Mr. Fisher received his Juris Doctor from Boalt Hall at the University of California at Berkeley in 1997.  While in law school, he was an active member of the Moot Court Board and participated in moot court competitions throughout the United States.  In 1994, Mr. Fisher received an award for Best Oral Argument in the first year moot court competition.  In 1992, Mr. Fisher graduated with highest honors from the University of California at Berkeley and received a degree in political science.  Prior to graduation, he authored an honors thesis for Professor Bruce Cain entitled "The Role of Minorities on the Los Angeles City Council."  He is also a member of Phi Beta Kappa.

### *Representative Cases*

- *Thomas v. Global Vision Products, Inc.* (Alameda County Superior Court) - Mr. Fisher litigated claims against Global Vision Products, Inc. and other individuals in connection with the sale and marketing of a purported hair loss remedy known as Avacor.  The case lasted more than seven years and involved two trials.  The first trial resulted in a verdict for plaintiff and the class in the amount of $40,000,000.  The second trial resulted in a jury verdict of $50,024,611, which led to a $30 million settlement for the class.

- *In re Cellphone Termination Fee Cases* - Handset Locking Actions (Alameda County Superior Court). Mr. Fisher actively worked on five coordinated cases challenging the secret locking of cell phone handsets by major wireless carriers to prevent consumers from activating them on competitive carriers' systems. Settlements have been approved in all five cases on terms that require the cell phone carriers to disclose their handset locks to consumers and to provide unlocking codes nationwide on reasonable terms and conditions. The settlements fundamentally changed the landscape for cell phone consumers regarding the locking and unlocking of cell phone handsets.

- *In re Cellphone Termination Fee Cases* - Early Termination Fee Cases (Alameda County Superior Court and Federal Communications Commission). In separate cases that are a part of the same coordinated litigation as the Handset Locking Cases, Mr. Fisher actively worked on claims challenging the validity under California law of early termination fees imposed by national cell phone carriers. In one of those cases, against Verizon Wireless, a nationwide settlement was reached after three weeks of trial in the amount of $21 million. In a second case, which was tried to verdict, the Court held after trial that the $73 million of flat early termination fees that Sprint had collected from California consumers over an eight-year period were void and unenforceable.

- *Guyette v. Viacom, Inc.* (Alameda County Superior Court) - Mr. Fisher was co-counsel for a class of cable television subscribers who alleged that the defendant had improperly failed to share certain tax refunds with its subscribers. A settlement was negotiated shortly before trial under which defendants paid the class $13 million in cash.

- *In re Haier Freezer Consumer Litigation* (Northern District of California) - Mr. Fisher filed the case in June 2011 and alleged that Haier had misrepresented the energy consumption of its HNCM070E freezer on the ENERGYGUIDE labels attached to the freezers. After two years of litigation, District Judge Edward J. Davila approved a nationwide settlement valued at $4 million, which provides for cash payments of between $50 and $325.80 to class members who purchased the Haier HNCM070E chest freezer.

### ***Selected Published Decisions***

- *In re Cellphone Termination Fee Cases*, 186 Cal.App.4th 1380 (2010)

- *In re Cellphone Termination Fee Cases*, 180 Cal.App.4th 1110 (2009)

- *Gatton v. T-Mobile USA, Inc.*, 152 Cal.App.4th 571 (2007)

## JOSEPH I. MARCHESE

Mr. Marchese is a Partner with Bursor & Fisher, P.A. Mr. Marchese focuses his practice on complex business litigation, consumer class actions, and employment law disputes. Prior to joining Bursor & Fisher, Mr. Marchese was an associate with DLA Piper and Shearman & Sterling where he litigated complex commercial matters on behalf of investment banks, pharmaceutical companies, insurance carriers, food manufacturers, and tobacco companies.

Mr. Marchese is admitted to the State Bar of New York and is a member of the bars of the United States District Courts for the Southern District of New York and the Eastern District of New York, as well as the United States Court of Appeals for the Second Circuit.

Mr. Marchese graduated from Boston University School of Law in 2002 where he was a Member of The Public Interest Law Journal.  In 1998, Mr. Marchese graduated with honors from Bucknell University where he earned a B.S.B.A.

### *Representative Cases*

- *Rossi v. The Procter & Gamble Co.* (District of New Jersey) – Mr. Marchese filed the first nationwide consumer class action lawsuit alleging Crest Sensitivity Treatment & Protection toothpaste ("CSTP") was not effective as advertised, and was essentially identical to an existing brand called Crest Pro-Health toothpaste, with only three differentiating features: (1) claims of rapid relief for tooth sensitivity on the product packaging; (2) a different coloring additive; and (3) a 75% price premium over Crest Pro-Health.  The plaintiff defeated defendant's motion to dismiss before negotiating a settlement with P&G.  District Judge Jose L. Linares granted final approval of the nationwide class settlement which provides class members with a monetary refund of at least $4.00 per tube of CSTP.

- *In Re Michaels Stores Pin Pad Litigation* (Northern District of Illinois) – Mr. Marchese filed the first nationwide consumer class action against Michaels Stores concerning a data breach that resulted in the unauthorized release of customers' financial data.  He actively litigated claims that Michaels failed to secure customer personal financial data appropriately, and failed to provide adequate notice to its customers whose information and funds were stolen as a result of the breach at 86 Michaels stores across the country.  After two years of litigation, District Judge Thomas M. Durkin approved a nationwide settlement that required Michaels to create a monetary fund from which class members could receive full reimbursement for monetary losses arising from the data breach.  Also, every settlement class member was entitled to credit monitoring services for early detection of identity theft and credit fraud.  As part of the settlement Michaels also verified that it had implemented strict new security measures to protect its customers from similar data breaches in the future.

- *Cox et al. v. Clarus Marketing Group, LLC et al.* (Southern District of California) – Mr. Marchese actively litigated claims for a nationwide class of online shoppers who made purchases on Provide-Commerce websites and who were deceptively enrolled in an online service, Freeshipping.com, for which they were charged unauthorized membership fees.  The plaintiffs alleged that they were secretly enrolled in a "Freeshipping" rewards program using the aggressive Internet marketing practice known as "data pass," where Provide-Commerce engaged in the unauthorized sharing and charging of customers' billing information with a third-party vendor.  After more than two years of litigation, District Judge Marilyn L. Huff approved a nationwide settlement valued at over $2.65 million, which included monetary reimbursement to settlement class members for their unauthorized membership charges.

- *Rodriguez v. Citimortgage, Inc.* (Southern District of New York) – Mr. Marchese filed a class action lawsuit on behalf of Sergeant Rodriguez and other active duty military servicemembers alleging the lender's foreclosure practices violated the Servicemembers Civil

Relief Act, a federal law that protects military servicemembers against foreclosures while they're serving on active duty. After two years of litigation, Judge Paul G. Gardephe approved a nationwide $38 million settlement. Under the settlement, each servicemember that suffered a foreclosure will recover $116,785, plus the amount of any lost equity in the foreclosed property, plus interest accrued on such lost equity calculated from the date of the foreclosure sale.

### *Selected Published Decisions*

- *In re Michaels Stores Pin Pad Litig.*, 830 F. Supp. 2d 518 (N.D. Ill. 2011) (denying motion to dismiss in data breach consumer class action)

- *Ebin v. Kangadis Food Inc.*, 297 F.R.D. 561 (S.D.N.Y. 2014) (certifying nationwide class of purchasers of purported "100% Pure Olive Oil" in false advertising consumer class action against edible oil distributor)

- *In re Scotts EZ Seed Litig.*, 304 F.R.D. 397 (S.D.N.Y. 2015) (certifying New York and California classes in false advertising case against grass seed manufacturer)

- *Weisblum, et al. v. ProPhase Labs, Inc., et al.*, No. 14-cv-3587. --- F. Supp. 3d ---, 2015 WL 738112 (S.D.N.Y. Feb. 20, 2015) (denying motion to dismiss in false advertising consumer class action against manufacturer of homeopathic cold medicine)

### JOSHUA D. ARISOHN

Joshua D. Arisohn is a partner with Bursor & Fisher, P.A. Mr. Arisohn focuses his practice on complex business litigation, consumer class actions, and terrorism-related matters. Prior to joining Bursor & Fisher, Mr. Arisohn was an associate at Dewey & LeBoeuf LLP and DLA Piper LLP where he litigated precedent-setting cases in the areas of mass torts, terrorism and commercial disputes. He participated in the first ever trial to take place under the Anti-Terrorism Act, a statute that affords U.S. citizens the right to assert federal claims for injuries arising out of acts of international terrorism.

Mr. Arisohn is admitted to the State Bar of New York and is a member of the bars of the United States District Courts for the Southern District of New York and the Eastern District of New York.

Mr. Arisohn received his Juris Doctor from Columbia University School of Law in 2006, where he was a Harlan Fiske Stone Scholar. In 2002, Mr. Arisohn received his B.A. from Cornell University.

### JOEL D. SMITH

Joel D. Smith is a partner with Bursor & Fisher, P.A. Mr. Smith's practice focuses on consumer class actions and complex litigation, and he has successfully handled appeals in state and federal courts across the nation. Prior to joining Bursor & Fisher, Mr. Smith practiced at Crowell & Moring in San Francisco, where he represented Fortune 500 companies, privately-held businesses, and public entities in commercial litigation and nationwide class actions. While

at Crowell & Moring, Mr. Smith litigated some of the firm's most high-profile matters, including several class actions alleging deceptive sales practices with respect to Apple iPhones and iPads, and a class action seeking to hold U.S. energy companies accountable for global warming.

Mr. Smith is admitted to the State Bar of California, as well as the United States Courts of Appeals for the Second, Third and Ninth Circuits, and the Northern, Central, Southern and Eastern Districts of California.

Mr. Smith received both his undergraduate and law degrees from the University of California at Berkeley.  While at Berkeley School of Law, he was a member of the California Law Review, received several academic honors, externed for the California Attorney General's office and published an article on climate change policy and litigation.

### SARAH N. WESTCOT

Sarah N. Westcot is an Associate with Bursor & Fisher, P.A.  Ms. Westcot focuses her practice on complex business litigation and consumer class actions.  Prior to joining Bursor & Fisher, Ms. Westcot litigated civil actions as an attorney with Bay Area Legal Aid in San Jose, CA.

Ms. Westcot served as trial counsel with Mr. Bursor in *Ayyad v. Sprint Spectrum L.P.*, and helped to win a jury verdict defeating Sprint's $1.06 billion counterclaim and securing the class's recovery of more than $275 million in cash and debt relief.

Ms. Westcot is admitted to the State Bar of California and is a member of the bars of the United States District Courts for the Northern, Central, Southern, and Eastern Districts of California.

Ms. Westcot received her Juris Doctor from the University of Notre Dame Law School in 2009.  During her third year of law school, Ms. Westcot worked as a law clerk with the local public defender's office representing juvenile clients in criminal hearings.  She graduated with honors from the University of Florida in 2005.

### NEAL J. DECKANT

Neal J. Deckant is an Associate with Bursor & Fisher, P.A.  Mr. Deckant focuses his practice on complex business litigation and consumer class actions.  Prior to joining Bursor & Fisher, Mr. Deckant counseled low-income homeowners facing foreclosure in East Boston.

Mr. Deckant is admitted to the State Bar of New York and is a member of the bars of the United States District Courts for the Southern District of New York and the Eastern District of New York.

Mr. Deckant received his Juris Doctor from Boston University School of Law in 2011, graduating *cum laude* with two Dean's Awards.  During law school, Mr. Deckant served as a Senior Articles Editor for the Review of Banking and Financial Law, where he authored two

published articles about securitization reforms.  In 2007, Mr. Deckant graduated with Honors from Brown University with a B.A. in East Asian Studies and Philosophy.

## YITZCHAK KOPEL

Yitzchak Kopel is an Associate with Bursor & Fisher, P.A. Mr. Kopel focuses his practice on complex business litigation and consumer class actions.

Mr. Kopel is admitted to the State Bars of New York and New Jersey and is a member of the bars of the United States District Courts for the Southern District of New York, Eastern District of New York, and District of New Jersey.

Mr. Kopel received his Juris Doctor from Brooklyn Law School in 2012, graduating *cum laude* with two Dean's Awards.  During law school, Mr. Kopel served as an Articles Editor for the Brooklyn Law Review and worked as a Law Clerk at Shearman & Sterling.  In 2009, Mr. Kopel graduated *cum laude* from Queens College with a B.A. in Accounting.

## ANNICK M. PERSINGER

Annick M. Persinger is an Associate with Bursor & Fisher, P.A. Ms. Persinger focuses her practice on complex business litigation and consumer class actions. Prior to joining Bursor & Fisher, Ms. Persinger worked as a legal research attorney for Judge John E. Munter in Complex Litigation at the San Francisco Superior Court.

Ms. Persinger is admitted to the State Bar of California and the bars of the United States District Courts for the Northern District of California, Central District of California, Southern District of California, and Eastern District of California.

Ms. Persinger received her Juris Doctor from University of California, Hastings College of the Law in 2010, graduating *magna cum laude*.  During law school, Ms. Persinger served as a member of Hastings Women's Law Journal, and authored two published articles.  In 2008, Ms. Persinger received an award for Best Oral Argument in the first year moot court competition.  In 2007, Ms. Persinger graduated *cum laude* from University of California, San Diego with a B.A. in Sociology, and minors in Law & Society and Psychology.

## FREDERICK J. KLORCZYK III

Frederick J. Klorczyk III is an Associate with Bursor & Fisher, P.A.  Mr. Klorczyk focuses his practice on complex business litigation and consumer class actions.

Mr. Klorczyk is admitted to the State Bars of New York and New Jersey and is a member of the bars of the United States District Courts for the Southern District of New York, Eastern District of New York, and District of New Jersey, and the United States Court of Appeals for the Second Circuit.

Mr. Klorczyk received his Juris Doctor from Brooklyn Law School in 2013, graduating *magna cum laude* with two CALI Awards for the highest grade in his classes on criminal law

and conflict of laws. During law school, Mr. Klorczyk served as an Associate Managing Editor for the Brooklyn Journal of Corporate, Financial and Commercial Law and as an intern to the Honorable Alison J. Nathan of the United States District Court for the Southern District of New York and the Honorable Janet Bond Arterton of the United States District Court for the District of Connecticut. In 2010, Mr. Klorczyk graduated from the University of Connecticut with a B.S. in Finance.

## YEREMEY O. KRIVOSHEY

Yeremey O. Krivoshey is an Associate with Bursor & Fisher, P.A. Mr. Krivoshey focuses his practice on complex business litigation and consumer class actions.

Mr. Krivoshey is admitted to the State Bar of California and is a member of the bars of the United States District Courts for the Northern, Central, Southern and Eastern Districts of California.

Mr. Krivoshey received his Juris Doctor from New York University School of Law in 2013, where he was a Samuel A. Herzog Scholar. During law school, Mr. Krivoshey worked as a Law Clerk at Vladeck, Waldman, Elias & Engelhard, P.C. Mr. Krivoshey also interned at the United States Department of Justice and the American Civil Liberties Union. In 2010, Mr. Krivoshey graduated *cum laude* from Vanderbilt University.

## PHILIP L. FRAIETTA

Philip L. Fraietta is an Associate with Bursor & Fisher, P.A. Mr. Fraietta focuses his practice on complex business litigation, consumer class actions, and employment law disputes.

Mr. Fraietta is admitted to the State Bars of New York and New Jersey, the bars of the United States District Courts for the Southern District of New York, Eastern District of New York, the District of New Jersey, and the United States Court of Appeals for the Second Circuit. Mr. Fraietta was a Summer Associate with Bursor & Fisher prior to joining the firm.

Mr. Fraietta received his Juris Doctor from Fordham University School of Law in 2014, graduating *cum laude*. During law school, Mr. Fraietta served as an Articles & Notes Editor for the Fordham Law Review, and published two articles. In addition, Mr. Fraietta received the Addison M. Metcalf Labor Law Prize for the highest grade in his graduating class in the Labor Law course, and received the highest grade in his Anti-Discrimination Law & Policy course. In 2011, Mr. Fraietta graduated *cum laude* from Fordham University with a B.A. in Economics.

## ASHER B. BUNDLIE

Asher B. Bundlie is a former Associate of Bursor & Fisher, P.A., where he focused his practice on complex business litigation and consumer class actions. Mr. Bundlie is currently an Associate at Pryor Cashman LLP, where he represents public and private companies in a variety of matters.

Mr. Bundlie is admitted to the State Bar of New York and the bar of the United States District Court for the Southern District of New York.  Mr. Bundlie received his Juris Doctor from New York University School of Law in 2011.  During law school, Mr. Bundlie served as an Articles Editor for the *Journal of Law and Business*.  Prior to attending law school, Mr. Bundlie graduated from the University of Wisconsin-Madison in 2005, where he was a William F. Vilas Scholar.

## JULIA A. LUSTER

Julia A. Luster is a former Associate of Bursor & Fisher, P.A., where she focused her practice on complex business litigation and consumer class actions.  Ms. Luster is currently an Associate at Seyfarth Shaw LLP where she represents payors in health care reimbursement disputes and provider fraud claims under state law and the Employee Retirement Income Security Act.

Ms. Luster is admitted to the State Bar of California and is a member of the bars of the United States District Courts for the Northern, Central, Southern, and Eastern Districts of California, as well as the United States Court of Appeals for the Ninth Circuit.

In 2013, Ms. Luster received her Juris Doctor from UC Davis School of Law.  While attending UC Davis, Ms. Luster externed with the Honorable Judge Arthur L. Alarcón of the United States Court of Appeals for the Ninth Circuit.  She was a Senior Articles Editor for the UC Davis Law Review and a top 10 oral advocate in appellate advocacy.  She also participated in the Moot Court interschool competition team.  Ms. Luster worked at both the UC Davis Prison Law Clinic and UC Davis Civil Rights Clinic.  While at the Civil Rights Clinic, she co-authored a Ninth Circuit brief for an appeal she subsequently argued and won.  Prior to law school, Ms. Luster received her B.A. in English from UCLA and her M.A. in English and Comparative Literature from Columbia University.

