WHATLEY KALLAS LLP
Alan M. Mansfield (Cal. Bar No. 125998)
amansfield@whatleykallas.com
1 Sansome Street, 35th Fl., PMB # 131
San Francisco, CA  94104
Tel: (415) 860-2503
Fax: (888) 331-9633

BURSOR & FISHER, P.A.
L. Timothy Fisher (Cal. Bar No. 191626)
ltfisher@bursor.com
Neal J. Deckant (admitted *pro hac vice* in Cal.)
ndeckant@bursor.com
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Tel: (925) 300-4455
Fax: (925) 407-2700

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NVIDIA GTX 970 GRAPHICS CHIP LITIGATION<br><br>**This document relates to: all actions** | Case No. 4:15-cv-00760-PJH<br><br>**DECLARATION OF DENNIS GEORGE PANTAZIS, JR. IN SUPPORT OF FEE APPLICATION**<br><br>Date:     December 7, 2016<br>Time:     9:00 a.m.<br>Courtroom 3 – 3rd Floor<br><br>Judge Phyllis J. Hamilton |

I, DENNIS GEORGE, declare as follows:

1. I am an attorney with the law offices of Wiggins, Childs, Pantazis, Fisher & Goldfarb, LLC. I am an attorney licensed to practice in Alabama state. I make this declaration in support of the fee application to be filed by plaintiffs' counsel in connection with the settlement of this litigation. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify thereto.

2. My firm was responsible for originating the first filed case in this matter (on behalf of Andrew Ostrowski) and we were involved in drafting the original and amended complaints, performing initial and subsequent research for various motions, and providing data support for settlement negotiations. I was asked by lead counsel, Alan Mansfield, to assist with completing these assignments..

3. The work that I performed for plaintiffs in this litigation included research, writing, drafting of pleadings, client outreach and management, and help with settlement discussions. I also attended one hearing in regard to appointment of interim class counsel.

4. In connection with this effort, the total amount of time that I reasonably devoted to this litigation to date was 121.70 hours for professional services (excluding time spent in support of plaintiffs' fee application). Full-detail time records are available for the Court's inspection if requested.

5. My professional billing rate is $350.00 per hour, which is at or somewhat below typical billing rates in the Northern District of California for attorneys with my level of experience and expertise. I have been practicing law for approximately 6 years.

6. Multiplying 121.70 hours by my professional billing rate of $350.00/hour, the total lodestar for me is $42,595.00. My firm also expended $5,149.00 in expenses related to the prosecution of this case, and seeks reimbursement for same. These expenses were largely related to purchases of computer equipment to help identify the issues at stake in the case, as well as travel and research expenses for hearings and pleadings. Full-detail expense records are available for the Court's inspection if requested.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 24, 2016.

_____
Dennis George Pantazis, Jr.