WHATLEY KALLAS, LLP
Alan M. Mansfield (Of Counsel)
(SBN 125998)
amansfield@whatleykallas.com
1 Sansome Street, 35th Floor, PMB #131
San Francisco, CA 94104
Tel: (415) 860-2503
Fax: (888) 331-9633

*Co-Lead Interim Class Counsel*
[Additional Counsel listed on Service List]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: NVIDIA GTX 970 GRAPHICS CHIP LITIGATION | Case No. 15-cv-00760-PJH |
|---|---|
| | **CLASS ACTION** |
| THIS DOCUMENT RELATES TO: | PROOF OF SERVICE |
| ALL ACTIONS. | |

I, the undersigned, declare under penalty of perjury that I am employed with WHATLEY KALLAS, LLP, whose address is 1 Sansome Street, 35th Floor, PMB #131, San Francisco, CA 94104/10200 Willow Creek Road, Suite 160, San Diego, California 92131.  I am over the age of eighteen years and not a party to this action; that I served the below named persons the following documents:

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR APPROVAL OF AN AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES, AND INCENTIVE AWARDS FOR CLASS REPRESENTATIVES;**

**DECLARATION OF L. TIMOTHY FISHER IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES, AND INCENTIVE AWARDS FOR THE CLASS REPRESENTATIVES;**

**DECLARATION OF CLIFF CANTOR IN SUPPORT OF FEE APPLICATION;**

**DECLARATION OF WILLIAM J. DOYLE II IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR APPROVAL OF AN AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES, AND INCENTIVE AWARDS FOR CLASS REPRESENTATIVES;**

**DECLARATION OF DENNIS GEORGE PANTAZIS, JR. IN SUPPORT OF FEE APPLICATION;**

**DECLARATION OF JEFF WESTERMAN IN SUPPORT OF FEE AND EXPENSE APPLICATION OF WESTERMAN LAW CORP.;**

1

| | |
|---|---|
| 1 | **DECLARATION OF DAVID DROPSKI IN SUPPORT OF PLAINTIFFS'MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES, AND INCENTIVE AWARDS FOR THE CLASS REPRESENTATIVES;** |
| 2 | |
| 3 | |
| 4 | **DECLARATION OF KYLE ELLIS IN SUPPORT OF PLAINTIFFS'MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES, AND INCENTIVE AWARDS FOR THE CLASS REPRESENTATIVES;** |
| 5 | |
| 6 | **DECLARATION OF DYLAN JORDAN IN SUPPORT OF PLAINTIFFS'MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES, AND INCENTIVE AWARDS FOR THE CLASS REPRESENTATIVES;** |
| 7 | |
| 8 | **DECLARATION OF PEDRO SANTIAGO IN SUPPORT OF PLAINTIFFS'MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES, AND INCENTIVE AWARDS FOR THE CLASS REPRESENTATIVES;** |
| 9 | |
| 10 | |
| 11 | **DECLARATION OF ANDY TORRALES IN SUPPORT OF PLAINTIFFS'MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES, AND INCENTIVE AWARDS FOR THE CLASS REPRESENTATIVES;** |
| 12 | |
| 13 | **DECLARATION OF JOSEPH VORRASO IN SUPPORT OF PLAINTIFFS'MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES, AND INCENTIVE AWARDS FOR THE CLASS REPRESENTATIVES;** |
| 14 | |
| 15 | |
| 16 | **DECLARATION OF DON LE IN SUPPORT OF PLAINTIFFS'MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES, AND INCENTIVE AWARDS FOR THE CLASS REPRESENTATIVES;** |
| 17 | |
| 18 | **DECLARATION OF KILOE YOUNG IN SUPPORT OF PLAINTIFFS'MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES, AND INCENTIVE AWARDS FOR THE CLASS REPRESENTATIVES;** |
| 19 | |

[  ]   By personally delivering copies to the person served at the following address:

[ X ]   Via the Court's electronic notification system to the addressees listed below;

**[  ]**   Via Electronic Mail (**as noted**).  I caused the foregoing documents to be sent to the addressees named below via their email addresses as set forth.

[  ]   By Overnight Mail (**as noted**).  By placing a Federal Express Envelope addressed to the named party on the service list attached hereto and depositing said envelope in the Federal Express Pickup Box located on Willow Creek Road in San Diego, California 92131.