**EXHIBIT B**

## B & F HOURLY RATES

(As of 10/25/2016)

### 2016

| Timekeeper (Year of Bar Admission) (Title) | Hourly Rate |
|---|---|
| Scott A. Bursor (1997) (Partner) | $850.00 |
| L. Timothy Fisher (1997) (Partner) | $680.00 |
| Joseph I. Marchese (2002) (Partner) | $680.00 |
| Josh D. Arisohn (2007) (Partner) | $550.00 |
| Sarah N. Westcot (2009) (Associate) | $400.00 |
| Annick M. Persinger (2010) (Associate) | $390.00 |
| Neal J. Deckant (2011) (Associate) | $375.00 |
| Yitz Z. Kopel (2012) (Associate) | $350.00 |
| Yeremey O. Krivoshey (2013) (Associate) | $300.00 |
| Julia A. Luster (2013) (Associate) | $300.00 |
| Frederick J. Klorczyk (2014) (Associate) | $300.00 |
| Philip Fraietta (2015) (Associate) | $300.00 |
| Alec M. Leslie (Law Clerk) | $225.00 |
| Thomas A. Reyda (Law Clerk) | $225.00 |
| David L. Disler (Law Clerk) | $180.00 |
| Kevin S. Sciarani (Law Clerk) | $180.00 |
| Debbie L. Schroeder (Litigation Support Specialist) | $180.00 |
| Amanda L. Gonzales (Litigation Support Specialist) | $180.00 |
| Christine Patruno (Litigation Support Specialist) | $180.00 |
| Erin M. Wald (Litigation Support Specialist) | $180.00 |
| Rebecca S. Richter (Litigation Support Specialist) | $180.00 |
| Jared Hazlett (Litigation Support Specialist) | $180.00 |
| Sarah V. Glessner (Litigation Support Specialist) | $180.00 |
| Rachel I. Aldous (Litigation Support Specialist) | $180.00 |

# ATTORNEY TIME RECORDS
# SUBMITTED FOR *IN CAMERA* REVIEW ONLY

**EXHIBIT C**

| | | | Bursor & Fisher, P.A. -- NVIDIA Itemized Expenses |
|---|---|---|---|
| | | $1,581.37 | Filing, Court Reporter, & Witness Fees |
| | | $11,137.50 | Experts & Third Party Litigation Support Services |
| | | $103.57 | Catering & Meals |
| | | $204.80 | Duplication, Postage, & Supplies |
| | | $864.24 | Transportation & Lodging |
| | | **$13,891.48** | **Total Expenses** |

**Filing, Court Reporter, & Witness Fees**

| DATE | MATTER | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 2015.02.20 | NVIDIA | $400.00 | N.D. Cal. filing fees |
| 2015.03.30 | NVIDIA | $650.37 | First Legal - Service of complaint |
| 2015.06.01 | NVIDIA | $305.00 | N.D. Cal. pro hac fees |
| 2016.08.31 | NVIDIA | $226.00 | Law Offices of Clifford A. Cantor, P.C. - LTF pro hac fees in W.D. Wash. |
| | | **$1,581.37** | **Total Filing, Court Reporter, & Witness Fees** |

**Experts & Third Party Litigation Support**

| DATE | MATTER | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 2015.09.02 | NVIDIA | $8,000.00 | William Gervasi - Expert expense |
| 2016.02.01 | NVIDIA | $3,137.50 | JAMS expenses |
| | | **$11,137.50** | **Total Expert & Third Party Litigation Support Services** |

**Catering & Meals**

| DATE | MATTER | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 2015.06.25 | NVIDIA | $5.46 | Burger King - Meeting with defense counsel |
| 2015.10.08 | NVIDIA | $98.11 | Sofitel San Fran - Lunch meeting with co-counsel |
| | | **$103.57** | **Total Catering & Meals** |

**Duplication, Postage, & Supplies**

| DATE | MATTER | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 2015.03.23 | NVIDIA | $22.37 | Golden State Overnight - Courtesy copy of 23(g) motion |
| 2015.04.06 | NVIDIA | $23.59 | Golden State Overnight - Courtesy copy of scheduling stipulation |
| 2015.04.24 | NVIDIA | $22.57 | Golden State Overnight - Courtesy copy of Ostrowski 23(g) opposition |
| 2015.07.30 | NVIDIA | $67.67 | Delivery - Courtesy copy of FACC |
| 2016.01.07 | NVIDIA | $23.27 | Golden State Overnight - Courtesy copy of SACC |
| 2016.03.08 | NVIDIA | $23.16 | Golden State Overnight - Courtesy copy of scheduling stipulation |
| 2016.08.17 | NVIDIA | $22.17 | Golden State Overnight - Courtesy copy of KCC declaration |
| | | **$204.80** | **Total Duplication, Postage & Supplies** |

**Transportation & Lodging**

| DATE | MATTER | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 2015.02.17 | NVIDIA | $44.68 | NYC Taxi - Late work drafting complaint |
| 2015.02.19 | NVIDIA | $45.29 | NYC Taxi - Late work drafting complaint |
| 2015.02.20 | NVIDIA | $57.29 | NYC Taxi - Late work filing complaint |

| 2015.03.04 | NVIDIA | $49.24 | Yellow Cab - Late work drafting JPA |
| 2015.03.30 | NVIDIA | $44.12 | NYC Taxi - Late work preparing for telephonic conference call |
| 2015.05.08 | NVIDIA | $20.40 | BART - Travel for 23(g) hearing |
| 2015.06.04 | NVIDIA | $47.21 | NYC Taxi - Late work drafting FACC |
| 2015.06.05 | NVIDIA | $44.08 | NYC Taxi - Late work drafting FACC |
| 2015.06.08 | NVIDIA | $45.41 | NYC Taxi - Late work filing FACC |
| 2015.06.22 | NVIDIA | $45.41 | NYC Taxi - Late work finalizing discovery requests |
| 2015.07.30 | NVIDIA | $71.64 | LTF meetings with defense counsel and co-counsel |
| 2015.10.06 | NVIDIA | $48.41 | NYC Taxi - Late work researching benchmark data |
| 2015.10.21 | NVIDIA | $45.41 | NYC Taxi - Late work drafting SACC |
| 2015.11.17 | NVIDIA | $108.08 | LTF travel to and from meeting with defense counsel |
| 2015.11.20 | NVIDIA | $10.20 | BART - Travel for CMC |
| 2015.11.23 | NVIDIA | $44.81 | NYC Taxi - Late work revising SACC |
| 2016.07.12 | NVIDIA | $44.15 | NYC Taxi - Late work on settlement agreement |
| 2016.07.15 | NVIDIA | $48.41 | NYC Taxi - Late work on prelim. approval motion |
|  |  | **$864.24** | **Total Transportation** |

**EXHIBIT D**



$1 A WEEK for 12 WEEKS    SUBSCRIBE NOW
Subscribe | Log In

U.S. EDITION   Tuesday, April 9, 2013 As of 4:46 PM EDT



1 of 12                    2 of 12                    3 of 12                    4 of 12
IN BUSINESS
Eiji Toyoda, Driver     EA Taps Insider      'The Circle' Takes    New Touch for
of Global               Andrew Wilson as     Vengeance on          iPhone
Expansion, Dies at      CEO                  Google, Facebook
100

LAW   |   April 9, 2013, 4:48 p.m. ET

# On Sale: The $1,150-Per-Hour Lawyer

*Lawyer Fees Keep Growing, But Don't Believe Them. Clients Are Demanding, and Getting, Discounts*

| Article | Video | Stock Quotes | Comments (38) |

MORE IN LAW »

Email    Print

By JENNIFER SMITH

Top partners at leading U.S. law firms are charging more than ever before, yet those hourly rates aren't all they appear to be.



Top partners at leading U.S. law firms are charging more than ever — routinely $1,150 or more an hour — but after discounts and write-offs the nosebleed rates aren't all they appear to be. Jennifer Smith reports. Photo: Getty Images.

Having blown past the once-shocking price tag of $1,000 an hour, some sought-after deal, tax and trial lawyers are commanding hourly fees of $1,150 or more, according to an analysis of billing rates compiled from public filings.

But, as law firms boost their standard rates, many are softening the blow with widespread discounts and write-offs, meaning fewer clients are paying full freight. As a result, law firms on average are actually collecting fewer cents on the dollar, compared with their standard, or "rack," rates, than they have in years.

Think of hourly fees "as the equivalent of a sticker on the car at a dealership," said legal consultant Ward Bower, a principal at Altman Weil Inc. "It's the beginning of a negotiation....Law firms think they are setting the rates, but clients are the ones determining what they're going to pay."



Jarves Kaozinen

Star lawyers still can fetch a premium, and some of them won't budge on price. The number of partners billing $1,150-plus an hour has more than doubled since this time last year, according to Valeo Partners, a consulting firm that maintains a database of legal rates pulled from court filings and other publicly disclosed information. More than 320 lawyers in the firm's database billed at that level in the first quarter of 2013, up from 158 a year earlier.



see how Knobbe Martens wins again and again. ●

Knobbe | Martens
INTELLECTUAL PROPERTY LAW

THE NEW PORTFOLIO TOOL ON WSJ.COM:
THE ULTIMATE INVESTMENT TRACKER
AVAILABLE EXCLUSIVELY FOR SUBSCRIBERS
LEARN MORE
provided by LawAssets

### Don't Miss                                              [7]





Mossberg on Apple's     Shark Eats Shark in    Five False
New iPhones             Wild New Photo         Assumptions About
                                               The Rich

### More in Law

China's Baby-Milk Issues Flare Anew

### Popular Now                          What's This?



1   Where Job
    Growth Is Coming

Case 4:15-cv-00760-PJH   Document 140-1   Filed 10/25/16   Page 52 of 107

That gilded circle includes tax experts such as Christopher Roman of King & Spalding LLP and Todd Maynes of Kirkland & Ellis LLP, intellectual-property partner Nader A. Mousavi of Sullivan & Cromwell LLP, and deal lawyers such as Kenneth M. Schneider of Paul, Weiss, Rifkind, Wharton & Garrison LLP.

Those lawyers and their firms either declined to comment or didn't reply to requests for comment.

When corporate legal departments need a trusted hand to fend off a hostile takeover or win a critical court battle, few general counsels will nitpick over whether a key lawyer is charging $900 an hour or $1,150 an hour. But for legal matters where their future isn't on the line, companies are pushing for—and winning—significant price breaks.

"We almost always negotiate rates down from the rack rates," said Randal S. Milch, general counsel for phone giant Verizon Communications Inc. | VZ +0.29% | The result, he said, is a "not-insignificant discount."

For the bread-and-butter work that many big law firms rely on, haggling has become the norm. Many clients grew accustomed to pushing back on price during the recession and continue to demand discounts.

Some companies insist on budgets for their legal work. If a firm billing by the hour exceeds a set cap, lawyers may have to write off some of that time.

Other clients refuse to work with firms who don't discount, lopping anywhere from 10% to 30% off their standard rates. Some may grant rate increases to individual partners or associates they deem worthy. Another tactic: locking in prices with tailored multiyear agreements with formulas governing whether clients grant or refuse a requested rate increase.

In practical terms, that means the gap between law firms' sticker prices and the amount of money they actually bill and collect from their clients is wider than it has been in years.

According to data collected by Thomson Reuters Peer Monitor, big law firms raised their average standard rate by about 9.3% over the past three years. But they weren't able to keep up on the collection side, where the increase over the same period was just 6%. Firms that used to collect on average about 92 cents for every dollar of standard time their lawyers worked in 2007, before the economic downturn, now are getting less than 85 cents. "That's a historic low," said James Jones, a senior fellow at the Center for the Study of the Legal Profession at Georgetown Law.

To be sure, things have certainly picked up some since the recession, when some clients flat-out refused to pay rate increases.

In the first quarter of 2013, the 50 top-grossing U.S. law firms boosted their partner rates by as much as 5.7%, billing on average between $879 and $882 an hour, according to Valeo Partners. Rates for junior lawyers, whose labors have long been a profit engine for major law firms, jumped even more.

While some clients resisted using associate lawyers during the downturn, refusing to pay hundreds of dollars an hour for inexperienced first- or second-year attorneys, the largest U.S. law firms have managed to send the needle back up again. This year, for the first time, the average rate for associates with one to four years of experience rose to $500 an hour, according to Valeo.

The increases continue the upward trend of 2012, when legal fees in general rose 4.8% and associate billing rates rose by 7.4%, according to a coming report by TyMetrix Legal Analytics, a unit of Wolters Kluwer, | WKL.AE +0.95% | and CEB, a research and advisory-services company. Those numbers are based on legal-spending data from more than 17,000 law firms.



**2** Steps to Better Foot Health


**3** Opinion: The Power of 218


**4** Shooting Suspect Had Record of Gun Use


**5** Jetpacks Are Coming—From New Zealand

Show 5 More



ticketmaster

SAN FRANCISCO 49ers
NFL Ticket Exchange
Sold by Fans. Verified by Ticketmaster.

BUY TICKETS

Press Release Marketing
Effective Affordable Distribution. Attract New Clients Now. Learn How!
publicity.24-7pressrelease.com

SUPER PC Multiple Monitor
The Original Multi-Monitor Store! Buy Multi-Screen Computers & Displays
www.Multi-Monitors.com

world news cnn online
Improve Network Infrastructure. Expert Advice & Industry Trends.
techtarget.com/Network-Structure

Content from our Sponsors  [?]





HEBREW NATIONAL
A Southern Spin on Grilled Franks

DIVR.IT
Arroz con Pollo al Estilo Puertorriqueño

HCPLIVE
Kids with Neurological Disorders No More Likely to Get Flu Vaccine

Case 4:15-cv-00760-PJH   Document 140-1   Filed 10/25/16   Page 53 of 107

More than a dozen leaders at major law firms declined to discuss rate increases on the record, though some said privately that the increase in associate rates could be caused in part by step increases as junior lawyers gain in seniority.

Joe Sims, an antitrust partner at Jones Day, and former member of the firm's partnership committee, said clients don't mind paying for associates, as long as they feel they are getting their money's worth.

Sophisticated clients, he said, tend to focus on the overall price tag for legal work, not on individual rates. "They are more concerned about how many people are working on the project and the total cost of the project," Mr. Sims said. "Clients want value no matter who is on the job."

While a handful of elite lawyers have successfully staked out the high end—the deal teams at Wachtell, Lipton, Rosen & Katz, for example—legal experts say that client pressure to control legal spending means most law firms must be considerably more flexible on price.

"There will always be some 'bet the company' problem where a client will not quibble about rates," said Mr. Jones, the Georgetown fellow. "Unfortunately, from the law firms' standpoint, that represents a small percentage of the work."

**Write to** Jennifer Smith at jennifer.smith@wsj.com

JOIN THE DISCUSSION                                    MORE IN
**38 Comments, add yours »**                           **Law** »

Email    Print              Order Reprints

THE NEW PORTFOLIO TOOL ON WSJ.COM·
THE ULTIMATE INVESTMENT TRACKER
AVAILABLE EXCLUSIVELY FOR SUBSCRIBERS                    LEARN MORE

**OMVS Stock Pick Win**
Opportunities Abound with This Company--Invest Today, Free Info!
www.OnTheMoveSystems.com

**Mortgage Rates Hit 2.87%**
White House Program Cuts Up to $1k off Monthly Payments! (3.12% APR)
www.SeeRefinanceRates.com

**Warren Buffett Confesses**
Warren Buffetts Shocking Confession Will Change your Investing Strategy
www.MarketTrendSignal.com

**The End Of Obama?**
This looming scandal could ruin the 44th President and disrupt the...
StansberryResearch.com

**Don't Miss**

 Model Behavior
Storms Social Media

 Top Five Cars at the
Frankfurt Motor
Show

 How Gang Rape Is
Changing India's
Laws

Billionaire Builds
High-End Resort
Town in Swiss Alps

**You Might Like**

Woman Tries to Sell Daughter's Virginity

Jeep's new Wrangler makes a statement. You
might not want to hear it

**Content from our Sponsors**
What's this?

Immigrant Scientists Launch Braintrust -
Create 1000 American Jobs (Entrepreneur.com)

Living Together Before Marriage Stalls

Companies are increasingly choosing to generate their own power, delivering a jolt to utilities

Redbox's DVD-rental business is weaker than expected

Three Things Every Leader Should Do in a Meeting (The Inkjet Network)

Made in the west doesn't always work in asia (Singapore Sessions)

How Retailers Beat Amazon At Its Own Game: INFOGRAPHIC (Meet The Future of Retail)

The Worst Business Lawyer Habit: "Punchbowling" (Legal Productivity)

## Add a Comment
View All Comments (38)

JOURNAL COMMUNITY
Community rules

To add a comment please

**Log in**

**Create an Account**
Your real name is required
for commenting.

☐ Track replies to my comment

CLEAR        POST

$1 A WEEK for 12 WEEKS

WSJ SUBSCRIBER'S CONTENT PROVIDES:

• WSJ Portfolio a revolutionary investment tool that syncs and tracks all your investments

• Mobile Apps global news, in-depth analysis and real time quotes anytime anywhere

• WSJ Weekend Travel, real estate, personal finance and expanded lifestyle coverage

SUBSCRIBE NOW

### Editors' Picks











Antibiotics Losing Battle Against Bugs: Report

For TV Shows, It's a Seller's Market

Are You Ready for a Jetpack?

The 400 Richest Americans: Who's New on the List?

Steps to Better Foot Health

☐ ☐ ☐ ☐ ☐                    Subscribe / Login                    Back to Top

**Customer Service**
Customer Center
New! Live Help
Contact Us
WSJ Weekend
Contact Directory
Corrections

**Policy**
Privacy Policy
Data Policy
Copyright Policy
Subscriber Agreement
& Terms of Use
Your Ad Choices

**Advertise**
Advertise
Place a Classified Ad
Sell Your Home
Sell Your Business
Commercial Real Estate Ads
Recruitment & Career Ads
Franchising
Advertise Locally

**Tools & Features**
Apps
Newsletters and Alerts
Graphics & Photos
Columns
Topics
Guides
Portfolio
Old Portfolio

**More**
Register for Free
Reprints
Content Partnerships
Conferences
SafeHouse
Mobile Site
News Archive

Jobs at WSJ

Copyright ©2013 Dow Jones & Company, Inc. All Rights Reserved

**EXHIBIT E**

- Law.com Home
- Newswire
- LawJobs
- CLE Center
- LawCatalog
- Our Sites
- Advertise

An **ALM** Web site



- This Site
- Law.com Network
- Legal Web

Search the Legal Web    Go >>

- HOME
- THE AM LAW DAILY
- LITIGATION DAILY
- RANKINGS
- VIDEOS
- MAGAZINE
- ADVERTISE
- SUBSCRIBE
- FREE ACCESS
- CONTACT US
- Follow us

## THE AM LAW DAILY

- The Firms
- The Work
- The Score
- The Churn
- The Talent
- The Management
- The World
- The Life

## SURVEYS AND RANKINGS

- AM LAW 100
- AM LAW 200
- AM LAW TECH
- A-LIST
- GLOBAL 100
- CORPORATE SCORECARD
- DEALMAKERS OF
  THE YEAR
- MIDLEVEL ASSOCIATES SURVEY
- SUMMER ASSOCIATES SURVEY
- DIVERSITY SCORECARD
- PRO BONO SCORECARD
- LITIGATION DEPARTMENT OF
  THE YEAR
- LATERALS REPORT
- LAW FIRM LEADERS
- Lifetime Achievers
- Legal Intelligence
- WOMEN PARTNER WATCH

## MAGAZINE

- Current Issue
- Previous Issue
- Search Archive

## SPECIAL REPORTS

- Intellectual Property
- Labor & Employment
- LITIGATION
- FOCUS EUROPE
- ASIAN LAWYER
- STUDENT EDITION

## VIDEOS

## Bookstore

## Legal Recruiters
## Digital Edition

## Hall of Fame

## ALM EVENTS

## SUBSCRIBE

## ADVERTISE

## ABOUT US

## FEATURED SPONSORS

## LAW.COM NETWORK

- Sites
- Jobs
- Verdicts
- LawCatalog
- Experts
- Online CLE
- Legal Intelligence
- Events
- Resources
- Law Firm Papers
- Court Reporters
- Legal Dictionary
- Legal Blogs

## The Firms

April 16, 2012 5:20 PM

### When It Comes to Billing, Latest Rate Report Shows the Rich Keep Getting Richer

Posted by Sara Randazzo

Hourly rates just keep rising—and the best-paid lawyers are raising their rates faster than everyone else.

Those are two of the key findings contained in the 2012 Real Rate Report, an analysis of $7.6 billion in legal bills paid by corporations over a five-year period ending in December 2011. The report, released Monday, is the second such collaboration between TyMetrix, a company that manages and audits

legal bills for corporate legal departments, and the Corporate Executive Board.

Many of the new rate report's findings echo those contained in the 2010 study, including the fact that rates keep going up, almost across the board, and that the cost of a given matter can vary dramatically depending on a law firm's size and location and its relationship with a particular client.

At the same time, this year's study shows that the legal sector is becoming increasingly bifurcated, with top firms raising rates faster than those at the bottom of the market and large firms charging a premium price based purely on their size.

"What it's really showing is that there's an increased premium being paid for experience and expertise," says Julie Peck, vice president of strategy and market development at TyMetrix. "Some parts of the lawyer market are able to raise rates much more quickly, and are more impervious to economic forces then others."

To compile the current rate report, TyMetrix received permission from its clients to examine legal fees billed to 62 companies across 17 industries including energy, finance, retail, technology, insurance, and health care. The bills, which represent the amount actually paid by the companies in question rather than the amount initially charged, came from more than 4,000 firms in 84 metropolitan areas around the country. Every firm on the 2011 Am Law 100 is represented in the data.

The report's key data points include:

**A Widening Gap:** Hourly rates charged by lawyers in the legal sector's upper echelon grew faster between 2009 and 2011 than those charged by lawyers toiling on the lower rungs. Particularly striking was the jump in associate rates billed by those falling in the report's top quartile: 18 percent on average, to just over $600 per hour. Rates billed by top quartile partners, meanwhile, rose 8 percent, to just under $900 per hour. In the bottom quartile, associate rates rose 4 percent and partner rates rose 3 percent during the same period.