[  ]   Via U.S. Mail.  By placing a copy in a separate envelope, with postage fully prepaid, for each addressee named below and depositing each for collection and mailing pursuant to the ordinary business practice of this office, which mail is deposited with the U.S. Postal Service on the same day at San Diego, California.

**SEE ATTACHED SERVICE LIST**

Executed this 25th day of October, 2016 at San Diego, California.

_Sally Cormier_
SALLY CORMIER

**SERVICE LIST**

| | |
|---|---|
| ORRICK HERRINGTON & SUTCLIFF LLP<br>Robert Varian<br>rvarian@orrick.com<br>James N. Kramer<br>jkramer@orrick.com<br>Stephen M. Knaster<br>sknaster@orrick.com<br>Alexander K. Talarides<br>atalarides@orrick.com<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Tel: (415) 773-5700<br>Fax: (415) 773-5759<br><br>Judy Kwan<br>jkwan@orrick.com<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017-5855<br>Tel: (213) 629-2020<br>Fax: (213) 612-2499<br><br>Attorneys for Defendants NVIDIA CORPORATION; GIGABYTE GLOBALBUSINESS CORPORATION D/B/A GIGA-BYTE TECHNOLOGY CO., LTD; ASUS COMPUTER INTERNATIONAL; EVGA CORPORATION; PNY TECHNOLOGIES, INC.; MSI COMPUTER CORPORATION; and TIGERDIRECT, INC. | BURSOR FISHER, P.A.<br>L. Timothy Fisher<br>ltfisher@bursor.com<br>Julia A. Luster<br>jluster@bursor.com<br>Neal J. Deckant (*Admitted Pro Hac Vice*)<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Tel: (925) 300-4455<br>Fax: (925) 407-2700<br><br>Scott A. Bursor<br>scott@bursor.com<br>888 Seventh Avenue<br>New York, NY 10019<br>Tel: (212) 989-9113<br>Fax: (212) 989-9163<br><br>*Co-Lead Interim Class Counsel* |
| WHATLEY KALLAS, LLP<br>Joe R. Whatley, Jr<br>jwhatley@whatleykallas.com<br>(*Admitted Pro Hac Vice*)<br>1180 Avenue of the Americas, 30th Floor<br>New York, NY 10036<br>Tel: (212) 447-7060<br>Fax: (800) 922-4851<br><br>*Co-Lead Interim Class Counsel* | WIGGINS CHILDS PANTAZIS FISHER GOLDFARB, LLC<br>Dennis G. Pantazis (*Admitted Pro Hac Vice*)<br>dgp@wigginschilds.com<br>Robert J. Camp<br>rcamp@wigginschilds.com<br>D. G. Pantazis, Jr. (*Admitted Pro Hac Vice*)<br>dgpjr@wigginschilds.com<br>The Kress Building<br>301 Nineteenth Street North<br>Birmingham, A: 35203<br>Tel: (205) 314-0531<br>Fax: (205) 314-0731<br><br>Attorneys for Plaintiff ANDREW OSTROWSKI |

| | |
|---|---|
| LOWE LAW FIRM, LLC<br>E. Clayton Lowe, Jr.<br>clowe@lowelaw.com<br>The Kress Building<br>301 Nineteenth Street North, Suite 525<br>Birmingham, AL 35203<br>Tel: (205) 314-0607<br><br>Attorneys for Plaintiff ANDREW OSTROWSKI | KAPLAN FOX & KILSHEIMER, LLP<br>Laurence D. King<br>lking@kaplanfox.com<br>Linda Fong<br>lfong@kaplanfox.com<br>Mario M. Choi<br>mchoi@kaplanfox.com<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br>Tel: (415) 772-4700 / Fax: (415) 772-4707<br><br>Frederic S. Fox<br>ffox@kaplanfox.com<br>David A. Straite<br>dstraite@kaplanfox.com<br>850 Third Ave., 14th Floo<br>New York, NY 10022<br>Tel: (212) 687-1980 / Fax: (212) 687-7714<br><br>Attorneys for Plaintiff MARK ROUSHION |
| WITES & KAPETAN, P.A.<br>Marc A. Wites<br>mwites@wklawyers.com<br>4400 North Federal Highway<br>Lighthouse Point, FL 33064<br>Tel: (954) 570-8989<br>Fax: (954-354-0206<br><br>Attorneys for Plaintiff MARK ROUSHION | DOYLE LOWTHER LLP<br>William J. Doyle II<br>bill@doylelowther.com<br>John Lowther<br>john@doylelowther.com<br>4400 NE 77th Ave., Suite 275<br>Vancouver, WA 98662<br>Tel: (360) 818-9320<br>Fax: (360) 818-9320<br><br>WESTERMAN LAW CORP.<br>Jeff S. Westerman<br>jwesterman@jswlegal.com<br>1875 Century Park East, suite 2200<br>Los Angeles, CA 90067<br>Tel: (310) 698-7880<br>Fax: (310) 698-7452<br><br>Attorneys for Plaintiff KILOE YOUNG |