**The Recession's (Minor) Toll:** Even amid the economic downturn, the cost of an hour of a lawyer's time continued to rise faster than key measures of inflation. That said, the legal industry wasn't completely immune to the broader economy's slowdown. After rising 8.2 percent between 2007 and 2008, hourly rates rose just 2.3 percent in 2009. Law firms bounced back a bit last year, with rates climbing 5.1 percent, to an average of $530 an hour.

**Location Counts:** Not surprisingly, lawyers working in major metropolitan areas—where, as the rate report notes, rents are typically higher—are the priciest. An address in Boston, Chicago, Los Angeles, San Francisco, or Washington, D.C., alone adds about $161 to the hourly rate charged by an individual lawyer. Those six cities and Baltimore, Houston, Philadelphia, and San Jose are the ten U.S. markets with the highest hourly rates. With an average partner rate topping $700 per hour and average associate rate of more than $450 per hour, New York is the most expensive market in the country. The least expensive? Riverside, California, where the average partner bills at under $250 per hour and associates bill at just over $300 an hour.

**In the Minority:** A small group of lawyers—12 percent—bucked the trend toward higher fees and actually lowered rates between 2009 to 2011—and 3 percent trimmed rates by $50 or more per hour. (Most of those in the rate-cutting camp were based outside the big six markets identified above.) At the other end of the spectrum, 52 percent of lawyers increased rates by between $25 and $200 or more per hour. Another 18 percent increased rates by less than $25 per hour, and the final 18 percent held rates steady.

**First-Year Blues:** Even before the recession hit, clients balked at paying for what they considered on-the-job training for first-year associates. The latest rate report is likely to reinforce that reluctance, given its finding that using entry-level lawyers adds as much as 20 percent to the cost of a legal matter. The report offers evidence that firms may be accommodating clients on this front: The percentage of bills attributed to entry-level associates dropped from 7 percent in 2009 to 2.9 percent last year.

**Ties That Bind:** The more work one firm handles for a client—and the longer the client relationship extends—the higher the average rate the firm charges. For companies that paid one firm $10 million or more in a single year, the average hourly rate paid was $553 in 2011. By comparison, clients that limited their spending on an individual firm to $500,000 paid that firm an average of $319 per hour.

**Four-Digit Frontier:** Data has consistently shown that many lawyers hesitate to charge more than $1,000 an hour, and in 2011 just under 3 percent of the lawyers covered by the rate report had broken that barrier. Of those, the vast majority were working in the six main legal markets identified above and 60 percent of the time, they billed in increments of one hour or less.

**Playing Favorites:** Across all practice areas, 90 percent of lawyers charged different clients different rates for similar types of work. (The figure for mergers and acquisitions lawyers was 100 percent.) The differences from client to client can be extreme, and were even more pronounced in the current report than in the 2010 edition. Rates charged by intellectual property specialists, for instance, had a median variance of 23.1 percent, while lawyers doing commercial and contract work showed a 18.7 percent median difference.

**Who's Doing What?** A closer look at law firm bills for work performed on litigation and intellectual property assignments shows that the kind of timekeeper billing on a matter varies by practice type. On patent matters, the report shows, 47 percent of hours billed on average are attributed to paralegals, and 37 percent by partners. By comparison, paralegals account for just 8 percent of the work done on labor and employment litigation hours, while partners handle 45 percent.

Make a comment

Comments (1)
Save & Share: Facebook | Del.ic.ious | Digg It | Email |

Reprints & Permissions

## Comments

Report offensive comments to The Am Law Daily.

The Big Law law firm is a dinosaur - a dieing species. This kind of self-interested greed will ultimately kill the beast.

Comment By Publicus - April 17, 2012 at 11:50 AM

**Verify your Comment**

**Previewing your Comment**

Posted by: |

This is only a preview. Your comment has not yet been posted.

Post   Edit

Your comment could not be posted. Error type:
Your comment has been saved. Comments are moderated and will not appear until approved by the author. Post another comment

The letters and numbers you entered did not match the image. Please try again.

As a final step before posting your comment, enter the letters and numbers you see in the image below. This prevents automated programs from posting comments.

Having trouble reading this image? View an alternate.

Continue

**Post a comment**

If you have a TypeKey or TypePad account, please Sign In

Name:

Email Address:(Not displayed with comment.)

URL:

☐ Remember personal info?

Comments:

Preview   Post



theamlawdaily@alm.com

Popular Pages Today

1. When It Comes to Billing, Latest Rate Report Shows the Rich Keep Getting Richer  28.88%
2. Dewey Losses Accelerate; Nine More New York Partners Head to the Exits  21.67%
3. Latest Dewey Losses Span the Globe, Push 2012 Departure Figure Above 60  16.61%
4. The Am Law Daily  8.49%
5. Nine IP Litigators Jump from Duane Morris to Cozen  6.57%
6. The Am Law Daily  5.54%
7. O'Melveny Adds Top Capital Markets Partner from Shearman in New York  4.50%
8. With St. Louis Firm Fading, Show Me State Rivals Eye Possible Hires  3.88%
9. Which Firms Are Cashing in on Dewey Departures?  2.26%
10. Paul Weiss Takes Lead on Two Private Equity Deals  2.17%

**EXHIBIT F**

Top Billers - The Wall Street Journal Online - Interactive Graphics        http://online.wsj.com/public/resources/documents/st_TOPRATE0222_20...

More | News, Quotes, Companies, Video | SEARCH |

Friday, February 25, 2011 As of 9:34 AM PST

Today's Paper   Columns   Blogs   Topics   Journal Community

Home   World   U.S.   New York   Business   Markets   Tech   Personal Finance   Life & Culture   Opinion   Careers   Real Estate

Small Business

FEBRUARY 23, 2011

# Top Billers

Top attorneys in the U.S. are asking for as much as $1,250 an hour, according to recent court filings, significantly more than in previous years, as they take advantage of big clients willing to pay top dollar even amid the downturn. The move is contributing to price inflation across the struggling $100 billion global corporate law firm industry, where lawyers often study rival attorney fee filings in bankruptcy cases. See which attorneys had some of the highest-known hourly rates in 2010 and 2009. Click on column headers to sort.

<< first   < prev   1   2   3   next >   last >>

| Name | Firm | Practice Area 1 | Practice Area 2 | Practice Area 3 | Hourly Rate | Case Name | Date |
|---|---|---|---|---|---|---|---|
| Radke, Kirk A. | Kirkland & Ellis LLP | Corporate | | | $1,250 | Reader's Digest Association Inc | 2010 |
| Taplin, Ian | Kirkland & Ellis LLP | Tax | | | $1,220 | Visteon Corp. | 2010 |
| Schmidt, Gerhard | Weil Gotshal | Finance | Corporate | Mergers and Acquisition | $1,165 | Aleris International | 2010 |
| Gon, Michele Y.L. | Baker McKenzie | Real Estate | Mergers and Acquisition | Intellectual Property | $1,163 | Metro-Goldwyn-Mayer Liquidation Company | 2010 |
| Shuster, Andrew | Cleary Gottlieb | Bankruptcy | | | $1,160 | Truvo | 2010 |
| McDonald, Michael | Cleary Gottlieb | Corporate | Mergers and Acquisition | | $1,160 | Truvo | 2010 |
| Vandermeersch, Dirk | Cleary Gottlieb | Environmental Litigation | Litigation | | $1,130 | Truvo | 2010 |
| Reding, Jacques | Cleary Gottlieb | Bankruptcy | Mergers and Acquisition | Equities | $1,130 | Truvo | 2010 |
| McArdle, Wayne P. | Gibson Dunn | Corporate | | | $1,110 | Lehman Brothers Holding Inc | 2010 |
| DuBois, Pierre-Andre | Kirkland & Ellis LLP | Intellectual Property | | | $1,105 | Reader's Digest Association Inc | 2010 |
| Scheler, Brad | Fried Frank | Bankruptcy | | | $1,100 | Stations Casinos | 2010 |
| Lewin-Smith, Guy | Debevoise & Plimpton LLP | Corporate | | | $1,080 | MIG Inc | 2010 |
| Brown, Michael | Jones Day | Finance | Litigation | Regulatory | $1,075 | Lehman Brothers Holding Inc | 2010 |
| Coffey, Lee | Jones Day | Litigation | International Law | Energy | $1,075 | Lehman Brothers Holding Inc | 2010 |
| Stueck, Barnaby C. | Jones Day | Bankruptcy | | | $1,075 | Lehman Brothers Holding Inc | 2010 |
| Kertan, Michel A. | Gibson Dunn | Litigation | | | $1,075 | Almatis | 2010 |
| Brockway, David | Bingham McCutchen | Corporate | | | $1,065 | Lehman Brothers Holding Inc | 2010 |
| Magee, John B. | Bingham McCutchen | Tax | | | $1,065 | Lehman Brothers Holding Inc | 2010 |
| Nelson, William F. | Bingham McCutchen | Tax | | | $1,065 | Lehman Brothers Holding Inc | 2010 |
| Pisillo, Bernie | Shearman & Sterling LLP | Tax | | | $1,065 | Worldspace | 2010 |
| Meyerson, Lee | Simpson Thacher | Capital Markets | Mergers and Acquisition | | $1,050 | Washington Mutual | 2010 |
| Neogos, Peter | Milbank Tweed | Finance | | | $1,050 | Sea Launch Company | 2010 |
| Clayton, Lewis | Paul Weiss | Intellectual Property | | | $1,050 | SP Wind Down Inc | 2010 |
| Flader, Robert | Paul Weiss | Labor and Employment | | | $1,050 | SP Wind Down Inc | 2010 |
| Rothenberg, Peter | Paul Weiss | Corporate | Tax | | $1,050 | SP Wind Down Inc | 2010 |
| Baronsky, Kenneth J. | Milbank Tweed | Bankruptcy | Mergers and Acquisition | Securities Litigation | $1,050 | Stations Casinos | 2010 |
| Palmer, Deryck A. | Cadwalader | Finance | Bankruptcy | Mergers and Acquisition | $1,050 | Lyondell Chemical Company | 2010 |
| Aronzon, Paul | Milbank Tweed | Bankruptcy | | | $1,050 | Lehman Brothers Holding Inc | 2010 |

Top Billers - The Wall Street Journal Online - Interactive Graphics         http://online.wsj.com/public/resources/documents/st_TOPRATE0222_20...

| Name | Firm | Practice Area 1 | Practice Area 2 | Practice Area 3 | Hourly Rate | Case Name | Date |
|------|------|-----------------|-----------------|-----------------|-------------|-----------|------|
| Brej, Gregory | Milbank Tweed | Bankruptcy | | | $1,050 | Midway Games Inc | 2010 |
| Dunne, Dennis | Milbank Tweed | Bankruptcy | | | $1,050 | Lehman Brothers Holding Inc | 2010 |
| Schiff, Kenneth E. | Weil Gotshal | Mergers and Acquisitions | | | $1,030 | Extended Stay Inc | 2010 |
| Kar, Partha | Kirkland & Ellis LLP | Bankruptcy | | | $1,000 | Reader's Digest Association Inc | 2010 |
| Budd, Thomas M. | Gibson Dunn | Finance | | | $1,027 | Lehman Brothers Holding Inc | 2010 |
| Moore, Robert Jay | Milbank Tweed | Bankruptcy | | | $1,025 | Calm Jumper | 2010 |
| Dakin-Grimm, Linda | Milbank Tweed | Litigation | | | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Davis, Trayton M. | Milbank Tweed | Finance | Bankruptcy | Investment Funds Litigation | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Grushkin, Jay D. | Milbank Tweed | International Law | Finance | Transportation | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Heler, David S. | Lehman Watkins | Bankruptcy | | | $1,025 | In re: NEC Holdings Corp. | 2010 |
| Hirschfeld, Michael | Milbank Tweed | Tax | Real Estate | Finance | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Magold, Rainer | Milbank Tweed | Finance | | | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Tomback, Andrew E. | Milbank Tweed | Litigation | Finance | | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Sharp, Richard | Milbank Tweed | Litigation | | | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Clowry, Keit J.K. | Paul Hastings | Corporate | | | $1,021 | Lehman Brothers Holding Inc | 2010 |
| Eagan, Mark J. | Paul Hastings | Real Estate | | | $1,021 | Lehman Brothers Holding Inc | 2010 |
| O'Sullivan, Ronan P. | Paul Hastings | Corporate | Real Estate | | $1,021 | Lehman Brothers Holding Inc | 2010 |
| Lincer, Richard S. | Cleary Gottlieb | Corporate | Finance | Mergers and Acquisition | $1,020 | Truvo | 2010 |
| Duncan, James A. | Cleary Gottlieb | Finance | Tax | | $1,020 | Truvo | 2010 |
| Peassie, James | Cleary Gottlieb | Tax | | | $1,020 | Truvo | 2010 |
| Gorin, William F. | Cleary Gottlieb | Corporate | Government | Capital Markets | $1,020 | Truvo | 2010 |
| Moloney, Thomas J. | Cleary Gottlieb | Bankruptcy | Litigation | Finance | $1,020 | Truvo | 2010 |

<< first   < prev   1 | 2 | 3 |   next >   last >>

*Source: Valeo partners, Washington, D.C. Notes: Based on recent filings in a range of bankruptcy cases. Some lawyers may have standard hourly rates above what they charged in these cases.*

(See correction.)
Write to the Online Journal's editors at newseditors@wsj.com
Return To Top

**WSJ.com Account:**
My Account
Subscriber. Billing Info

**Create an Account:**
Register for Free
Subscribe Now

**Help & Information Center:**
Help
Customer Service
Contact Us
New on WSJ.com
Tour the new Journal

**About:**
News Licensing
Advertising
Advertise Locally
Conferences
About Dow Jones
Privacy Policy - Updated
Subscriber Agreement &
Terms of Use - Updated
Copyright Policy
Jobs at WSJ.com

**WSJ.com:**
Site Map
Home
World
U.S.
New York
Business
Markets
Market Data
Tech
Personal Finance
Life & Style
Opinion
Autos
Careers
Real Estate
Small Business
Student Journal
Corrections

**Tools & Formats:**
Today's Paper
Video Center
Graphics
Columns
Blogs
Topics
Guides
Alerts
Newsletters
Mobile
Tablet Edition
Podcasts
RSS Feeds
Journal Community
WSJ on Twitter
WSJ on Facebook
WSJ on Foursquare
My Journal

**Digital Network**
WSJ.com
Marketwatch.com
Barrons.com
SmartMoney.com
AllThingsD.com
FINS: Finance, IT Jobs, Sales Jobs
BigCharts.com
Virtual Stock Exchange
WSJ Radio
ProfessorJournal.com
WSJ U.S. Edition
WSJ Asia Edition
WSJ Europe Edition
WSJ India Page
Foreign Language Editions:

Top Billers - The Wall Street Journal Online - Interactive Graphics        http://online.wsj.com/public/resources/documents/st_TOPRATE0222_20...

More | News, Quotes, Companies, Video | SEARCH |

Friday, February 25, 2011 As of 9:34 AM PST

Today's Paper · Columns · Blogs · Topics · Journal Community

Home · World · U.S. · New York · Business · Markets · Tech · Personal Finance · Life & Culture · Opinion · Careers · Real Estate
Small Business

FEBRUARY 23, 2011

# Top Billers

Top attorneys in the U.S. are asking for as much as $1,250 an hour, according to recent court filings, significantly more than in previous years, as they take advantage of big clients willing to pay top dollar even amid the downturn. The move is contributing to price inflation across the struggling $100 billion global corporate law firm industry, where lawyers often study rival attorney fee filings in bankruptcy cases. See which attorneys had some of the highest-known hourly rates in 2010 and 2009. Click on column headers to sort.

<< first  < prev  | 1 | 2 | 3 |  next >  last >>

| Name | Firm | Practice Area 1 | Practice Area 2 | Practice Area 3 | Hourly Rate | Case Name | Date |
|------|------|-----------------|-----------------|-----------------|-------------|-----------|------|
| Aleksander, Nicholas P.S. | Gibson Dunn | Tax | | | $1,018 | Lehman Brothers Holding Inc | 2010 |
| Rocher, Philip | Gibson Dunn | Litigation | | | $1,018 | Lehman Brothers Holding Inc | 2010 |
| Thomas, Andrew S.V. | Gibson Dunn | Corporate | | | $1,018 | Lehman Brothers Holding Inc | 2010 |
| Blyth, Mark | Linklaters | Litigation | | | $1,016 | Nortel Networks | 2010 |
| Cox, Tim | Linklaters | Corporate | | | $1,016 | Nortel Networks | 2010 |
| Sacholy, Neel V. | Kirkland & Ellis LLP | Corporate | | | $1,015 | Visteon Corp. | 2010 |
| Mayo, David | Paul Weiss | Tax | | | $1,015 | BP Wind Down Inc | 2010 |
| Cohen, Joel | Gibson Dunn | Bankruptcy | | | $1,014 | Almatis | 2010 |
| Sullivan, Peter | Gibson Dunn | Intellectual Property | Litigation | | $1,014 | Almatis | 2010 |
| Trinklein, Jeffrey | Gibson Dunn | Tax | Employee Benefits | Energy | $1,014 | Almatis | 2010 |
| Vance, Janet L. | Gibson Dunn | Finance | Corporate | | $1,014 | Almatis | 2010 |
| Buttone, Steven P. | Gibson Dunn | Energy | Corporate | Finance | $1,008 | Almatis | 2010 |
| Jowitt, Justin S. | Paul Hastings | Finance | | | $1,000 | Lehman Brothers Holding Inc | 2010 |
| Ganter, Fred R. | Dewey LeBoeuf LLP | Finance | Tax | Corporate | $1000 | Ambac | 2010 |
| Vyskocil, Mary Kay | Simpson Thacher | Insurance | Litigation | | $1000 | Washington Mutual | 2010 |
| Brown, Alvin | Simpson Thacher | Employee Benefits | Executive Compensation | | $1000 | American Safety Razor Company | 2010 |
| Etherton, Joanne | Weil Gotshal | Mergers and Acquisitions | | | $1000 | Lehman Brothers Holding Inc | 2010 |
| McCahill, Dominic T. | Weil Gotshal | Bankruptcy | | | $1000 | Lehman Brothers Holding Inc | 2010 |
| Tringali, Joseph F. | Simpson Thacher | Litigation | Antitrust | Intellectual Property | $1000 | American Safety Razor Company | 2010 |
| Franches, Michael | Weil Gotshal | Mergers and Acquisitions | | | $1000 | Lehman Brothers Holding Inc | 2010 |
| Keller, Andy | Weil Gotshal | Corporate | Energy | | $1000 | Lehman Brothers Holding Inc | 2010 |
| Nave, Douglas | Weil Gotshal | Antitrust | Finance | Mergers and Acquisition | $1000 | Motors Liquidation Company | 2010 |
| Norwood, Andrew N. | Weil Gotshal | Finance | | | $1000 | Lehman Brothers Holding Inc | 2010 |
| Ostrager, Barry R. | Simpson Thacher | Litigation | | | $1000 | Washington Mutual | 2010 |
| Harspool, Anthony | Weil Gotshal | Bankruptcy | | | $1000 | Lehman Brothers Holding Inc | 2010 |
| Kelly, Jacky | Weil Gotshal | Bankruptcy | Finance | | $1000 | Lehman Brothers Holding Inc | 2010 |
| Nicklin, Michael | Weil Gotshal | Bankruptcy | Finance | Equities | $1000 | Lehman Brothers Holding Inc | 2010 |
| Shankland, Matthew | Weil Gotshal | Alternative Dispute Resolution | | | $1000 | Lehman Brothers Holding Inc | 2010 |
| Martin, Seifan | Allen & Overy LLP | Labor and Employment | | | $1,152 | BearingPoint | 2009 |

Top Billers - The Wall Street Journal Online - Interactive Graphics          http://online.wsj.com/public/resources/documents/st_TOPRATE0222_20...