| | |
|---|---|
| AUDET & PARTNERS, LLP<br>William M. Audet<br>waudet@audetlaw.com<br>Jonas P. Mann<br>jmann@audetlaw.com<br>Theodore H. Chase<br>tchase@audetlaw.com<br>221 Main Street, Suite 1460<br>San Francisco CA  94105<br>Tel: (415) 568-2555<br>Fax: (415) 568-2556<br><br>Attorneys for Plaintiff STEPHEN DENZ; TIMOTHY FARLEY; and ALEXANDER MONTGOMERY | EDELSON, PC<br>Samuel M. Lasser<br>slasser@edelson.com<br>1934 Divisadero Street<br>San Francisco, CA 94115<br>Tel: (415) 994-9930<br>Fax: (415) 776-8047<br><br>Rafey S. Balabanian<br>rbalabanian@edelson.com<br>Benjamin H. Richman<br>brichman@edelson.com<br>Amir C. Missaghi<br>amissaghi@edelson.com<br>350 North LaSalle Street, Suite 1300<br>Chicago, IL  60654<br>Tel: (312) 589-6370<br>Fax: (312) 589-6378<br><br>Attorneys for Plaintiff JASON DOERRER |
| BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP<br>Alan R. Plutzik<br>aplutzik@bramsonplutzik.com<br>Michael S. Strimling<br>mstrimling@bramsonplutzik.com<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA 94598<br>Tel: (925) 945-0200<br>Fax: (925) 945-8792<br><br>LEVI & KORSINSKY LLP<br>Shane Rowley<br>srowley@zlk.com<br>Courtney E. Maccarone<br>cmaccarone@zlk.com<br>30 Broad Street, 24th Floor<br>New York, NY  10004<br>Tel: (212) 363-7500<br>Fax: (212) 363-7171<br><br>Attorneys for Plaintiffs JOEL BERNABEL, AUSTIN VERLINDEN, JAN PAOLO JIMENEZ and PAOLO RODRIGUEZ | WHITFIELD BRYSON & MASON LLP<br>Gary E. Mason<br>gmason@wbmllp.com<br>Esfand Y. Nafisi<br>enafisi@wbmllp.com<br>Benjamin S. Branda<br>bbranda@wbmllp.com<br>1625 Massachusetts Ave, NW<br>Suite 605<br>Washington, DC 20036<br>Tel: (202) 429-2290<br>Fax: (202) 429-2294<br><br>Attorneys for Plaintiffs TIMOTHY FARLEY and ALEXANDER MONTGOMERY |

6

| | |
|---|---|
| WHITFIELD BRYSON & MASON, LLP<br>Scott C. Harris<br>scott@wbmllp.com<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>Tel: (919) 600-5000<br><br>Gary E. Mason<br>gmason@wbmllp.com<br>Esfand Y. Nafisi<br>enafisi@wbmllp.com<br>Benjamin S. Branda<br>bbranda@wbmllp.com<br>1625 Massachusetts Ave, NW<br>Suite 605<br>Washington, DC 20036<br>Tel: (202) 429-2290<br>Fax: (202) 429-2294<br><br>Attorneys for Plaintiff CHESTER BAILEY | WHITFIELD BRYSON & MASON, LLP<br>Gary E. Mason<br>gmason@wbmllp.com<br>Esfand Y. Nafisi<br>enafisi@wbmllp.com<br>Benjamin S. Branda<br>bbranda@wbmllp.com<br>1625 Massachusetts Ave, NW<br>Suite 605<br>Washington, DC 20036<br>Tel: (202) 429-2290<br><br>CUNEO GILBERT & LADUCA, LLP<br>Charles J. LaDuca<br>charlesl@cuneolaw.com<br>Brendan S. Thompson<br>brendant@cuneolaw.com<br>8210 Woodmont Avenue, Suite 810<br>Bethesda, MD  20814<br>Tel: (202) 789-3960<br>Fax: (202) 789-1813<br><br>Attorneys for Plaintiff GUKJIN CHUNG |