Case4:94-cv-02307-CW   Document1850-2   Filed03/04/11   Page34 of 37

| Name | Firm | Practice Area 1 | Practice Area 2 | Practice Area 3 | Hourly Rate | Case Name | Date |
|---|---|---|---|---|---|---|---|
| Huber, John J. | Latham Watkins | Capital Market | | | $1,120 | Aviza Technology | 2009 |
| Reynolds, Michael | Allen & Overy LLP | Mergers and Acquisitions | | | $1,111 | Chemtura Corp. | 2009 |
| Nonley, Lyndon E. | Kirkland & Ellis LLP | Bankruptcy | | | $1,110 | Chemtura Corp. | 2009 |
| Nonley, Lyndon E. | Kirkland & Ellis LLP | Bankruptcy | | | $1,100 | Reader's Digest Association Inc | 2009 |
| Reiss, John M. | White & Case | Mergers and Acquisitions | Equities | | $1,100 | Heartland Automotive Holdings | 2009 |
| Gillespie, Stephen | Kirkland & Ellis LLP | Corporate | | | $1,080 | Chemtura Corp. | 2009 |
| Nakata, Nobuo | Allen & Overy LLP | Corporate | | | $1,077 | BearingPoint | 2009 |
| Brown, Stephen | Latham Watkins | Employee Benefits | | | $1,065 | Aviza Technology | 2009 |
| Chandis, Kenneth D. C. | Latham Watkins | Mergers and Acquisitions | | | $1,065 | Aviza Technology | 2009 |
| Finn, Sean | Latham Watkins | Tax | | | $1,065 | Aviza Technology | 2009 |
| Safran, Lawrence | Latham Watkins | Finance | | | $1,065 | Aviza Technology | 2009 |
| Verburg, Leonard | Allen & Overy LLP | Labor and Employment | | | $1,065 | BearingPoint | 2009 |
| Lee-Lim, Jiyeon | Latham Watkins | International Law | Tax | | $1,065 | Spansion | 2009 |
| Pistilo, Bernie | Shearman & Sterling LLP | Tax | | | $1,065 | Worldspace | 2009 |
| Salder, Michael A. | Latham Watkins | Bankruptcy | | | $1,065 | Spansion | 2009 |
| Bolkkemann, Christiaan | Allen & Overy LLP | Corporate | | | $1,052 | BearingPoint | 2009 |
| Pohl, Timothy | Skadden | Bankruptcy | Litigation | | $1,050 | Verasun Energy Corporation | 2009 |
| Lauris, Thomas | White & Case | Bankruptcy | | | $1,050 | Global Safety Textiles | 2009 |
| Mulaney, Charles W. | Skadden | Mergers and Acquisitions | | | $1,050 | Hartmarx | 2009 |
| Rosen, Mathew A. | Skadden | Tax | | | $1,050 | Hartmarx | 2009 |
| Zirinsky, Bruce | Cadwalader | Bankruptcy | | | $1,050 | TH Agriculture | 2009 |

<<first  < prev  1  2  3  next>  last>>

Source: Valeo partners, Washington, D.C. Notes: Based on recent filings in a range of bankruptcy cases. Some lawyers may have standard hourly rates above what they charged in these cases.

(See correction.)

Write to the Online Journal's editors at newseditors@wsj.com
Return To Top

**WSJ.com Account:**
My Account
Subscriber Billing Info

**Create an Account:**
Register for Free
Subscribe Now

**Help & Information Center:**
Help
Customer Service
Contact Us
New on WSJ.com
Tour the new Journal

**About:**
News Licensing
Advertising
Advertise Locally
Conferences
About Dow Jones
Privacy Policy - Updated
Subscriber Agreement &
Terms of Use - Updated
Copyright Policy
Jobs at WSJ.com

**WSJ.com:**
Site Map
Home
World
U.S.
New York
Business
Markets
Market Data
Tech
Personal Finance
Life & Style
Opinion
Autos
Careers
Real Estate
Small Business
Student Journal
Corrections

**Tools & Formats:**
Today's Paper
Video Center
Graphics
Columns
Blogs
Topics
Guides
Alerts
Newsletters
Mobile
Tablet Edition
Podcasts
RSS Feeds
Journal Community
WSJ on Twitter
WSJ on Facebook
WSJ on Foursquare
My Journal

**Digital Network**
WSJ.com
Marketwatch.com
Barrons.com
SmartMoney.com
AllThingsD.com
FINS: Finance, IT-Jobs, Sales-Jobs
BigCharts.com
Virtual Stock Exchange
WSJ Radio
Professorjournal.com
WSJ.U.S. Edition
WSJ.Asia Edition
WSJ.Europe Edition
WSJ India Page

Foreign Language Editions:

2/25/2011 9:39 AM

Top Billers - The Wall Street Journal Online - Interactive Graphics          http://online.wsj.com/public/resources/documents/st_TOPRATE0222_20...

More    | News, Quotes, Companies, Video |    SEARCH

Friday, February 25, 2011 As of 9:34 AM PST

Today's Paper   Columns   Blogs   Topics   Journal Community

Home   World   U.S.   New York   Business   Markets   Tech   Personal Finance   Life & Culture   Opinion   Careers   Real Estate
Small Business

FEBRUARY 23, 2011

# Top Billers

Top attorneys in the U.S. are asking for as much as $1,250 an hour, according to recent court filings, significantly more than in previous years, as they take advantage of big clients willing to pay top dollar even amid the downturn. The move is contributing to price inflation across the struggling $100 billion global corporate law firm industry, where lawyers often study rival attorney fee filings in bankruptcy cases. See which attorneys had some of the highest-known hourly rates in 2010 and 2009. Click on column headers to sort.

<< first   < prev   [ 1 ] [ 2 ]   3   next >   last >>

| Name | Firm | Practice Area 1 | Practice Area 2 | Practice Area 3 | Hourly Rate | Case Name | Date |
|---|---|---|---|---|---|---|---|
| Milmoe, J. Gregory | Skadden | Bankruptcy | | | $1,050 | Interstate Bakeries | 2009 |
| Braun, Elan | Allen & Overy LLP | Antitrust | | | $1,038 | Chemtura Corp. | 2009 |
| Stoll, Neal | Skadden | Antitrust | | | $1,035 | Verasun Energy Corporation | 2009 |
| Hayman, Linda C. | Skadden | Corporate | Mergers and Acquisition | | $1,035 | Interstate Bakeries | 2009 |
| Neckles, Peter J. | Skadden | Finance | | | $1,032 | Interstate Bakeries | 2009 |
| Maclachlan, James | Baker McKenzie | Tax | | | $1,029 | Milacron | 2009 |
| Keck, Colleen | Allen & Overy LLP | Corporate | Intellectual Property | | $1,029 | BearingPoint | 2009 |
| Keither, Eileen | Allen & Overy LLP | Mergers and Acquisitions | | | $1,029 | BearingPoint | 2009 |
| Feuillet, Francois | Vinson & Elkins | Capital Markets | Energy | International Law | $1,029 | MPF Holding US LLC and Official Committee Of Unsecured Creditors | 2009 |
| Rievman, David | Skadden | Tax | | | $1,026 | Mark IV Industries | 2009 |
| Davenport II, Kirk | Latham Watkins | Capital Markets | | | $1,025 | Dayton Superior | 2009 |
| Clayton, Leslie | Paul Weiss | Intellectual Property | | | $1,025 | Tronox | 2009 |
| Fisch, Peter | Paul Weiss | Real Estate | | | $1,025 | Tronox | 2009 |
| Kornberg, Alan | Paul Weiss | Bankruptcy | | | $1,025 | Tronox | 2009 |
| Schimek, Terry | Paul Weiss | Finance | | | $1,025 | Tronox | 2009 |
| Smith, Mark | Skadden | Corporate | | | $1,013 | Mark IV Industries | 2009 |
| Hyde, Mark | Clifford Chance | Bankruptcy | | | $1,006 | Lyondell Chemical Company | 2009 |
| Butters, James | Clifford Chance | Mergers and Acquisitions | | | $1,006 | Lyondell Chemical Company | 2009 |
| Salerstein, Jeffrey | Paul Weiss | Bankruptcy | | | $1,005 | Samsonite Company | 2009 |
| Meyerson, Lisa | Simpson Thacher | Capital Markets | Mergers and Acquisition | | $1000 | Washington Mutual | 2009 |
| Finley, John | Simpson Thacher | Mergers and Acquisitions | | | $1000 | Lehman Brothers Holding Inc | 2009 |
| Gover, Alan | White & Case | Bankruptcy | | | | Hospital Partners | 2009 |

<< first   < prev   [ 1 ] [ 2 ]   3   next >   last >>

*Source: Valeo partners, Washington, D.C. Notes: Based on recent filings in a range of bankruptcy cases. Some lawyers may have standard hourly rates above what they charged in these cases.*
(See correction.)
Write to the Online Journal's editors at newseditors@wsj.com
Return To Top

**EXHIBIT G**

An ALM web site

# DAILY REPORT

4:19 P.M. EST
Tuesday, February 22, 2011

Get premium access 30-day trial
Subscribe now for under $1 a day
Receive free daily headlines

Home | News Sections | Court Opinions | Court Calendars | Public Notices | How to Advertise | Contact Us

News Sections >>

Going Rate Home Page >>   All records for firms in San Francisco CA United States

* Click on any Title, Practice Area, Firm, City, State, Country, Graduation or Practice Year for related items

| Name | Title | Practice Area | Firm | City | Bench Guide | State | Country | Graduated Law School | Practicing Since | 2006 Rates | 2007 Rates | 2008 Rates | 2009 Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adelson, Eliot A. | Partner | Litigation | Kirkland and Ellis | San Francisco | | CA | United States | | | | | | |
| Agarwood, Aaron L. | Associate | | Jones Day | San Francisco | | CA | United States | | | | | | |
| Althoff, Hans J. | Associate | | Kirkland and Ellis | San Francisco | | CA | United States | | | | | | |
| Baker, James P. | Partner | Employee Benefits and Exec Comp | Jones Day | San Francisco | | CA | United States | 1980 | 1980 | 430 / 260 | | 520 | 750 |
| Bass, Eric | Associate | | Farella Braun and Martel | San Francisco | | CA | United States | 1974 | 1974 | | 400 | 745 | 775 |
| Benveniati, Peter J. | Partner | Business Restructuring and Reorganization | Jones Day | San Francisco | | CA | United States | 2007 | 2008 | | | 595 | 345 |
| Berning, Scott M. | Associate | Business and Finance | Morgan Lewis and Bockius | San Francisco | | CA | United States | | | | | | |
| Berkenbilt, David M. | Partner | Commercial Litigation / Litigation (Bankruptcy and Realty) | Pachulski, Stang, Ziehl and Jones | San Francisco | | CA | United States | | | | | | |
| Boersch, Martha | Partner | Corporate Criminal Investigations | Jones Day | San Francisco | | CA | United States | | 1985 | | | | 725 |
| Borokov, Jeffrey | Partner | White Collar Crime, Commercial Litigation | K and E Gates | San Francisco | | CA | United States | | | | 525 | 590 | |
| Brown, David W. | Partner | Business and Finance | Covington and Burling | San Francisco | | CA | United States | 1996 | 1996 / 1994 | 640 | | 550 | 590 |
| Browning, J. Taylor | Associate | | Morgan Lewis and Bockius | San Francisco | | CA | United States | | | | | | |
| Buonaiuto, Brenda N. | Partner | Tort and Environmental Litigation | King and Spalding | San Francisco | | CA | United States | | | | | | |
| Castro, Rich Ann | Associate | Environmental | Farella Braun and Martel | San Francisco | | CA | United States | | | | | 675 | |
| Christenson, C. Brophy | Partner | Corporate Finance and Healthcare | O'Mahoney and Myers | San Francisco | | CA | United States | | | | 380 | | |
| Christian, Ryan M. | Associate | Business Restructuring and Reorganization | Kirkland and Ellis | San Francisco | | CA | United States | 2001 | 2001 | 315 | | 525 | |
| Cohen, Michaeline | Associate | Business Restructuring and Reorganization | Jones Day | San Francisco | | CA | United States | | | | | | |
| Crosby, Peter J. | Counsel | Business Restructuring and Reorganization | Jones Day | San Francisco | | CA | United States | 1984 | 1984 | | 565 | 565 | 505 |
| Derby, Doug | Partner | Employment | Farella Braun and Martel | San Francisco | | CA | United States | | | | 510 | | |
| Dibble, Sara | Partner | Business Transactions | Farella Braun and Martel | San Francisco | | CA | United States | | | | 460 | | |
| Digre, Benjamin | | Complex Commercial | Hallel Ehrman | San Francisco | | CA | United States | | | | 285 | | |
| Dinch, Megan | | Securities Litigation | Howle Ehrman | San Francisco | | CA | United States | | | | 575 | | |
| Dobrylapoulli, Daniel T. | Associate | Trial | Jones Day | San Francisco | | CA | United States | 2007 | 2007 | | 525 | | 350 |
| Douglass, Scott | Partner | | Farella Braun and Martel | San Francisco | | CA | United States | | | | | | |
| Duric, Heather | Associate | Construction | DLA Piper | San Francisco | | CA | United States | | | | 425 | | |

1 2 3 4

Currently showing 1-25 of 98 results

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2011 ALM Properties, LLC. All rights reserved.

ALM

An ALM web site

# DAILY REPORT

Home | News Sections | Court Opinions | Court Calendar | Public Notices | Bench Guide | How to Advertise | Contact Us

4:36 P.M. EST
Tuesday, February 22, 2011

Get premium access 30-day trial
Subscribe now for under $1 a day
Receive free daily headlines

**Going Rate Home Page >>**

All records for firms in San Francisco CA United States

*Click on any Title, Practice Area, Firm, City, State, Country, Graduation or Practice Year for related cited

| Name | Title | Practice Area | Firm | City | State | Country | Graduated Law School | Practicing Since | 2006 Rates | 2007 Rates | 2008 Rates | 2009 Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Egan, Chantalle C. | Associate | Trial | Jones Day | San Francisco | CA | United States | 2006 | 2006 | | | | 325 |
| Eikenberg, Robert L. | Partner | Bankruptcy | Crosby Godwin Kroplsh Morrison and Foerster | San Francisco | CA | United States | | | | | | |
| Engel, G. Larry | Partner | Bankruptcy and Restructuring | | San Francisco | CA | United States | | | | | 665 / 775 | |
| Espinoza, Christy | Associate | Labor and Employment | Farella Braun and Martel | San Francisco | CA | United States | 1975 | 1975 | 540 | 330 | | 535 |
| Ford, Ryan | Partner | | Jones Day | San Francisco | CA | United States | | | | | 515 | |
| Frank, Michael T. | Partner | | DLA Piper | San Francisco | CA | United States | | | | | | |
| Fried, Joshua M. | Partner | | Pachulski, Stang, Ziehl and Jones | San Francisco | CA | United States | | | | | | |
| Friederici, John E. | Partner | Restructuring | Kirkland and Ellis | San Francisco | CA | United States | 2008 | 2008 | 355 | 355 | 595 | 375 |
| Garrett, Nathanial P. | Associate | Issues and Appeals | Jones Day | San Francisco | CA | United States | | | | | | |
| Gerling, Tyler | Associate | Bankruptcy and Creditors Rights | Farella Braun and Martel | San Francisco | CA | United States | | | | | | |
| Gloster, Dean | Partner | Bankruptcy and Creditors Rights | Farella Braun and Martel | San Francisco | CA | United States | | | 675 | 695 | | |
| Goeliner, Neil | Partner | Bankruptcy and Creditors Rights | Farella Braun and Martel | San Francisco | CA | United States | | | 745 | 745 | | |
| Goren, John | Partner | Insurance Coverage | Farella Braun and Martel | San Francisco | CA | United States | | | 610 | | | |
| Franklin, Jon | Partner | Commercial Trial | Howrey | San Francisco | CA | United States | | | 695 | | | |
| Hall, Daniel | Associate | Employment | Pniol, Hastings, Janofsky and Walker | San Francisco | CA | United States | | | 300 | | | |
| Holden, Frederick D. | Partner | | Orrick, Herrington and Sutcliffe | San Francisco | CA | United States | | | 605 | | | |
| Humphreys, Lynn M. | Of Counsel | Litigation | Morrison and Foerster | San Francisco | CA | United States | | | | | 560 | |
| Jim, Nancy | Associate | Global Capital Markets | Hanson and Watkins | San Francisco | CA | United States | | | | | | |
| Josslin, Kles | Partner | Business Litigation | Farella Braun and Martel | San Francisco | CA | United States | 1994 | 1994 | 465 | 355 / 490 | | 550 |
| Kershner, Scott D. | Partner | Business and Finance | Morgan Lewis and Bockius | San Francisco | CA | United States | | | | | | |
| Keegan, Christopher W. | Associate | | Kirkland and Ellis | San Francisco | CA | United States | 1990 | 1990 | 415 | | 500 | 750 |
| Kelke, Tobias S. | Partner | | Jones Day | San Francisco | CA | United States | | | | | | |
| Kim, Jerry | Associate | Business Restructuring and Reorganization | DLA Piper | San Francisco | CA | United States | | | 280 | | | |
| Korschner, Carl | Partner | | OMelveny and Myers | San Francisco | CA | United States | | | | 490 | 820 | |
| Koufeslani, Saad | Partner | Hospitality | Farella Braun and Martel | San Francisco | CA | United States | | | | | | |

1 2 3 4
Currently showing 26-50 of 96 results

About ALM | AboutLaw.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2011 ALM Media Properties, LLC. All rights reserved.

ALM

An ALM web site

# DAILY REPORT

Home | News Sections | Court Opinions | Court Calendars | Public Notices

4:36 P.M. EST
Tuesday, February 22, 2011

Get premium access 30-day trial!
Subscribe now for under $1 a day!
Receive free daily headlines

**Going Rate Home Page >>**   All records for firms in San Francisco CA United States

*Click on any Title, Practice Area, Firm, City, State, Country, Graduation or Practice Year for detailed info

| Name | Title | Practice Area | Firm | Bench Guide City | How to Advertise State | Country | Graduated Law School | Practicing Since | 2005 Rates | 2007 Rates | 2008 Rates | 2009 Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Laubach, Justin | Counsel | Corporate Finance | O'Melveny and Myers | San Francisco | CA | United States | | | | | | 940 |
| Marshall, Robert G. | Partner | Employee Benefits and Exec Comp | Jones Day | San Francisco | CA | United States | 1997 | 1997 | | | | 625 |
| Moore, Gary | Associate | Restructuring and | Farella Braun and Martel | San Francisco | CA | United States | | | | 245 | | |
| McDaniels, Keith | Partner | Insolvency, Trial Practice | Winston and Strewn | San Francisco | CA | United States | | | | | 540 | |
| McDonald, Brian D. | Associate | | Jones Day | San Francisco | CA | United States | 2002 | 2002 | | | 980 | 500 |
| McKim, Mark E. | Partner | Business and Finance | Kirkland and Ellis | San Francisco | CA | United States | | | | | | |
| Myers, William A. | Partner | Insurance Liability and | Morgan, Lewis and Bockius | San Francisco | CA | United States | 1992 | 1993 | | | | 595 |
| Myers, Martin H. | Partner | Recovery | Jones Day | San Francisco | CA | United States | 1987 | 1987 | | | | 700 |
| Napoli, Ashit | Associate | Litigation | Farella Braun and Martel | San Francisco | CA | United States | | | | 245 | | |
| Noblet, Casey M. | Associate | | Kirkland and Ellis | San Francisco | CA | United States | | | | | | |
| Olson, James C. | Partner | Banking and Finance | Jones Day | San Francisco | CA | United States | | | | | | |
| Old, Amanda M. | Associate | Labor and Employment | Kirkland and Ellis | San Francisco | CA | United States | 1979 | 1979 | | | 300 | |
| Osgood, Megan C.E. | Associate | Litigation | Jones Day | San Francisco | CA | United States | | | | | 285 | |
| Patten, Kevin | Associate | Labor and Employment | O'Melveny and Myers | San Francisco | CA | United States | | | | | 365 | |
| Petronio, Karen H. | Of Counsel | California Employment Counseling | Morgan, Lewis and Bockius | San Francisco | CA | United States | | | | | 570 | |
| Pollack, Thomas R. | Partner | | Paul, Hastings, Janofsky and Walker | San Francisco | CA | United States | | | 750 | | | |
| Potsmic, Alex | Associate | | Farella Braun and Martel | San Francisco | CA | United States | | | | | | |
| Rajagopal, Raman | Associate | Corporate | Paul Hastings Janofsky and Walker | San Francisco | CA | United States | 2008 | 2008 | | | 465 | |
| Ritchey, Katherine S. | Partner | Trial Practice | Jones Day | San Francisco | CA | United States | 1995 | 1995 | | | 625 | |
| Ritter, Peter | Partner | Business Tax and Investment Funds | O'Melveny and Myers | San Francisco | CA | United States | | | | | | 675 |
| Roche, Laura | Associate | Business Litigation | Farella Braun and Martel | San Francisco | CA | United States | 2003 | 2003 | 475 | 485 | | |
| Rodriguez, Noel | Associate | Trial Practice | Jones Day | San Francisco | CA | United States | 1999 | 1999 | | | | |
| Salinas, Cheryl | Counsel | Tort and Environmental Litigation | King and Spalding | San Francisco | CA | United States | | | | | | |
| Schubert, William | Partner | Private Clients | Farella Braun and Martel | San Francisco | CA | United States | | | 695 | 725 | 500 | |
| Salling, Jocelyn | Of Counsel | Family Wealth Group | Farella Braun and Martel | San Francisco | CA | United States | | | | 450 | 455 | |

1 2 3 4
Currently showing 51-75 of 196 results

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2011 ALM Media Properties, LLC. All rights reserved.