| | |
|---|---|
| CUNEO GILBERT & LADUCA, LLP<br>William H. Anderson<br>wanderson@cuneolaw.com<br>507 C Street, NE<br>Washington, DC 20002<br>Tel: (202) 789-3960<br>Fax: (202) 789-1813<br><br>Charles J. LaDuca<br>charlesl@cuneolaw.com<br>Brendan S. Thompson<br>brendant@cuneolaw.com<br>8210 Woodmont Avenue, Suite 810<br>Bethesda, MD 20816<br>Tel: (202) 89-3960<br>Fax: (202) 789-1819<br><br>WHITFIELD BRYSON & MASON, LLP<br>Gary E. Mason<br>gmason@wbmllp.com<br>Esfand Y. Nafisi<br>enafisi@wbmllp.com<br>Benjamin S. Branda<br>bbranda@wbmllp.com<br>1625 Massachusetts Ave, NW<br>Suite 605<br>Washington, DC 20036<br>Tel: (202) 429-2290<br>Fax: (202) 429-2294<br><br>Attorneys for Plaintiff GARRETT GIORDANO | WHITFIELD BRYSON & MASON, LLP<br>Gary E. Mason<br>gmason@wbmllp.com<br>Esfand Y. Nafisi<br>enafisi@wbmllp.com<br>Benjamin S. Branda<br>bbranda@wbmllp.com<br>1625 Massachusetts Ave, NW<br>Suite 605<br>Washington, DC 20036<br>Tel: (202) 429-2290<br>Fax: (202) 429-2294<br><br>KOHN SWIFT & FRAF, P.C.<br>Jonathan Shub<br>jshub@kohnswift.com<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19109<br>Tel: (215) 238-1700<br>Fax: (215) 238-1968<br><br>LEVIN FISHBEIN SEDRAN & BERMAN<br>Charles Schaffer<br>cschaffer@lfsb.com<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Tel: (215) 592-1500<br>Fax: (215) 592-4663<br><br>SEEGER WEISS<br>Scott A. George<br>sgeorge@seegerweiss.com<br>1515 Market Street, Suite 1380<br>Philadelphia, PA 19102<br>Tel: (215) 553-7982<br><br>Attorneys for Plaintiff FRANCIS PALAGANO |

| | |
|---|---|
| McCONNELL & SNEED, LLC<br>Joseph Coomes<br>ajc@mcconnellsneed.com<br>990 Hammond Drive, Suite 840<br>Atlanta, GA 30328<br>Tel: (404) 220-9994<br>Fax: (404) 665-3476<br><br>WHITFIELD BRYSON & MASON, LLP<br>Gary E. Mason<br>gmason@wbmllp.com<br>Esfand Y. Nafisi<br>enafisi@wbmllp.com<br>Benjamin S. Branda<br>bbranda@wbmllp.com<br>1625 Massachusetts Ave, NW<br>Suite 605<br>Washington, DC 20036<br>Tel: (202) 429-2290<br>Fax: (202) 429-2294<br><br>Attorneys for Plaintiff PATRICK E. PARKER | SCHUBERT JONCKHEER & KOLBE LLP<br>Robert C. Schubert<br>rschubert@schubertlawfirm.com<br>Noah M. Schubert<br>nschubert@schubertlawfirm.com<br>Kathryn Y. Schubert<br>kschubert@schubertlawfirm.com<br>Three Embarcadero Center, Suite 1650<br>San Francisco, CA 94111<br>Tel: (415) 788-4220<br>Fax: (415) 788-0161<br><br>Attorneys for Plaintiff JORELL DYE |

9

PROOF OF SERVICE                                                                        CASE NO. 15-CV-00760-PJH