ALM

**DAILY REPORT** — An ALM web site

Home | News Sections | Court Opinions | Court Calendars | Public Notices

4:58 PM EST
Tuesday, February 22, 2011

How to Advertise | Bench Guide | Contact Us

Get premium access 30-day trial
Subscribe now for under $1 a day
Receive free daily headlines

Going Rate Home Page >>    All records for firms in San Francisco CA United States

*Click on any Title, Practice Area, Firm, City, State, Country, Graduation or Practice Year for related rates

| Name | Title | Practice Area | Firm | City | State | Country | Graduated Law School | Practicing Since | 2006 Rates | 2007 Rates | 2008 Rates | 2009 Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shepard, Michael | Associate | Securities Litigation | Heller Ehrman | San Francisco | CA | United States | | | | 750 | | |
| Shin, Susan | Associate | Labor and Employment | Norton and Williams | San Francisco | CA | United States | | | | 280 | 325 | |
| Stough, Leah | Associate | Commercial Litigation | K and L Gates | San Francisco | CA | United States | 2008 | 2008 | | 280 | | 390 |
| Spooner, Lee | Associate | Commercial Disputes | Kingand Spalding | San Francisco | CA | United States | | 2003 | | 430 | 410 | |
| Stephens, Eric | Associate | Business Transactions | Farella Braun and Martel | San Francisco | CA | United States | | | | 410 | 395 | |
| Stewart, Rhonda L. | Associate | Litigation | Arnold and Porter | San Francisco | CA | United States | | | | | | |
| Thrower, Veronica (Glenn) | Associate | Labor and Employment | OMelveny and Myers | San Francisco | CA | United States | | | | 440 | | |
| Thomason, Grant | Associate | Tax | Farella Braun and Martel | San Francisco | CA | United States | | | | | | |
| Tognoli, Christine D. | Associate | | Paul, Hastings, Janofsky and Walker | San Francisco | CA | United States | | | 325 | | | |
| Triplett, Holden | Associate | Business Restructuring and Reorganization | Farella Braun and Martel | San Francisco | CA | United States | | | | | | |
| Trudelle, Robert A. | Partner | | Jones Day | San Francisco | CA | United States | | 1999 | | 295 | | 500 |
| Ulland, Suzanne | Partner | Finance, Corporate and Bankruptcy | OMelveny and Myers | San Francisco | CA | United States | | | | 725 | 820 | |
| Vogt, Gary M. | Senior Legal Assistant | Litigation | Kirkland and Ellis | San Francisco | CA | United States | | | | 295 | 255 | |
| Wagoner, Kristine | Associate | Business Transactions | Farella Braun and Martel | San Francisco | CA | United States | | | | | | |
| Wald, Gregory A. | Similar Attorney | Labor/Employment | Squire Sanders and Dempsey | San Francisco | CA | United States | | | | 295 | 480 | |
| Wessels, Kelly | Associate | Litigation | Kirkland and Ellis | San Francisco | CA | United States | | | | 520 | 395 | |
| Whalen, Joe | Partner | Insurance and Risk Management | Farella Braun and Martel | San Francisco | CA | United States | | | | | | |
| Wilde, Jack L. | Associate | Restructuring | Kirkland and Ellis | San Francisco | CA | United States | | | | | | |
| Wilson, Elizabeth | Counsel | Bankruptcy and Creditors Rights | OMelveny and Myers | San Francisco | CA | United States | | | 385 | | 565 | |
| Woodruff, Kelly | Partner | | Farella Braun and Martel | San Francisco | CA | United States | | | | 485 | | |
| Zerbelman, Michael | | | New Century Financial Corp | Heller Ehrman | San Francisco | CA | United States | | | | 515 | | |

1 2 3 4
Currently showing 76-95 of 95 results

About ALM | About Law.com | Customer Support | Hotjobs | Privacy Policy | Terms & Conditions
Copyright 2011 ALM Media Properties, LLC. All rights reserved.

ALM

**EXHIBIT H**

# Westlaw CourtExpress

## LEGAL BILLING REPORT

VOLUME 11, NUMBER 1

May 2009

## BY BILLING RATE

# California Rate Report

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL $ |
|---|---|---|---|---|---|---|---|---|
| P | Kelly, Jr., Daniel | Davis Polk & Wardwell (CA) | 1986 | 1990 | CA | $ 985.00 | 4.50 | 4,320.00 |
| P | Cowles, Julia | Davis Polk & Wardwell (CA) | 1991 | 1990 | CA | 955.00 | 17.00 | 16,235.00 |
| P | O'Mara, Scott | O'Melveny & Myers LLP (CA) | 1975 | 1975 | CA | 860.00 | 1.10 | 946.00 |
| P | Tuchin, Michael | Klee, Tuchin, Bogdanoff & Stern, LLP | 1990 | 1990 | CA | 850.00 | 0.50 | 425.00 |
| P | Ballack, Karen | Weil, Gotshal & Manges LLP (CA) | 1986 | 1986 | CA | 799.00 | 0.80 | 639.20 |
| P | Arnold, Dennis | Gibson Dunn & Crutcher, LLP (CA) | 1975 | 1978 | CA | 790.00 | 4.50 | 3,555.00 |
| P | | Hennigan Bennett & Dorman LLP | 1979 | 1979 | CA | 780.00 | 65.20 | 50,856.00 |
| QC | Montz, Michael | Hennigan Bennett & Dorman LLP | 1975 | 1978 | CA | 780.00 | 126.10 | 98,076.00 |
| P | Averch, Craig | White & Case LLP (CA) | 1984 | 1984 | CA | 760.00 | 128.10 | 96,552.00 |
| OC | Kharasch, Ira D. | White & Case LLP (CA) | 1979 | 1979 | CA | 760.00 | 2.90 | 2,178.00 |
| P | Konradi, Alan | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1982 | 1982 | CA | 725.00 | 0.80 | 580.00 |
| P | Lamb, Peter | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1981 | 1981 | CA | 700.00 | 101.40 | 69,552.00 |
| P | Jones, Polk & Wardwell (CA) | Jones Polk & Wardwell (CA) | 2005 | 2005 | CA | 680.00 | 10.10 | 5,888.00 |
| P | Kirem, Jeanne E. | Hennigan Bennett & Dorman LLP | 1976 | 1978 | CA | 680.00 | 19.10 | 12,892.50 |
| P | Kivan, Harry | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1985 | 1986 | CA | 675.00 | 176.20 | 117,173.00 |
| A | Goreich, Ronald | White & Case LLP (CA) | 2001 | 2001 | CA | 665.00 | 27.30 | 17,745.00 |
| P | Brown, Kenneth H. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1977 | 1981 | CA | 650.00 | 23.10 | 15,015.00 |
| P | Fider, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 1997 | 1998 | CA | 650.00 | 0.50 | 325.00 |
| P | Weissmann, Henry | Munger Tolles & Olson LLC | 1987 | 1987 | CA | 645.00 | 35.60 | 22,962.00 |
| P | Bertenthal, David N. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1989 | 1989 | CA | 635.00 | 0.80 | 508.00 |
| P | Montgomery, Cromwell | Munger Tolles & Olson LLC | 1991 | 1993 | CA | 625.00 | 17.80 | 111,125.00 |
| A | Brown, Dennis | Gibson Dunn & Crutcher, LLP (CA) | 1970 | 1970 | CA | 625.00 | 13.50 | 8,235.00 |
| A | Newman, Samuel | Gibson Dunn & Crutcher, LLP (CA) | 2001 | 2001 | CA | 610.00 | 193.70 | 110,220.00 |
| A | Darahan, Shiva | White & Case LLP (CA) | 2003 | 2003 | CA | 600.00 | 124.60 | 74,760.00 |
| A | Vincenti, Garth | Munger Tolles & Olson LLC | 1988 | 1988 | CA | 600.00 | 20.90 | 12,540.00 |
| A | Scott, Melanie | White & Case LLP (CA) | 2004 | 2004 | CA | 600.00 | 0.20 | 118.00 |
| P | Buchanan, Laura | Klee, Tuchin, Bogdanoff & Stern, LLP | 1991 | 1991 | CA | 590.00 | 28.10 | 16,530.00 |
| P | Ger Kivarig-chen, B. | Weil, Gotshal & Manges LLP (CA) | 2003 | 2003 | CA | 580.00 | 2.90 | 1,652.00 |
| A | Edral, David | Gibson Dunn & Crutcher, LLP (CA) | 1984 | 1984 | CA | 570.00 | 35.10 | 19,305.00 |
| P | Heinz, Jeffrey | Munger Tolles & Olson LLC | 1995 | 1995 | CA | 550.00 | 21.40 | 11,449.00 |
| P | Fried, Joshua | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1997 | 1997 | CA | 535.00 | 25.80 | 13,545.00 |
| A | Runion, James | Munger Tolles & Olson LLC | 2000 | 2000 | CA | 525.00 | 13.10 | 6,615.50 |
| P | Mersa, Joshua | Hennigan Bennett & Dorman LLP | 2005 | 2005 | CA | 506.00 | 36.50 | 18,235.00 |
| P | Malolic, Michael | Weil, Gotshal & Manges LLP (CA) | 2006 | 2006 | CA | 505.00 | 14.00 | 6,580.00 |
| P | Barshop, Melissa | Gibson Dunn & Crutcher, LLP (CA) | 2005 | 2005 | CA | 500.00 | 45.30 | 21,341.50 |
| P | Lu, Leslie | Weil, Gotshal & Manges LLP (CA) | 2006 | 2006 | CA | 470.00 | 508.30 | 228,755.00 |
| A | Kaufman, Derek | Munger Tolles & Olson LLC | 2005 | 2005 | CA | 475.00 | 0.30 | 130.50 |
| A | Hochhauser, Brian | Munger Tolles & Olson LLC | 2006 | 2006 | CA | 455.00 | 25.20 | 10,458.00 |
| A | Nathan, Joseph | Weil, Gotshal & Manges LLP (CA) | 2007 | 2007 | CA | 415.00 | 0.30 | 130.50 |
| A | Jasper, M. Lonce | Munger Tolles & Olson LLC | 2006 | 2006 | CA | 435.00 | 96.20 | 38,482.00 |
| A | Eskandari, Barney | Munger Tolles & Olson LLC | 2006 | 2006 | CA | 400.00 | 8.80 | 3,522.00 |
| A | Rubin, Ekindira E. | O'Melveny & Myers LLP (CA) | 2006 | 2006 | CA | 395.00 | 8.40 | 3,318.00 |

## California Rate Report

| PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|
| A Schneider, Bradley | Munger Tolles & Olson LLC | 2004 | 2004 | CA | $ 385.00 | 1.30 | $ 513.50 |
| A Reston, Matthew | Weil, Gotshal & Manges LLP (CA) | 2008 | 2008 | CA | 355.00 | 13.50 | 4,792.50 |
| A Guzman, Tanya | O'Melveny & Myers LLP (CA) | | | CA | 330.00 | 2.50 | 825.00 |
| PP Narula, Ross | O'Melveny & Myers LLP (CA) | 2007 | 2007 | | 260.00 | 6.20 | 1,612.00 |
| PP Frankston, Kaitha | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 27.60 | 6,210.00 |
| Jeffries, Patricia J. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 0.40 | 90.00 |
| PP Pearson, Sanda | Pachulski Stang Ziehl Young Jones & Weintraub, LLP | | | CA | 215.00 | 1.90 | 408.50 |
| PP Floyd, Kevin | Klee, Tuchin, Bogdanoff & Stern, LLP | | | | 210.00 | 0.30 | 63.00 |
| PP Knotts, Cheryl | Hanrahan Bennett & Dorman LLP | | | | 205.00 | 2.20 | 451.00 |
| CNA Pinner, Sheryle | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 125.00 | 2.60 | 325.00 |

# Westlaw CourtExpress

## LEGAL BILLING REPORT

VOLUME 11, NUMBER 2

August 2009

BY BILLING RATE

# California rate Report

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P | Tolles, Stephen L. | Gibson Dunn & Crutcher, LLP (CA) | 1982 | 1982 | CA | $ 860.00 | 0.10 | $ 86.00 |
| P | Patterson, Thomas | Klee, Tuchin, Bogdanoff & Stern, LLP | 1964 | 1964 | CA | 850.00 | 225.00 | 191,250.00 |
| P | Tuchin, Michael | Klee, Tuchin, Bogdanoff & Stern, LLP | 1990 | 1990 | CA | 850.00 | 74.40 | 63,240.00 |
| P | Stern, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 1975 | 1975 | CA | 850.00 | 32.90 | 27,965.00 |
| P | Issler, Paul S. | Gibson Dunn & Crutcher, LLP (CA) | 1986 | 1986 | CA | 840.00 | 6.35 | 5,334.00 |
| P | Arnold, Dennis | Gibson Dunn & Crutcher, LLP (CA) | 1975 | 1976 | CA | 840.00 | 4.10 | 3,444.00 |
| P | Timmons, Brian | Owen Emanuel Urquhart Oliver & Hedges, LLP | 1991 | 1991 | CA | 820.00 | 72.80 | 59,696.00 |
| P | Blateck, Karen | Weil, Gotshal & Manges LLP (CA) | 1986 | 1986 | CA | 810.00 | 40.40 | 32,724.00 |
| P | Ziehl, Dean A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1978 | CA | 795.00 | 20.30 | 16,138.50 |
| P | Glinzer, Danielle | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1993 | 1994 | CA | 775.00 | 9.60 | 7,336.50 |
| P | Averch, Craig | White & Case LLP (CA) | 1984 | 1984 | CA | 750.00 | 189.20 | 141,900.00 |
| P | Keller, Tobias | Jones Day (CA) | 1990 | 1990 | CA | 750.00 | 1.90 | 1,425.00 |
| P | Baker, James | Jones Day (CA) | 1980 | 1980 | CA | 750.00 | 0.20 | 150.00 |
| P | Winsten, Eric D. | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1999 | 1999 | CA | 740.00 | 7.10 | 5,254.00 |
| P | Orig, Johanna Y. | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1997 | 1997 | CA | 740.00 | 6.30 | 4,662.00 |
| P | Kornfeld, Alan | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1987 | CA | 725.00 | 10.10 | 7,322.50 |
| A | Bjork, Jeffrey E | Sidley Austin Brown & Wood LLP (CA) | 1997 | 1998 | CA | 700.00 | 110.90 | 77,630.00 |
| A | Mayer, Martin | Jones Day (CA) | 1987 | 1987 | CA | 700.00 | 26.50 | 18,550.00 |
| A | Grassgreen, Debra I. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1991 | 1992 | CA | 695.00 | 45.50 | 31,622.50 |
| A | Gasparich, Mark E. | White & Case LLP (CA) | 1996 | 1996 | CA | 685.00 | 117.70 | 80,624.50 |
| P | Arash, Dora | Gibson Dunn & Crutcher, LLP (CA) | 1995 | 1995 | CA | 675.00 | 39.40 | 26,595.00 |
| P | Gorsich, Ronald | White & Case LLP (CA) | 2001 | 2001 | CA | 650.00 | 221.50 | 147,287.50 |
| P | Montgomery, Cromwell | Gibson Dunn & Crutcher, LLP (CA) | 1997 | 1997 | CA | 635.00 | 2.50 | 1,587.50 |
| A | Newman, Samuel | Gibson Dunn & Crutcher, LLP (CA) | 2001 | 2001 | CA | 610.00 | 11.50 | 7,015.00 |
| A | Darrahim, Shiva | White & Case LLP (CA) | 2003 | 2003 | CA | 600.00 | 217.50 | 130,500.00 |
| A | Scott, Melanie | White & Case LLP (CA) | 2004 | 2004 | CA | 600.00 | 74.90 | 44,940.00 |
| P | Trodella, Robert | Jones Day (CA) | 1996 | 1996 | CA | 600.00 | 35.30 | 21,180.00 |
| A | Ger Kwang-chen, B. | Weil, Gotshal & Manges LLP (CA) | 2003 | 2003 | CA | 580.00 | 54.20 | 31,436.00 |
| OC | Metcalf, Brian | Klee, Tuchin, Bogdanoff & Stern, LLP | 1999 | 1999 | CA | 575.00 | 12.40 | 7,130.00 |
| A | Eidel, David | Gibson Dunn & Crutcher, LLP (CA) | 2003 | 2003 | CA | 570.00 | 0.50 | 282.00 |
| C | Crosby IV, Peter | Jones Day (CA) | 1984 | 1984 | CA | 565.00 | 13.30 | 7,514.50 |
| A | Martin, Jill | White & Case LLP (CA) | 2006 | 2006 | CA | 550.00 | 45.80 | 25,190.00 |
| A | Correa, Micheline | Jones Day (CA) | 2001 | 2001 | CA | 525.00 | 1.70 | 892.50 |
| QC | Brandt, Gina F. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1976 | 1976 | CA | 525.00 | 1.30 | 682.50 |
| A | Makelki, Michael | Weil, Gotshal & Manges LLP (CA) | 2005 | 2005 | CA | 500.00 | 175.30 | 87,650.00 |
| A | Rodriguez, Noel | Jones Day (CA) | 2003 | 2003 | CA | 500.00 | 41.60 | 20,900.00 |
| A | Heyn, Matthew | Klee, Tuchin, Bogdanoff & Stern, LLP | 2003 | 2003 | CA | 495.00 | 111.80 | 55,341.00 |
| A | Bardout, Melissa | Gibson Dunn & Crutcher, LLP (CA) | 2006 | 2006 | CA | 470.00 | 4.10 | 1,927.00 |
| A | Liu, Leslie | Weil, Gotshal & Manges LLP (CA) | 2006 | 2006 | CA | 465.00 | 302.70 | 140,755.50 |
| A | Chun, Sibyl | White & Case LLP (CA) | 2008 | 2008 | CA | 460.00 | 162.10 | 74,566.00 |

# California rate Report

| PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|
| A. Morrison, Kelley M | White & Case LLP (CA) | 2008 | 2008 | CA | $ 460.00 | 105.50 | $ 48,530.00 |
| A. Hawk, Jonathan | White & Case LLP (CA) | 2007 | 2007 | CA | 460.00 | 20.30 | 9,338.00 |
| P. Phillip, Laurence | McKenna Long & Aldridge LLP (CA) | 1997 | 1997 | CA | 450.00 | 15.00 | 6,750.00 |
| P. Larsen, J David | McKenna Long & Aldridge LLP (CA) | 1997 | 1997 | CA | 450.00 | 10.00 | 4,500.00 |
| A. Guess, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 2005 | 2005 | CA | 430.00 | 366.70 | 157,681.00 |
| A. Fitzmaurice, Courtney | Klee, Tuchin, Bogdanoff & Stern, LLP | 2005 | 2005 | CA | 430.00 | 23.20 | 9,976.00 |
| A. Dickerson Matthew | Sidley Austin Brown & Wood LLP (CA) | 2007 | 2007 | CA | 425.00 | 25.30 | 10,752.50 |
| A. Tran, William | Sidley Austin Brown & Wood LLP (CA) | 2006 | 2006 | CA | 425.00 | 5.40 | 2,295.00 |
| A. Nathan, Joseph | Weil, Gotshal & Manges LLP (CA) | 2007 | 2007 | CA | 415.00 | 61.60 | 25,572.50 |
| A. Wilson, Lorna S. | Gibson Dunn & Crutcher LLP (CA) | 2008 | 2008 | CA | 400.00 | 4.00 | 1,600.00 |
| A. Smordin, Ariella | Sidley Austin Brown & Wood LLP (CA) | 2008 | 2008 | CA | 375.00 | 49.30 | 18,487.50 |
| A. Deenihan, Kevin | Klee, Tuchin, Bogdanoff & Stern, LLP | 2008 | 2008 | CA | 300.00 | 4.70 | 1,410.00 |
| A. Guess, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 2008 | 2008 | CA | 300.00 | 2.10 | 630.00 |
| A. Elliot, Kerin | Klee, Tuchin, Bogdanoff & Stern, LLP | 2008 | 2008 | CA | 250.00 | 4.90 | 1,225.00 |
| LIB. Forrester, Leslie A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 8.50 | 1,912.50 |
| PP. Harris, Denise A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 218.00 | | |
| PP. Kuycendall, Michelle | McKenna Long & Aldridge LLP (CA) | | | | 215.00 | 40.60 | 8,729.00 |
| PP. Pearson, Sandra | Klee, Tuchin, Bogdanoff & Stern, LLP | | | CA | 215.00 | 36.00 | 7,740.00 |
| PP. Brown, Thomas J. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 195.00 | 2.00 | 390.00 |
| LIB. Jones, Carla H. | Gibson Dunn & Crutcher LLP (CA) | | | | 165.00 | 0.50 | 82.50 |

# Westlaw CourtExpress

## LEGAL BILLING REPORT

VOLUME 11, NUMBER 3

December 2009

# BY BILLING RATE

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P | Pachulski, Richard M. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1979 | CA | $ 865.00 | 287.62 | $ 232,414.39 |
| P | Patterson, Thomas | Klee, Tuchin, Bogdanoff & Stern, LLP | 1984 | 1984 | | 850.00 | 392.60 | 333,710.00 |
| P | Tuchin, Michael | Klee, Tuchin, Bogdanoff & Stern, LLP | 1990 | 1990 | | 850.00 | 201.40 | 171,190.00 |
| P | Stern, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 1975 | 1975 | | 850.00 | 68.80 | 58,480.00 |
| P | Pachulski, Richard M. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1979 | 1979 | | 850.00 | 68.00 | 57,800.00 |
| A | Aurudi, Derris | Gibson Dunn & Crutcher, LLP (CA) | 1975 | 1976 | CA | 840.00 | 1.00 | 840.00 |
| P | Pachulski, Richard M. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1976 | | 825.00 | 256.25 | 211,406.25 |
| P | Ziehl, Dean A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1978 | | 820.00 | 240.60 | 197,282.00 |
| P | Timmons, Brian | Queen Emanuel Urquhart Oliver & Hedges, LLP | 1991 | 1991 | CA | 820.00 | 80.20 | 65,764.00 |
| P | Lyons, Duane | Queen Emanuel Urquhart Oliver & Hedges, LLP | 1986 | 1986 | CA | 795.00 | 357.30 | 284,053.50 |
| P | Orgel, Robert B. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1981 | 1981 | CA | 795.00 | 157.33 | 128,003.50 |
| P | Richards, Jeremy | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1980 | 1981 | CA | 795.00 | 158.50 | 126,002.50 |
| P | Ziehl, Dean A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1978 | CA | 785.00 | 94.05 | 94,050.00 |
| P | Parker, Daryl | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1969 | 1970 | CA | 785.00 | 20.30 | 16,136.60 |
| P | Weston, Eric D. | Queen Emanuel Urquhart Oliver & Hedges, LLP | 1999 | 1899 | CA | 740.00 | 54.00 | 38,960.00 |
| P | Ong, Johanna Y. | Queen Emanuel Urquhart Oliver & Hedges, LLP | 1997 | 1997 | CA | 740.00 | 11.20 | 6,288.00 |
| C | Kornfeld, Alan | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1987 | CA | 740.00 | 10.10 | 7,322.50 |
| C | Grossman, Debra I. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1991 | 1982 | CA | 725.00 | 5.50 | 3,872.50 |
| P | Celine, Andrew | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1983 | 1983 | CA | 695.00 | 3.40 | 2,363.00 |
| C | Parker, Daryl | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1969 | 1970 | CA | 675.00 | 60.80 | 41,040.00 |
| P | Mahoney, James | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1966 | 1987 | CA | 675.00 | 16.50 | 11,205.00 |
| C | Azath, Dora | Gibson Dunn & Crutcher, LLP (CA) | 1995 | 1995 | CA | 675.00 | 14.80 | 9,990.00 |
| A | Devos, Norm | Klee, Tuchin, Bogdanoff & Stern, LLP | 2001 | 2001 | CA | 650.00 | 1.40 | 910.00 |
| A | Newman, Samuel | Gibson Dunn & Crutcher, LLP (CA) | 2001 | 2001 | CA | 610.00 | 3.70 | 2,257.00 |
| A | Hochman, Harry | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1987 | CA | 595.00 | 100.80 | 59,976.00 |
| A | Newmark, Victoria | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1998 | 1997 | CA | 595.00 | 32.50 | 19,337.50 |
| C | Cho, Shirley | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1997 | 1997 | CA | 585.00 | 19.40 | 11,543.00 |
| C | Hochman, Harry | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1987 | CA | 578.00 | 57.60 | 33,120.00 |
| A | Dirkelman, Jennifer | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1998 | 1988 | CA | 578.00 | 1.40 | 805.80 |
| OC | Metcalf, Brian | Klee, Tuchin, Bogdanoff & Stern, LLP | 1999 | 1999 | CA | 575.00 | 0.70 | 402.50 |
| OC | Brandt, Gina F. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1976 | CA | 525.00 | 1.30 | 682.50 |
| A | Tihen, Andrew | Klee, Tuchin, Bogdanoff & Stern, LLP | 2003 | 2003 | CA | 495.00 | 109.70 | 54,301.50 |
| A | Brown, Glenn | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1999 | 1999 | CA | 495.00 | 0.50 | 247.50 |
| A | Bashlovl, Melissa | Gibson Dunn & Crutcher, LLP (CA) | 2006 | 2006 | CA | 470.00 | 2.10 | 987.00 |
| A | Liu, Leslie | Weil, Gotshal & Manes LLP (CA) | 2006 | 2006 | CA | 465.00 | 9.80 | 4,557.00 |
| P | Phillip, Laurence | McKenna Long & Aldridge LLP (CA) | 1997 | 1997 | CA | 450.00 | 2.70 | 1,215.00 |
| A | Guess, Joseph C. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 2005 | 2005 | CA | 330.00 | 402.60 | 1,313,422.00 |
| PP | Santos, Joseph C. | Queen Emanuel Urquhart Oliver & Hedges, LLP | | | CA | 300.00 | 1.30 | 17,748.00 |
| A | Elliot, Kevin | Klee, Tuchin, Bogdanoff & Stern, LLP | 2008 | 2008 | CA | 250.00 | 16.60 | 4,980.00 |
| A | Lucrele, Martine | Queen Emanuel Urquhart Oliver & Hedges, LLP | | | | 250.00 | 20.30 | 5,075.00 |
| PP | Forrestal, Leslie A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 250.00 | 4.90 | 1,225.00 |

# California Rate Report

| PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|
| LtG Forrester, Leslie A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | $ 250.00 | 1.80 | $ 450.00 |
| PP Harris, Denise A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 47.90 | 10,777.50 |
| PP Harris, Denise A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 8.50 | 1,912.50 |
| PP Harmon, Felice | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 0.40 | 90.00 |
| PP Gryckner, Michelle | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 215.00 | 60.40 | 12,986.00 |
| PP Pearson, Sandi | McKenna Long & Aldridge LLP (CA) | | | | 215.00 | 52.40 | 11,266.00 |
| Klea, Tucher, Boogaerdt & Stern, LLP | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 215.00 | 59.75 | 11,651.25 |
| PP Brown, Thomas J. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 195.00 | 6.00 | 1,170.00 |
| PP Ahatoo, Mike | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 195.00 | 2.00 | 390.00 |
| PP Brown, Thomas J. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 185.00 | | |
| LS Everihaert, Christine | McKenna Long & Aldridge LLP (CA) | | | | 185.00 | 3.00 | 540.00 |
| LS Sann, Andrew | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 150.00 | 16.80 | 2,535.00 |
| PP Bass, John | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 150.00 | 0.80 | 120.00 |

**EXHIBIT I**



**2010 NLJ Billing Survey**

Copyright © 2010, ALM Media Properties, LLC., All Rights Reserved

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Adams and Reese | New Orleans | $265 | $550 | $250 | $344 | $290 | $195 | $229 |
| 2010 | Akerman Senterfitt | Miami | | | | | | | |
| 2010 | Akin Gump Strauss Hauer & Feld | Washington | | | | | | | |
| 2010 | Allen Matkins Leck Gamble Mallory & Natsis | Los Angeles | | | | | | | $405 |
| 2010 | Alston & Bird | Atlanta | $515 | $865 | $450 | $527 | $590 | $270 | |
| 2010 | Andrews Kurth | Houston | | $560 | $305 | | $340 | $175 | |
| 2010 | Archer & Greiner | Haddonfield, NJ | | | | | | | |
| 2010 | Arent Fox | Washington | | $765 | $400 | | $475 | $240 | |
| 2010 | Armstrong Teasdale | St. Louis | | $475 | $300 | | $325 | $200 | |
| 2010 | Arnold & Porter | Washington | | | | | | | |
| 2010 | Baker & Daniels | Indianapolis | | | | | | | |
| 2010 | Baker & Hostetler | Cleveland | | | | | | | |
| 2010 | Baker Botts L.L.P | Houston | | | | | | | |
| 2010 | Baker, Donelson, Bearman, Caldwell & Berkowitz | Memphis, TN | $312 | $595 | $255 | $357 | $320 | $165 | $231 |
| 2010 | Ballard Spahr | Philadelphia | | | | | | | |
| 2010 | Barnes & Thornburg | Indianapolis | $367 | $613 | $298 | $416 | $355 | $225 | $261 |
| 2010 | Bass, Berry & Sims | Nashville, TN | | | | | | | |
| 2010 | Benesch, Friedlander, Coplan & Aronoff | Cleveland | $315 | $675 | $350 | $335 | $360 | $195 | $245 |
| 2010 | Best Best & Krieger | Riverside, Calif. | | $550 | $310 | | $395 | $225 | |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Bingham McCutchen | Boston | | | | | | | |
| 2010 | Blank Rome | Philadelphia | $510 | $855 | $440 | $615 | $550 | $280 | $361 |
| 2010 | Bond, Schoeneck & King | Syracuse, NY | $280 | $475 | $220 | $309 | $280 | $160 | $208 |
| 2010 | Briggs and Morgan | Minneapolis | $373 | $600 | $290 | $437 | $315 | $210 | $240 |
| 2010 | Brinks Hofer Gilson & Lione | Chicago | $435 | $725 | $345 | $541 | $420 | $195 | $308 |
| 2010 | Broad and Cassel | Orlando, Fl | $307 | $475 | $260 | $372 | $350 | $175 | $242 |
| 2010 | Brown Rudnick | Boston | | | | | | | |
| 2010 | Brownstein Hyatt Farber Schreck | Denver | $391 | $810 | $295 | $463 | $360 | $200 | $256 |
| 2010 | Bryan Cave | St. Louis | $464 | $790 | $370 | $553 | $550 | $185 | $344 |
| 2010 | Buchalter Nemer | Los Angeles | $415 | $625 | $270 | $490 | $450 | $195 | $328 |
| 2010 | Buchanan Ingersoll & Rooney | Pittsburgh | | $900 | $310 | | $465 | $210 | |
| 2010 | Burr & Forman | Birmingham, AL | $328 | $500 | $210 | $361 | $335 | $200 | $250 |
| 2010 | Butzel Long | Detroit | | | | | | | |
| 2010 | Cadwalader, Wickersham & Taft LLP | New York | | $750 | $300 | | $375 | $200 | |
| 2010 | Cahill Gordon Reindel LLP | New York | | | | | | | |
| 2010 | Carlton Fields | Tampa, FL | $388 | $775 | $325 | $465 | $375 | $195 | $268 |
| 2010 | Chadbourne & Parke | New York | $456 | $995 | $390 | $769 | $625 | $110 | $442 |
| 2010 | Chapman and Cutler | Chicago | | | | | | | |
| 2010 | Clark Hill | Detroit | | | | | | | |
| 2010 | Cooley | Palo Alto, CA | | | | | | | |
| 2010 | Covington & Burling | Washington | | | | | | | |
| 2010 | Cozen O'Connor | Philadelphia | $422 | $880 | $310 | $497 | $585 | $225 | $326 |
| 2010 | Crowell & Moring | Washington | | | | | | | |
| 2010 | Curtis, Mallet-Prevost, Colt & Mosle | New York | $489 | $785 | $675 | $669 | $675 | $290 | $365 |
| 2010 | Davis Wright Tremaine | Seattle | $355 | $795 | $320 | $488 | $435 | $210 | $304 |
| 2010 | Day Pitney | Florham Park, NJ | | | | | | | |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Dewey & Leboeuf LLP | New York | | | | | | | |
| 2010 | Dickinson Wright | Detroit | | | | | | | |
| 2010 | Dickstein Shapiro | Washington | $546 | $575 | $355 | | $275 | $195 | |
| 2010 | Dinsmore & Shohl | Cincinnati | $302 | $950 | $525 | $656 | $530 | $265 | $426 |
| 2010 | DLA Piper | Chicago | | $590 | $220 | $360 | $300 | $175 | $222 |
| 2010 | Dorsey & Whitney | Minneapolis | $410 | $795 | $290 | $515 | $440 | $180 | $285 |
| 2010 | Duane Morris | Philadelphia | $483 | $850 | $240 | $550 | $480 | $135 | $349 |
| 2010 | Dykema Gossett | Detroit | $445 | $635 | $360 | $495 | $450 | $225 | $325 |
| 2010 | Eckert Seamans Cherin & Mellott | Pittsburgh | | $625 | $250 | | $320 | $150 | |
| 2010 | Edwards Angell Palmer & Dodge | Boston | $451 | $780 | $345 | $571 | $610 | $200 | $323 |
| 2010 | Epstein Becker & Green | New York | | $850 | $350 | $620 | | | $325 |
| 2010 | Faegre & Benson LLP | Minneapolis | $429 | | | | $450 | $180 | |
| 2010 | Finnegan, Henderson, Farabow, Garrett & Dunner | Washington | | | | | | | |
| 2010 | Fish & Richardson | Boston | | $605 | $340 | | $360 | $220 | |
| 2010 | Fisher & Phillips | Atlanta | | $730 | $460 | | $440 | $275 | |
| 2010 | Fitzpatrick, Cella, Harper & Scinto | New York | | | | | | | |
| 2010 | Foley & Lardner | Milwaukee | $654 | $1,035 | | $654 | | $255 | $426 |
| 2010 | Foley Hoag | Boston | | | | | | | |
| 2010 | Ford & Harrison | Atlanta | | $620 | $375 | | $390 | $250 | |
| 2010 | Fowler White Boggs | Tampa, FL | $350 | $575 | $325 | $400 | $315 | $205 | $250 |
| 2010 | Fox Rothschild | Philadelphia | $407 | $690 | $315 | $473 | $475 | $235 | $298 |
| 2010 | Frost Brown Todd | Cincinnati | $279 | $515 | $200 | $326 | $250 | $150 | $189 |
| 2010 | Fulbright & Jaworski | Houston | | | | | | | |
| 2010 | Gardere Wynne Sewell | Dallas | $445 | $815 | $380 | $531 | $445 | $195 | $311 |
| 2010 | Gibbons | Newark, NJ | $404 | $790 | $390 | $479 | $450 | $250 | $289 |
| 2010 | Gibson, Dunn & Crutcher LLP | Los Angeles | | | | | | | |
| 2010 | Godfrey & Kahn | Milwaukee | $495 | $495 | $325 | | $340 | $180 | |
| 2010 | Goodwin Procter | Boston | | | | | | | |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Gordon & Rees | San Francisco, CA | | | | | | | |
| 2010 | GrayRobinson | Orlando, FL | | $750 | $225 | | $315 | $150 | |
| 2010 | Greenberg Traurig | New York | $453 | $875 | $355 | $550 | $610 | $200 | $332 |
| 2010 | Harris Beach | Rochester, NY | | $500 | $275 | | $250 | $140 | |
| 2010 | Haynes and Boone | Dallas | | | | | | | |
| 2010 | Hinshaw & Culbertson | Chicago | | | | | | | |
| 2010 | Hiscock & Barclay | Syracuse, NY | $311 | $650 | $195 | $348 | $440 | $150 | $234 |
| 2010 | Hodgson Russ | Buffalo, NY | $328 | $665 | $230 | $374 | $410 | $175 | $238 |
| 2010 | Hogan Lovells | Washington | | | | | | | |
| 2010 | Holland & Hart LLP | Washington | | | | | | | |
| 2010 | Holland & Knight | Washington | $418 | $850 | $300 | $499 | $480 | $185 | $288 |
| 2010 | Holme Roberts & Owen | Denver | $355 | $635 | $285 | $415 | $530 | $170 | $295 |
| 2010 | Honigman Miller Schwartz and Cohn | Detroit | | | | | | | |
| 2010 | Hughes Hubbard & Reed LLP | New York | | | | | | | |
| 2010 | Hunton & Williams | Richmond, VA | | | | | | | |
| 2010 | Husch Blackwell | St. Louis | $329 | $804 | $230 | $357 | $415 | $171 | $220 |
| 2010 | Ice Miller LLP | Indianapolis | | | | | | | |
| 2010 | Irell & Manella | Los Angeles | | | | | | | |
| 2010 | Jackson Kelly | Charleston, WV | | $496 | $245 | | $275 | $155 | |
| 2010 | Jackson Lewis | White Plains, NY | $364 | $715 | $260 | $428 | $440 | $150 | $282 |
| 2010 | Jones Day | Washington | | | | | | | |
| 2010 | Jones, Walker, Waechter, Poitevent, Carrare & Denegre | New Orleans | | $620 | $195 | | $275 | $140 | |
| 2010 | K&L Gates | Pittsburgh | | | | | | | |
| 2010 | Kelley Drye & Warren | New York | | $900 | $465 | | $565 | $275 | |
| 2010 | Kenyon & Kenyon LLP | New York | | | | | | | |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Kilpatrick Stockton | Atlanta | $425 | $730 | $375 | $527 | $465 | $225 | $320 |
| 2010 | Kirkland & Ellis | Chicago | | | | | | | |
| 2010 | Knobbe, Martens, Olson & Bear | Irvine, CA | $432 | $710 | $395 | $511 | $450 | $285 | $332 |
| 2010 | Kramer Levin Naftalis & Frankel | New York | | | | | | | |
| 2010 | Lane Powell | Seattle | $349 | $600 | $310 | $431 | $350 | $230 | $278 |
| 2010 | Lathrop & Gage | Kansas City | | $490 | $255 | | $265 | $160 | |
| 2010 | LeClairRyan, Professional Corporation | Richmond, VA | | | | | | | |
| 2010 | Leonard, Street and Deinard | Minneapolis | | | | | | | |
| 2010 | Lewis and Roca | Phoenix, AZ | | | | | | | |
| 2010 | Lewis Brisbois Bisgaard & Smith | Los Angeles | | | | | | | |
| 2010 | Lewis, Rice & Fingersh | St. Louis | | $460 | $260 | | $315 | $150 | $235 |
| 2010 | Lindquist & Vennum | Minneapolis | $330 | | | $415 | | | |
| 2010 | Littler Mendelson | San Francisco | $372 | $650 | $290 | $445 | $480 | $210 | $296 |
| 2010 | Locke Lord Bissell & Liddell | Dallas | $486 | $1,120 | $400 | $599 | $525 | $215 | $320 |
| 2010 | Loeb & Loeb | New York | | $975 | $475 | | $575 | $275 | |
| 2010 | Lowenstein Sandler | Roseland, NJ | | $825 | $440 | | $575 | $235 | |
| 2010 | Luce, Forward, Hamilton & Scripps | San Diego | | $670 | $350 | | $445 | $245 | |
| 2010 | Manatt, Phelps & Phillips | Los Angeles | $568 | $850 | $525 | $651 | $525 | $200 | $405 |
| 2010 | Marshall, Dennehey, Warner, Coleman & Goggin | Philadelphia | | $410 | $145 | | $320 | $130 | |
| 2010 | Maynard, Cooper & Gale | Birmingham, AL | | $600 | $325 | | $295 | $235 | |
| 2010 | McAndrews, Held & Malloy | Chicago | | $675 | $260 | | $350 | $225 | |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | McCarter & English | Newark, NJ | $355 | $825 | $360 | $498 | $405 | $215 | $313 |
| 2010 | McElroy, Deutsch, Mulvaney & Carpenter | Morristown, N.J. | $210 | $550 | $295 | $280 | $275 | $160 | $190 |
| 2010 | McGuireWoods | Richmond, Va. | $455 | $830 | $325 | $543 | $600 | $220 | $355 |
| 2010 | McKenna Long & Aldridge | Atlanta | $455 | $775 | $375 | $540 | $490 | $220 | $366 |
| 2010 | Michael Best & Friedrich | Milwaukee | $346 | $650 | $235 | $400 | $320 | $190 | $239 |
| 2010 | Miles & Stockbridge | Baltimore | | $695 | $325 | | $370 | $220 | |
| 2010 | Miller & Martin | Chattanooga, TN | $328 | $610 | $235 | $361 | $275 | $180 | $218 |
| 2010 | Miller, Canfield, Paddock and Stone | Detroit | | | | | | | |
| 2010 | Montgomery, McCracken, Walker & Rhoads | Philadelphia | $364 | $625 | $380 | $461 | $395 | $205 | $284 |
| 2010 | Moore & Van Allen | Charlotte N.C. | | $785 | $265 | $441 | $350 | $180 | $257 |
| 2010 | Morgan, Lewis & Bockius | Philadelphia | | | | | | | |
| 2010 | Morris, Manning & Martin | Atlanta | $424 | $760 | $425 | $492 | $545 | $225 | $353 |
| 2010 | Morrison & Foerster | San Francisco, CA | | | | | | | |
| 2010 | Munger, Tolles & Olson | Los Angeles | | | | | | | |
| 2010 | Neal, Gerber & Eisenberg | Chicago | | | | | | | |
| 2010 | Nelson Mullins Riley & Scarborough | Columbia, SC | $347 | $850 | $245 | $399 | $335 | $185 | $248 |
| 2010 | Nexsen Pruet | Columbia, SC | | $625 | $230 | | $250 | $160 | |
| 2010 | Nixon Peabody | New York | $429 | $905 | $375 | $613 | $580 | $195 | $386 |
| 2010 | O'Melveny & Myers | Los Angeles | | | | | | | |
| 2010 | Ogletree, Deakins, Nash, Smoak & Stewart | Greenville, S.C. | $351 | $575 | $300 | $389 | $390 | $195 | $285 |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Orrick, Herrington & Sutcliffe | San Francisco, CA | | | | | | | |
| 2010 | Parker Poe Adams & Bernstein LLP | Charlotte N.C. | | | | | | | |
| 2010 | Patton Boggs | Washington | $482 | $990 | $355 | $645 | $550 | $215 | $399 |
| 2010 | Paul, Hastings, Janofsky & Walker | New York | | | | | | | |
| 2010 | Paul, Weiss, Rifkind Wharton & Garrison LLP | New York | | | | | | | |
| 2010 | Pepper Hamilton | Philadelphia | $326 | $825 | $420 | $547 | $465 | $230 | $329 |
| 2010 | Perkins Coie | Seattle | $447 | $825 | $275 | $534 | $370 | $200 | $354 |
| 2010 | Phelps Dunbar | New Orleans | $226 | $385 | $180 | $272 | $240 | $145 | $183 |
| 2010 | Phillips Lytle | Buffalo, NY | | | | | | | |
| 2010 | Pillsbury Winthrop Shaw Pittman | New York | $255 | $535 | $260 | $352 | $450 | $150 | $283 |
| 2010 | Polsinelli Shughart | Kansas City, MO | | $600 | $250 | | $325 | $185 | |
| 2010 | Quarles & Brady | Milwaukee | $364 | $660 | $290 | $438 | $400 | $210 | $260 |
| 2010 | Reed Smith | Pittsburgh | | | | | | | |
| 2010 | Reinhart Boerner Van Deuren | Milwaukee | | | | | | | |
| 2010 | Roetzel & Andress | Akron, OH | $317 | $525 | $225 | $357 | $325 | $166 | $243 |
| 2010 | Rutan & Tucker | Costa Mesa, CA | | $650 | $355 | | $450 | $225 | |
| 2010 | Saul Ewing | Philadelphia | $412 | $800 | $320 | $491 | $475 | $225 | $310 |
| 2010 | Schiff Hardin LLP | Chicago | | | | | | | |
| 2010 | Schnader Harrison Segal & Lewis | Philadelphia | | | | | | | |
| 2010 | Schulte Roth & Zabel | New York | | $895 | $735 | | $690 | $275 | |
| 2010 | Schwabe, Williamson & Wyatt | Portland, OR | $360 | $540 | $310 | $415 | $450 | $200 | $260 |
| 2010 | Sedgwick, Detert, Moran & Arnold | San Francisco | | | | | | | |
| 2010 | Seyfarth Shaw | Chicago | $377 | $770 | $335 | $505 | $535 | $185 | $325 |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Sheppard Mullin | Los Angeles | | | | | | | |
| 2010 | Sherman & Howard | New York | | $820 | $495 | | $620 | $270 | |
| 2010 | Shook, Hardy & Bacon | Kansas City, MO | | | | | | | |
| 2010 | Shumaker, Loop & Kendrick | Toledo, OH | $331 | $540 | $250 | $366 | $315 | $185 | $246 |
| 2010 | Skadden, Arps, Slate, Meagher & Flom | New York | | | | | | | |
| 2010 | Smith, Gambrell & Russell | Atlanta | | $740 | $325 | | $440 | $195 | |
| 2010 | Snell & Wilmer | Phoenix | $338 | $795 | $315 | $486 | $550 | $175 | $282 |
| 2010 | Squire, Sanders & Dempsey | Cleveland | | | | | | | |
| 2010 | Steptoe & Johnson LLP | Washington | | | | | | | |
| 2010 | Stevens & Lee | Reading, PA | | | | | | | |
| 2010 | Stinson Morrison Hecker | Kansas City, MO | | | | | | | |
| 2010 | Stites & Harbison | Louisville, KY | | | | | | | |
| 2010 | Stoel Rives | Portland, OR | $381 | $600 | $315 | $441 | $390 | $190 | $270 |
| 2010 | Strasburger & Price | Dallas | $336 | $617 | $250 | $372 | $306 | $194 | $243 |
| 2010 | Sullivan & Worcester | Boston | $537 | $830 | $475 | $647 | $535 | $290 | $383 |
| 2010 | Sutherland Asbill & Brennan | Atlanta | | | | | | | |
| 2010 | Taft, Stettinius & Hollister | Cincinnati | $315 | $500 | $220 | $358 | $365 | $165 | $227 |
| 2010 | Thompson & Knight | Dallas | | $825 | $410 | | $440 | $265 | |
| 2010 | Thompson Coburn | St. Louis | | $610 | $300 | | $395 | $190 | |
| 2010 | Townsend and Townsend and Crew | San Francisco, CA | $320 | $750 | $470 | $563 | $460 | $260 | $345 |
| 2010 | Troutman Sanders | Atlanta | | | | | | | |
| 2010 | Ulmer & Berne | Cleveland | | $665 | $260 | | $375 | $185 | |
| 2010 | Vedder Price | Chicago | $425 | $720 | $370 | $483 | $365 | $255 | $326 |
| 2010 | Venable | Washington | $484 | $950 | $445 | $590 | $500 | $280 | $353 |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Vorys, Sater, Seymour and Pease | Columbus, OH | | | | | | | |
| 2010 | Wachtell, Lipton, Rosen & Katz | New York | | | | | | | |
| 2010 | Weil, Gotshal & Manges LLP | New York | | | | | | | |
| 2010 | White and Williams | Philadelphia | | | | | | | |
| 2010 | Wildman, Harrold, Allen & Dixon LLP | Chicago | | | | | | | |
| 2010 | Wiley Rein | Washington | | | | | | | |
| 2010 | Williams Mullen | Richmond, Va. | $368 | $645 | $315 | $428 | $370 | $230 | $279 |
| 2010 | Wilkie Farr & Gallagher LLP | New York | | | | | | | |
| 2010 | Wilmer Cutler Pickering Hale and Dorr | Washington | | | | | | | |
| 2010 | Winstead | Dallas | $395 | $655 | $340 | $462 | $390 | $215 | $291 |
| 2010 | Winston & Strawn | Chicago | $486 | $1,075 | $475 | $670 | $610 | $250 | $393 |
| 2010 | Womble Carlyle Sandridge & Rice | Winston Salem, NC | $372 | $625 | $300 | $461 | $445 | $210 | $291 |
| 2010 | Wyatt, Tarrant & Combs | Louisville, KY | | $500 | $245 | | $285 | $180 | |

**ALM**
an incorporated Media Company

# 2010 NLJ Associate Class Billing Survey

Copyright © 2009, ALM Media Properties, LLC. All Rights Reserved.

| Fiscal Year | Firm Name | Associate Class | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1st year | 2nd year | 3rd year | 4th year | 5th year | 6th year | 7th year | 8th year |
| 2010 | Alston & Bird | $270 - $345 | $330 - $395 | $365 - $440 | $395 - $470 | $420 - $515 | $445 - $550 | $470 - $570 | |
| 2010 | Benesch, Friedlander, Coplan | $195 | $200 | $215 | $230 | $240 | $250 | $275 | |
| 2010 | Blank Rome | $250 - $275 | $260 - $290 | $280 - $305 | $325 - $360 | $345 - $400 | $370 - $435 | $390 - $460 | $410 - $480 |
| 2010 | Brinks Hofer Gilson & Lione | $240 | $265 | $285 | $310 | $340 | $365 | $390 | $410 |
| 2010 | Brownstein Hyatt Farber Schreck | $200 | | | | | | | |
| 2010 | Bryan Cave | $185 - $300 | $215 - $350 | $250 - $385 | $275 - $395 | $300 - $420 | $275 - $460 | $330 - $480 | $340 - $510 |
| 2010 | Curtis, Mallet-Prevost, Colt & | $290 | $335 | $375 | $415 | $455 | $495 | $535 | $575 |
| 2010 | Davis Wright Tremaine | $190 - $285 | $205 - $295 | $225 - $325 | $235 - $345 | $245 - $365 | $265 - $380 | $285 - $405 | $285 - $415 |
| 2010 | Dickinson Wright | $190 | $195 | $205 | $220 | $230 | $240 | $250 | |
| 2010 | Dickstein Shapiro | $265 - $290 | $325 - $375 | $375 - $425 | $376 - $425 | $425 - $475 | $425 - $475 | $475 - $530 | $475 - $530 |
| 2010 | Dinsmore & Shohl | $180 | $190 | $205 | $220 | $230 | $240 | $260 | 260 |
| 2010 | Edwards Angell Palmer & Dodge | 255 | 275 | | | | | | |
| 2010 | Fitzpatrick, Cella, Harper & Scinto | $275 | $300 | $325 | $350 | $370 | $385 | $405 | $420 |

| Fiscal Year | Firm Name | Associate Class | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1st year | 2nd year | 3rd year | 4th year | 5th year | 6th year | 7th year | 8th year |
| 2010 | Frost Brown Todd | $150 | | | | | | | |
| 2010 | Gardere Wynne Sewell | 195 | 210 | 260 | 280 | 300 | 315 | 355 | 385 |
| 2010 | Harris Beach | $155 | $170 | $200 | $230 | $230 | $230 | $250 | $250 |
| 2010 | Hiscock & Barclay | $150 - $340 | $150-340 | $165 - $360 | $165 - $360 | $165 - $360 | $175 - $380 | $175 - $380 | $185 - $440 |
| 2010 | Kelley Drye & Warren | $305 | $340 | $370 | $410 | $435 | $455 | $485 | 510 |
| 2010 | Kilpatrick Stockton | 250 | 275 | 310 | 325 | 335 | 360 | 375 | 385 |
| 2010 | Knobbe Martens Olson & Bear | $285 | $310 | $335 | $360 | $385 | | | |
| 2010 | Lindquist & Vennum | $200 | $210 | 225 | 235 | 245 | 260 | 265 | 290 |
| 2010 | Locke Lord Bissell & Liddell | $215 | $230 | $253 | $270 | $300 | $321 | $349 | $386 |
| 2010 | Loeb & Loeb | $350 - $375 | | | | | | | |
| 2010 | Maynard, Cooper & Gale | $235 | $235 | $245 | $255 | $270 | $280 | $295 | |
| 2010 | McElroy, Deutsch, Mulvaney & | $150 | $175 | $185 | $195 | $200 | $205 | $210 | $220 |
| 2010 | McKenna Long & Aldridge | 279 | 312 | 325 | 346 | 363 | 381 | 382 | 415 |
| 2010 | Montgomery, McCracken, Walker | $205 | $215 | $235 | $255 | $275 | $295 | $315 | $335 |
| 2010 | Morris, Manning & Martin | $200 | $265 | $310 | $340 | $365 | $390 | $415 | $425 |

Case4:94-cv-02307-CW   Document1850-2   Filed03/04/11   Page3 of 37

| Fiscal Year | Firm Name | Associate Class | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1st year | 2nd year | 3rd year | 4th year | 5th year | 6th year | 7th year | 8th year |
| 2010 | Frost Brown Todd | $150 | | | | | | | |
| 2010 | Gardere Wynne Sewell | 195 | 210 | 260 | 280 | 300 | 315 | 355 | 385 |
| 2010 | Harris Beach | $155 | $170 | $200 | $230 | $230 | $230 | $250 | $250 |
| 2010 | Hiscock & Barclay | $150 - $340 | $150-340 | $165 - $360 | $165-$360 | $165-$360 | $175 - $380 | $175 - $380 | $185 - $440 |
| 2010 | Kelley Drye & Warren | $305 | $340 | $370 | $410 | $435 | $455 | $485 | 510 |
| 2010 | Kilpatrick Stockton | 250 | 275 | 310 | 325 | 335 | 360 | 375 | 385 |
| 2010 | Knobbe Martens Olson & Bear | $285 | $310 | $335 | $360 | $385 | | | |
| 2010 | Lindquist & Vennum | $200 | $210 | 225 | 235 | 245 | 260 | 265 | 290 |
| 2010 | Locke Lord Bissell & Liddell | $215 | $230 | $253 | $270 | $300 | $321 | $349 | $386 |
| 2010 | Loeb & Loeb | $350 - $375 | | | | | | | |
| 2010 | Maynard, Cooper & Gale | $235 | $235 | $245 | $255 | $270 | $280 | $295 | |
| 2010 | McElroy, Deutsch, Mulvaney & | $150 | $175 | $185 | $195 | $200 | $205 | $210 | $220 |
| 2010 | McKenna Long & Aldridge | 279 | 312 | 325 | 346 | 363 | 381 | 382 | 415 |
| 2010 | Montgomery, McCracken, Walker | $205 | $215 | $235 | $255 | $275 | $295 | $315 | $335 |
| 2010 | Morris, Manning & Martin | $200 | $265 | $310 | $340 | $365 | $390 | $415 | $425 |

| Fiscal Year | Firm Name | Associate Class | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1st year | 2nd year | 3rd year | 4th year | 5th year | 6th year | 7th year | 8th year |
| 2010 | Patton Boggs | $290 | $315 | $340 | $370 | $400 | $425 | $450 | $490 |
| 2010 | Pepper Hamilton | $230 | $275 | $300 | $330 | $355 | $370 | $385 | $395 |
| 2010 | Perkins Coie | 272 | 290 | 306 | 337 | 345 | 372 | 391 | 436 |
| 2010 | Phillips Lytle | $160 | $170 | $190 | $195 | $210 | $225 | $220 | 235 |
| 2010 | Quarles & Brady | $210 - $235 | $220 - $240 | | | | | | |
| 2010 | Saul Ewing | $225 - $235 | $230 - $260 | $255 - $275 | $240 - $315 | $260 - $285 | $285 - $300 | $295 - $425 | $275 - $320 |
| 2010 | Schulte Roth & Zabel | $375 | $445 | $495 | $540 | $560 | $580 | $605 | $625 |
| 2010 | Schwabe, Williamson & Wyatt | $200 | | | | | | | |
| 2010 | Sheppard, Mullin, Richter & Hampton | $270 - $335 | $330 - $430 | $365 - $475 | $395 - $510 | $420 - $540 | $445 - $565 | $470 - $595 | $490 - $620 |
| 2010 | Snell & Wilmer | $185 | $200 | $225 | $260 | $285 | $315 | $350 | $365 |
| 2010 | Strasburger & Price | $200 | $220 | $240 | $260 | $280 | $300 | $320 | $340 |
| 2010 | Sullivan & Worcester | $290 | $305 | $330 | $350 | $370 | $390 | $425 | |
| 2010 | Thompson & Knight | $285 | $300 | $330 | $365 | $385 | $405 | $425 | $440 |
| 2010 | Townsend and Townsend and Crew | 260 | 290 | 325 | 370 | 390 | 420 | 450 | 460 |
| 2010 | Vedder Price | 225 | 270 | 290 | 310 | 325 | 345 | 360 | 380 |

| Fiscal Year | Firm Name | Associate Class | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1st year | 2nd year | 3rd year | 4th year | 5th year | 6th year | 7th year | 8th year |
| 2010 | Williams Mullen | $230 | $250 | $265 | $295 | $295 | $310 | $345 | $345 |
| 2010 | Winstead | $215 | 215 | 227 | 260 | 280 | 300 | 325 | 350 |
| 2010 | Winston & Strawn | $295 - $320 | $305 - $335 | $325 - $365 | $350 - $400 | $380 - $440 | $420 - $480 | $455 - $520 | $490 - $555 |

**EXHIBIT J**

Law.com - Bankruptcy Rates Top $1,000 Mark in 2008-09          http://www.law.com/jsp/article.jsp?id=1202436371636&src=EMC...

Font Size: 🔍🔍🔍

## Bankruptcy Rates Top $1,000 Mark in 2008-09

Amy Kolz
The American Lawyer
December 16, 2009

Print     Share     Email     Reprints & Permissions     Post a Comment

A review of bankruptcy rates in Delaware and the Southern District of New York shows that a handful of U.S.-based partners at Am Law 200 firms have inched above the $1,000 rate barrier, making bankruptcy work as lucrative as it was plentiful in 2008 and 2009. Over a 12-month period ending August 2009, there were more than 13,000 billing rate entries submitted by law firms in the nation's two busiest bankruptcy courts, according to a new database compiled by ALM Media.

Among U.S.-based lawyers at Am Law 200 firms, Shearman & Sterling tax partner Bernie Pistillo topped the rate chart with an hourly fee of $1,085 for his work on the bankruptcy of Stock Building Supply Holdings LLC, a building products supplier, in Delaware. (One solo practitioner in Pleasantville, N.Y., Alan Harris, surpassed Pistillo's rate, charging $1,200 an hour for his work as special real estate litigation counsel on the bankruptcy of Digital Printing Systems in the Southern District of New York.) Eleven other U.S.-based Am Law 200 partners were in the $1,000-plus club, according to the database. Cadwalader, Wickersham & Taft financial restructuring co-chair Deryck Palmer, a former Weil, Gotshal & Manges partner, billed Lyondell Chemical Co. at a rate of $1,050 for work on its 2009 bankruptcy. Greenberg Traurig bankruptcy co-chair Bruce Zirinsky, who left Cadwalader last January, billed $1,050 an hour as debtor's counsel for TH Agriculture and Nutrition LLC, as did White & Case global restructuring head Thomas Lauria for WCI Communities Inc., and Robert Pincus, the head of the corporate practice in Skadden, Arps, Slate, Meagher & Flom's Wilmington office, for Hayes Lemmerz International Inc., an automotive wheel supplier.

Neal Stoll, a Skadden antitrust partner, and Sally Thurston, a Skadden tax partner, billed $1,035 for work on the bankruptcies of VeraSun Energy Corp. and Hayes Lemmerz, respectively, while Latham & Watkins corporate finance chair Kirk Davenport billed at $1,025 an hour for Dayton Superior Corp.'s filing. Paul, Weiss, Rifkind, Wharton & Garrison partners Carl Reisner and Richard Bronstein billed at $1,025 for the Buffets Inc., bankruptcy. (Reisner is co-head of the firm's M&A practice and Bronstein is co-chair of its tax practice.) Simpson Thacher & Bartlett partners Lee Meyerson and litigator Michael Chepiga charged Lehman Brothers $1,000 an hour on the sale of its brokerage to Barclays Bank PLC.

Absent from the $1,000 club are Weil, Gotshal & Manges restructuring gurus Harvey Miller and Marcia Goldstein. Both clocked rates of $950 an hour for their work on the Lehman Brothers and BearingPoint Inc. bankruptcies, respectively. Also, Kirkland & Ellis' James Sprayregen billed $965 an hour for work on the bankruptcies of Lear Corp. and The Reader's Digest Association. And Jones Day partner Corinne Ball charged $960 an hour for her work on Chrysler's filing.

Comparing the median partner rates among Am Law 200 firms in the database demonstrated that there are few bargains when it comes to Chapter 11 work. Among those charging median partner rates of more than $900 an hour were: Cadwalader; Cleary Gottlieb Steen & Hamilton; Davis Polk & Wardwell; Milbank, Tweed, Hadley & McCloy; Paul Weiss; Shearman & Sterling; Simpson Thacher; and Skadden. Firms with median partner billing rates between $800 and $900 were Gibson Dunn, Fried Frank, Latham, Paul Hastings, Weil Gotshal, and White & Case. Firms billing $700 or below were Akin Gump Strauss Hauer & Feld, Kirkland, Sidley Austin, and Sonnenschein Nath & Rosenthal. (Medians can be deceiving, since some firms, such as Kirkland, had a difference of more than $500 between its highest- and lowest-rate partners.)

The bankruptcy case with one of the highest median partner rates was Nortel Networks. The phone equipment maker paid firms such as Cleary and Kirkland a median partner rate of $940. Firms working on the Lehman filing billed a median partner rate of $810 during the same time period, while firms working on the filing of Tribune Co. billed a median of $590, according to the database.

Associate rates occasionally topped $700 an hour on bankruptcies including Lehman and Nortel Networks, as well as that of the lesser-known Sportsman's Warehouse. Discovery attorneys, research specialists and benefits consultants sometimes billed between $500 and $600 on cases such as Nortel, Charter Communications and Graphics Properties Holdings Inc.

| FIRM | MEDIAN PARTNER RATE* | # PARTNERS FILING |
|---|---|---|
| Simpson Thacher | $980 | 30 |
| Cleary Gottlieb | $960 | 47 |
| Shearman & Sterling | $950 | 17 |
| Davis Polk | $948 | 14 |
| Skadden | $945 | 38 |
| Paul Weiss | $925 | 24 |
| Cadwalader | $900 | 29 |
| Milbank | $900 | 55 |
| Weil Gotshal | $843 | 142 |
| Gibson Dunn | $840 | 29 |
| Fried Frank | $83 | $18 |
| Latham & Watkins | $830 | 57 |
| White & Case | $825 | 21 |
| Paul Hastings | $810 | 46 |
| Sidley Austin | $700 | 99 |
| Akin Gump | $690 | 79 |



Top Stories From Law.com
Legal Technology
   Public Performance in the Digital Age
Corporate Counsel
   'In the Crosshairs': GCs Can Ignore Financial
   Fraud Risks at Their Peril
Small Firm Business
   San Francisco Associate Wins $1 Million in ESPN
   Game

ADVERTISEMENT



lawjobs.com
TOP JOBS
MATRIMONIAL LITIGATOR
CONFIDENTIAL SEARCH
Great Neck, NY

Associate General Counsel
Saintidea
Reston, VA

MORE JOBS >>
POST A JOB >>

ADVERTISEMENT

Law.com - Bankruptcy Rates Top $1,000 Mark in 2008-09                 http://www.law.com/jsp/article.jsp?id=1202436371636&src=EMC...

| | | |
|---|---|---|
| Kirkland | $875 | 149 |
| Sonnenschein | $625 | 47 |

*U.S.-based partners only.

*The American Lawyer* will publish a detailed analysis of the bankruptcy billing rates in its February 2010 issue.

**Click here to order the Excel® version of the 2009 Bankruptcy Billing Rates Report.**

*This article first appeared on The Am Law Daily blog on AmericanLawyer.com.*

Print      Share      Email      Reprints & Permissions      Post a Comment

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2009. ALM Media Properties, LLC. All rights reserved.



12/16/2009 9:36 AM

**EXHIBIT K**

*$1,000 Per Hour Isn't Rare Anymore; Nominal billing levels rise, but discounts ease blow. The National Law Journal January 13, 2014 Monday*

Copyright 2014 ALM Media Properties, LLC
All Rights Reserved
Further duplication without permission is prohibited

## THE NATIONAL LAW JOURNAL

The National Law Journal

January 13, 2014 Monday

**SECTION:** NLJ'S BILLING SURVEY; Pg. 1 Vol. 36 No. 20

**LENGTH:** 1860 words

**HEADLINE:** $1,000 Per Hour **Isn't Rare Anymore**;
Nominal billing levels rise, but discounts ease blow.

**BYLINE:** KAREN SLOAN

**BODY:**

As recently as five years ago, law partners charging $1,000 an hour were outliers. Today, four-figure hourly rates for indemand partners at the most prestigious firms don't raise eyebrows-and a few top earners are closing in on $2,000 an hour.

These rate increases come despite hand-wringing over price pressures from clients amid a tough economy. But everrising standard billing rates also obscure the growing practice of discounts, falling collection rates, and slow march toward alternative fee arrangements.

Nearly 20 percent of the firms included in The National Law Journal's annual survey of large law firm billing rates this year had at least one partner charging more than $1,000 an hour. Gibson, Dunn & Crutcher partner Theodore Olson had the highest rate recorded in our survey, billing $1,800 per hour while representing mobile satellite service provider LightSquared Inc. in Chapter 11 proceedings.

Of course, few law firm partners claim Olson's star power. His rate in that case is nearly the twice the $980 per hour average charged by Gibson Dunn partners and three times the average $604 hourly rate among partners at NLJ 350 firms. Gibson Dunn chairman and managing partner Ken Doran said Olson's rate is "substantially" above that of other partners at the firm, and that the firm's standard rates are in line with its peers.

"While the majority of Ted Olson's work is done under alternative billing arrangements, his hourly rate reflects his stature in the legal community, the high demand for his services and the unique value that he offers to clients given his extraordinary experience as a former solicitor general of the United States who has argued more than 60 cases before the U.S. Supreme Court and has counseled several presidents," Doran said.

In reviewing billing data this year, we took a new approach, asking each firm on the NLJ 350-our survey of the nation's 350 largest firms by attorney headcount-to provide their highest, lowest and average billing rates for associates and partners. We supplemented those data through public records. All together, this year's survey includes information for 159 of the country's largest law firms and reflects billing rates as of October.

The figures show that, even in a down economy, hiring a large law firm remains a pricey prospect. The median among the highest partner billing rates reported at each firm is $775 an hour, while the median low partner rate is $405. For associates, the median high stands at $510 and the low at $235. The average associate rate is $370.

Multiple industry studies show that law firm billing rates continued to climb during 2013 despite efforts by corporate counsel to rein them in. TyMetrix's 2013 Real Rate Report Snapshot found that the average law firm billing rate increased by 4.8 percent compared with 2012. Similarly, the Center for the Study of the Legal Profession at the Georgetown University Law Center and Thomson Reuters Peer Monitor found that law firms increased their rates by an average 3.5 percent during 2013.

Of course, rates charged by firms on paper don't necessarily reflect what clients actually pay. Billing realization rates-which reflect the percentage of work billed at firms' standard rates- have fallen from 89 percent in 2010 to nearly 87 percent in 2013 on average, according to the Georgetown study. When accounting for billed hours actually collected by firms, the realization rate falls to 83.5 percent.

"What this means, of course, is that- on average-law firms are collecting only 83.5 cents for every $1.00 of standard time they record," the Georgetown report reads. "To understand the full impact, one need only consider that at the end of 2007, the collected realization rate was at the 92 percent level."

In other words, law firms set rates with the understanding that they aren't likely to collect the full amount, said Mark Medice, who oversees the Peer Monitor Index. That index gauges the strength of the legal market according to economic indicators including demand for legal services, productivity, rates and expenses. "Firms start out with the idea of, 'I want to achieve a certain rate, but it's likely that my client will ask for discounts whether or not I increase my rate,'" Medice said.

Indeed, firms bill nearly all hourly work at discounts ranging from 5 percent to 20 percent off standard rates, said Peter Zeughauser, a consultant with the Zeughauser Group. Discounts can run as high as 50 percent for matters billed under a hybrid system, wherein a law firm can earn a premium for keeping costs under a set level or for obtaining a certain outcome, he added. "Most firms have gone to a two-tier system, with what is essentially an aspirational rate that they occasionally get and a lower rate that they actually budget for," he said.

Most of the discounting happens at the front end, when firms and clients negotiate rates, Medice said. But additional discounting happens at the billing and collections stages. Handling alternative fee arrangements and discounts has become so complex that more than half of the law firms on the Am Law 100-NLJ affiliate The American Lawyer's ranking of firms by gross revenue-have created new positions for pricing directors, Zeughauser said.

THE ROLE OF GEOGRAPHY

Unsurprisingly, rates vary by location. Firms with their largest office in New York had the highest average partner and associate billing rates, at $882 and $520, respectively. Similarly, TyMetrix has reported that more than 25 percent of partners at large New York firms charge $1,000 per

hour or more for contracts and commercial work.

Washington was the next priciest city on our survey, with partners charging an average $748 and associates $429. Partners charge an average $691 in Chicago and associates $427. In Los Angeles, partners charge an average $665 while the average associate rate is $401.

Pricing also depends heavily on practice area, Zeughauser and Medice said. Bet-the-company patent litigation and white-collar litigation largely remain at premium prices, while practices including labor and employment have come under huge pressure to reduce prices.

"If there was a way for law firms to hold rates, they would do it. They recognize how sensitive clients are to price increases," Zeughauser said. But declining profit margins-due in part to higher technology costs and the expensive lateral hiring market-mean that firms simply lack the option to keep rates flat, he said.

BILLING SURVEY METHODOLOGY

The National Law Journal's survey of billing rates of the largest U.S. law firms provides the high, low and average rates for partners and associates.

The NLJ asked respondents to its annual survey of the nation's largest law firms (the NLJ 350) to provide a range of hourly billing rates for partners and associates as of October 2013.

For firms that did not supply data to us, in many cases we were able to supplement billing-rate data derived from public records.

In total, we have rates for 159 of the nation's 350 largest firms.

Rates data include averages, highs and low rates for partners and associates. Information also includes the average full-time equivalent (FTE) attorneys at the firm and the city of the firm's principal or largest office.

We used these data to calculate averages for the nation as a whole and for selected cities.

Billing Rates at the Country's Priciest Law Firms

Here are the 50 firms that charge the highest average hourly rates for partners.

**Billing Rates at the Country's Priciest Law Firms**

| FIRM NAME | LARGEST U.S. OFFICE* | AVERAGE FULL-TIME EQUIVALENT ATTORNEYS* | PARTNER HOURLY RATES | | | ASSOCIATE HOURLY RATES | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | AVERAGE | HIGH | LOW | AVERAGE | HIGH | LOW | |
| Debevoise & Plimpton | New York | 615 | $1,055 | $1,075 | $955 | $490 | $760 | $120 | |
| Paul, Weiss, | New York | 803 | $1,040 | $1,120 | $760 | $600 | $760 | $250 | |

\* Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. For complete numbers, please see NLJ.com.

\*\* Firm did not exist in this form for the entire year.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rifkind, Wharton & Garrison | | | | | | | |
| Skadden, Arps, Slate, Meagher & Flom | New York | 1,735 | $1,035 | $1,150 | $845 | $620 | $845 | $340 |
| Fried, Frank, Harris, Shriver & Jacobson | New York | 476 | $1,000 | $1,100 | $930 | $595 | $760 | $375 |
| Latham & Watkins | New York | 2,033 | $990 | $1,110 | $895 | $605 | $725 | $465 |
| Gibson, Dunn & Crutcher | New York | 1,086 | $980 | $1,800 | $765 | $590 | $930 | $175 |
| Davis Polk & Wardwell | New York | 787 | $975 | $985 | $850 | $615 | $975 | $130 |
| Willkie Farr & Gallagher | New York | 540 | $950 | $1,090 | $790 | $580 | $790 | $350 |
| Cadwalader, Wickersham & Taft | New York | 435 | $930 | $1,050 | $800 | $605 | $750 | $395 |
| Weil, Gotshal & Manges | New York | 1,201 | $930 | $1,075 | $625 | $600 | $790 | $300 |
| Quinn Emanuel Urquhart & Sullivan | New York | 697 | $915 | $1,075 | $810 | $410 | $675 | $320 |
| Wilmer Cutler Pickering Hale and Dorr | Washington | 961 | $905 | $1,250 | $735 | $290 | $695 | $75 |
| Dechert | New York | 803 | $900 | $1,095 | $670 | $530 | $735 | $395 |
| Andrews Kurth | Houston | 348 | $890 | $1,090 | $745 | $528 | $785 | $265 |
| Hughes Hubbard & Reed | New York | 344 | $890 | $995 | $725 | $555 | $675 | $365 |
| Irell & Manella | Los Angeles | 164 | $890 | $975 | $800 | $535 | $750 | $395 |
| Proskauer Rose | New York | 746 | $880 | $950 | $725 | $465 | $675 | $295 |
| White & Case | New York | 1,900 | $875 | $1,050 | $700 | $525 | $1,050 | $220 |
| Morrison & Foerster | San Francisco | 1,010 | $865 | $1,195 | $595 | $525 | $725 | $230 |
| Pillsbury Winthrop Shaw Pittman | Washington | 609 | $865 | $1,070 | $615 | $520 | $860 | $375 |
| Kaye Scholer | New York | 414 | $860 | $1,080 | $715 | $510 | $680 | $320 |
| Kramer Levin Naftalis & Frankel | New York | 320 | $845 | $1,025 | $740 | $590 | $750 | $400 |
| Hogan Lovells | Washington | 2,280 | $835 | $1,000 | $705 | - | - | - |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Kasowitz, Benson, Torres & Friedman | New York | 365 | $835 | $1,195 | $600 | $340 | $625 | $200 |
| Kirkland & Ellis | Chicago | 1,517 | $825 | $995 | $590 | $540 | $715 | $235 |
| Cooley | Palo Alto | 632 | $820 | $990 | $660 | $525 | $630 | $160 |
| Arnold & Porter | Washington | 748 | $815 | $950 | $670 | $500 | $610 | $345 |
| Paul Hastings | New York | 899 | $815 | $900 | $750 | $540 | $755 | $335 |
| Curtis, Mallet-Prevost, Colt & Mosle | New York | 322 | $800 | $860 | $730 | $480 | $785 | $345 |
| Winston & Strawn | Chicago | 842 | $800 | $995 | $650 | $520 | $590 | $425 |
| Bingham McCutchen | Boston | 900 | $795 | $1,080 | $220 | $450 | $605 | $185 |
| Akin Gump Strauss Hauer & Feld | Washington | 806 | $785 | $1,220 | $615 | $525 | $660 | $365 |
| Covington & Burling | Washington | 738 | $780 | $890 | $605 | $415 | $565 | $320 |
| King & Spalding | Atlanta | 838 | $775 | $995 | $545 | $460 | $735 | $125 |
| Norton Rose Fulbright | N/A** | N/A** | $775 | $900 | $525 | $400 | $515 | $300 |
| DLA Piper | New York | 4,036 | $765 | $1,025 | $450 | $510 | $750 | $250 |
| Bracewell & Giuliani | Houston | 432 | $760 | $1,125 | $575 | $440 | $700 | $275 |
| Baker & McKenzie | Chicago | 4,004 | $755 | $1,130 | $260 | $395 | $925 | $100 |
| Dickstein Shapiro | Washington | 308 | $750 | $1,250 | $590 | $475 | $585 | $310 |
| Jenner & Block | Chicago | 432 | $745 | $925 | $565 | $465 | $550 | $380 |
| Jones Day | New York | 2,363 | $745 | $975 | $445 | $435 | $775 | $205 |
| Manatt, Phelps & Phillips | Los Angeles | 325 | $740 | $795 | $640 | - | - | - |
| Seward & Kissel | New York | 152 | $735 | $850 | $625 | $400 | $600 | $290 |
| O'Melveny & Myers | Los Angeles | 738 | $715 | $950 | $615 | - | - | - |
| McDermott Will & Emery | Chicago | 1,024 | $710 | $835 | $525 | - | - | - |
| Reed Smith | Pittsburgh | 1,468 | $710 | $945 | $545 | $420 | $530 | $295 |
| Dentons | N/A** | N/A** | $700 | $1,050 | $345 | $425 | $685 | $210 |
| Jeffer Mangels Butler & Mitchell | Los Angeles | 126 | $690 | $875 | $560 | - | - | - |
| Sheppard, | Los | 521 | $685 | $875 | $490 | $415 | $535 | $275 |

| Mullin, Richter & Hampton | Angeles | | | | | | |
|---|---|---|---|---|---|---|---|
| Alston & Bird | Atlanta | 805 | $675 | $875 | $495 $425 | $575 | $280 |

THE FOUR-FIGURE CLUB

These 10 firms posted the highest partner billing rates.

**THE FOUR-FIGURE CLUB**

| | |
|---|---|
| Gibson, Dunn & Crutcher | $1,800 |
| Dickstein Shapiro | $1,250 |
| Wilmer Cutler Pickering Hale and Dorr | $1,250 |
| Akin Gump Strauss Hauer & Feld | $1,220 |
| Kasowitz, Benson, Torres & Friedman | $1,195 |
| Morrison & Foerster | $1,195 |
| Skadden, Arps, Slate, Meagher & Flom | $1,150 |
| Baker & McKenzie | $1,130 |
| Bracewell & Giuliani | $1,125 |
| Paul, Weiss, Rifkind, Wharton & Garrison | $1,120 |

Contact Karen Sloan at ksloan@alm.com

**LOAD-DATE:** January 13, 2014

Source: **Legal** > / · · · / > **The National Law Journal** 
Terms: **"isn't rare anymore"** (Suggest Terms for My Search)
View: **Full**
Date/Time: Friday, August 15, 2014 - 6:12 PM EDT

LexisNexis® About LexisNexis | Privacy Policy | Terms & Conditions | Contact Us
Copyright © 2014 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.